UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Melissa N. Licker, esq
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

| | |
|---|---|
| In re: | Case No. 19-25519-JKS |
| Nana Opoku-Ware, | Chapter 13 |
| | Judge: John K. Sherwood |
| Debtor | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830

NOA

DOCUMENTS:

- ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
- ☒ All documents and pleadings of any nature.

Date:  August 26, 2019          /s/ *Melissa Licker*
                                Melissa Licker

NOA