Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

NANA OPOKU-WARE,

Debtor

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Case No.: 19-25519 JKS

**NOTICE OF RESERVE ON CLAIM**

Creditor:           SUMMIT MEDICAL GROUP
Trustee Claim #:    31
Court Claim #       2
Claimed Amount:     $2,347.00
Date Claim Filed:   08/23/2019

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ Proof of Claim was filed with no attachments.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  August 29, 2019

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

NANA OPOKU-WARE
123-125 DIVISION STREET
ELIZABETH, NJ    07201

HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ    07017

SUMMIT MEDICAL GROUP
SIMONS AGENCY INC
PO BOX 5026
SYRACUSE, NY    13220-5026