**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nana Opoku-Ware** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **19-25519** |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $   750,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $   89,288.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $   839,288.00 |

### Part 2:    Summarize Your Liabilities

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   1,006,008.46 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $   0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $   39,858.22 |
| | **Your total liabilities** | $   1,045,866.68 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................................... | $   9,308.25 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $   7,814.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Nana Opoku-Ware**

Case number *(if known)*   **19-25519**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **8,324.26**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |

9g. **Total.** Add lines 9a through 9f.

$ _____ **0.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Nana Opoku-Ware** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 19-25519 |

☐ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**123-125 Divison Street**
Street address, if available, or other description

**Elizabeth      NJ     07201-0000**
City                State      ZIP Code

**Union**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Two family home,  purchased in 2006 for $449,000.  Residence.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$400,000.00** | **$400,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property
   (see instructions)

Debtor 1    **Nana Opoku-Ware**    Case number *(if known)*    **19-25519**

**If you own or have more than one, list here:**

**1.2**

**30 Clinton Place**

Street address, if available, or other description

**Newark**          **NJ**    **07108-0000**

City                State    ZIP Code

**Essex**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Two family home. Purchased in 2007 consideration $414,900. This is really my mother's property and was only purchased in my name for credit purposes. My mother resides here, manages property, collects rents and pays all expenses associated with property including mortgage.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $350,000.00 | $350,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**    **$750,000.00**

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ■ Yes

**3.1**    Make:    **Honda**

Model:    **Civic**

Year:    **2012**

Approximate mileage:    **100,000**

Other information:

**No liens. Son's vehicle. Purchased for $4,000 with salvage title in 2018.**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,500.00 | $3,500.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ■ No
- ☐ Yes

---

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>**    **$3,500.00**

---

**Part 3:    Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**          Current value of the

Debtor 1    **Nana Opoku-Ware**

Case number *(if known)*    **19-25519**

**portion you own?**
Do not deduct secured
claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Four rooms of miscellaneous used household goods. | $4,500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Four televisison sets, one cellular telephone, two desktop computers, one laptop computer, one Ipad tablet computer, one surround sound sytstem | $3,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| DVD's | $20.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| One treadmill | $50.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Everyday clothing | $300.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Nana Opoku-Ware** | Case number *(if known)* | **19-25519** |
|---|---|---|---|

☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

**$7,870.00**

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes...................................................................................................

| | |
|---|---|
| Cash | $300.00 |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes......................    Institution name:

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking Account | Bank of America | $400.00 |
| 17.2. | Checking Account | Bank of America | $12,098.00 |
| 17.3. | Checking Account | JP Morgan Chase | $28.00 |
| 17.4. | Savings Account | Bank of America | $20.00 |
| 17.5. | Savings Account | JP Morgan Chase | $2.00 |
| 17.6. | Federal Credit Union | First Community Credit Union | $70.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Owass Financial, Ltd, LLC** **Tax preparation services. Has not operated since 2018. No existing clients, no assets, and no employees.** | **100** | % | $0.00 |

Debtor 1    **Nana Opoku-Ware**                                    Case number *(if known)*    **19-25519**

---

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them

Issuer name:

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k) with employer** | **401(k) with employer** | **$5,000.00** |
| **Pension with employer** | **Pension with employer** | **$60,000.00** |

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ..................                              Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............        Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Nana Opoku-Ware**                                          Case number *(if known)*    19-25519

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else

☐ No

■ Yes.  Give specific information..

| | |
|---|---|
| **I am owed $5,900 in back due rent from prior tenants, Sasha and Bianca Woodson.  I believe these amounts to be uncollectible.** | **$0.00** |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term life policy with Primerica** | **Spouse and children** | **$0.00** |
| **Term life policy with employer** | **Spouse and children are beneficiaries** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.

■ No

☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes.  Describe each claim.........

| | |
|---|---|
| **My prior car was totaled while parked in front of my house as it was hit by  a stolen car during a police chase.  Although I received insurance proceeds through my insurance company for the loss of my vehicle, I believe I still have a claim agaist the car insurance company of the individual whose car was stolen.   I have incurred further out of pocket losses for my own increased insurance premium as well as the fact that I will have to take a car loan for a new vehicle. They say they will not cover these damages due to the fact that the insured was not the driver.  I have not spoken with an attorney about this and am not sure of the likelihood of any recovery.** | **$0.00** |

35. **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................................**

| |
|---|
| **$77,918.00** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1    **Nana Opoku-Ware**                                    Case number *(if known)*    **19-25519**

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☒ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ☒ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☒ No
   ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ....................................    **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
| --- | --- |

55. **Part 1: Total real estate, line 2** .........................................................................................................    **$750,000.00**

56. **Part 2: Total vehicles, line 5**    **$3,500.00**
57. **Part 3: Total personal and household items, line 15**    **$7,870.00**
58. **Part 4: Total financial assets, line 36**    **$77,918.00**
59. **Part 5: Total business-related property, line 45**    **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**
61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.** Add lines 56 through 61...    **$89,288.00**    Copy personal property total    **$89,288.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    **$839,288.00**

In re    **Nana Opoku-Ware**                                        Case No.    **19-25519**

Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A

 Debtor(s) asserts, in addition to the disclosures set forth in the petition, as follows:

(In this statement, the term 'I' shall mean 'We' in the event the filing is a joint filing)

1. I have no personal injury cases nor do I contemplate bringing an action against anyone for an injury to myself, property or otherwise. I have also not been involved in any injury cases within the past three years.

a. I also have no employment related claims such as employment discrimination, workers compensation, sexual harassment, nor have I been involved in any such claim within the past three years.

2. I do not any real estate other than the property located at 123-125 Division Street, Elizabeth, NJ and 30 Clinton Place, Newark, NJ. New Jersey. Real estate includes, but is not limited to a house, vacant land, land or a house outside the country, condominium unit, cooperative or a timeshare unit.

3. I do not expect to receive any inheritances, and understand that if I am to receive an inheritance I must notify our attorney about it immediately so that the after acquired asset may be scheduled on the petition.

4. I do not have any interest in a business, nor have I been involved in any businesses in the past four years other than that listed.

5. I do not have any other sources of income other than as scheduled on the petition and no one lives with me that contributes to my monthly expenses except as to my spouse.

6. I have not transferred any real property (house, etc., see above for definition) or personal property (such as a car, boat, money) to anyone within the past three years or to any related party (such as a brother, sister, friend or relative) within the past ten years.

7. I have not filed any other bankruptcies in the last eight (8) years other than that listed.

8. I have scheduled as creditors, everyone that I owe money to and I understand that I must, without exception, notwithstanding the nature of the debt (ie, personal loan, credit union loan, credit card debt), list, as a creditor anyone that I owe money to even if the debt cannot be wiped out and/or if I want to continue to pay the obligation. I understand that there is an additional fee and cost if I add a creditor to my petition and failing to include a creditor may impair my credit.

9. That I am not the co-signer or guarantor of anyone else's debt other than listed.

10. That I do not owe any money to the Internal Revenue Service and/or State of New Jersey, Division of Taxation other than that listed.

11. I understand, that if the plan is set up to provide for a loan modification, that there is no guarantee that the mortgage company will offer us a loan modification in which case, generally speaking, my only way to save the property is to cure the arrearage over the life of the plan, which may or may not be feasible.

12. I understand that during the pendency of the case, if I acquire any property, including but not limited to real estate, inheritances, personal injury cases, employment cases, lottery winnings or any other asset, of any material value, defined as a value of more than $1,000, I must notify our attorneys immediately to schedule the asset and that should I fail to notify our attorneys, I risk losing the asset and/or being criminally prosecuted. I understand that any such post-petition (something that I acquire or obtain after this case is filed) asset may be considered part of my bankruptcy estate in which case I may have to pay more money to creditors in my bankruptcy case. I also understand that should there be any material change in my financial circumstances (like for example where I am making considerably more money or earning considerably less money), for the better or worse, over the course of the plan, we must notify our attorneys. A material change is defined as a considerable change in my finances such that my income increases or decreases considerably or my expenses considerably increase or decrease. Finally, I understand that I cannot obtain any credit (like buying a car or obtaining a credit card or obtaining a student loan), during the life of the case without Court or Trustee permission. That also means I cannot use any credit card that may not have had a balance due at the time the case was filed or obtain any new credit I am offered and if I do, my case may be subject to dismissal or conversion to Chapter 7.

a. As to any lawsuit or action that was originally scheduled/listed in my bankruptcy petition, any attorney representing me in that lawsuit must be retained through the Bankruptcy Court (approved by the Court). I must notify my bankruptcy attorneys of any changes pertaining to the lawsuit listed in the petition such as, but not limited to any settlement negotiations or any judgment. Failure to report any settlement(s) of any lawsuit existing at the time of filing, or to report any of the items noted in paragraph number twelve (12) may result in the dismissal of my case or conversion to Chapter 7.

13. I understand that various obligations, such as, but not limited to student loans, child support, debts

incurred by fraud, income taxes in various instances, and criminal fines are non-dischargabeable, meaning that they cannot be wiped out in bankruptcy and continue to accrue interest and other costs and will be due when my bankruptcy is completed. I should consult my attorney for other types of obligations that may be deemed non-dischargeable. Also income tax liability, where the return was not filed timely, that is when due, and/or not within two years of filing, and/or the return is not filed by me (return filed by the taxing authority as a substitute for return) is not dischargeable that means that interest and costs will accrue subsequent to completion of the bankruptcy case. And if the liability is not fully paid, in addition to interest and costs, the actual liability will be due after the Chapter 13 case is filed. In many instances, there is no way for us to determine whether the tax return, whether state or federal, was filed timely or when due or whether the return was filed by you, you must alert us to those issues.

14. No one is holding real property (such as a house) or personal property (non-real estate asset) that really belongs to me, i.e. that I really own.

15. I understand that if there are liens or judgments against my property, that were addressed in the bankruptcy, that there will be an additional fee and cost, which I must pay, upon plan completion, to discharge and/or cancel the judgment and/or lien. Also, I am deciding not to obtain a judgment or title search, which would be an additional cost. The judgment search would disclose any judgments against me and the title search any liens or other lien-type obligations against real property. My attorney will make an effort, by using public sources, to determine if there are judgments against me, affecting the real estate.

16. I understand that my attorney has no control over my credit score as it pertains to the bankruptcy, in other words, that by filing a bankruptcy, my credit score may remain the same, increase or decrease and my attorney has no control on that as it is based on external events.

17. I waive the right to a title report, which may show the priority of a mortgage against the property.

18. I understand that a separate step or action must be taken, either in the bankruptcy court or otherwise, to discharge or cancel a judgment. The bankruptcy will wipe out personal liability as to a judgment, but a motion (for an additional fee and cost) must be filed to discharge and cancel a judgment where there is no real estate.

19. I have scheduled all sources of income and no one lives with me that contributes to my monthly expenses or pays any of my monthly expenses except as to my wife and rent.

20. I have reviewed and read the entire petition and it includes all of my assets (the things that I own

whether real property or personal property) and all of my liabilities (that is the people or companies that I owe money to). I have also read and understand the bankruptcy information statement describing the different forms of bankruptcy the effect of bankruptcy on my credit and the reaffirmation process. I understand that I am responsible for the contents of my bankruptcy petition and I reviewed the entire petition on my own and then with my attorney and I signed the bankruptcy petition and/or the rest of the petition, in my attorneys presence. I have also provided my attorney with documents consistent with the bankruptcy filing such as, but not limited to tax returns, pay advices, bank statements, appraisals, mortgage statements and insurance information, if applicable. Finally, I have received a copy and have read the bankruptcy information statement.

I understand that if the foregoing is not correct, I may not receive a discharge and I may be subject to criminal fines, imprisonment and/or penalties and that I have read and understand this statement and had the opportunity to question my attorney about anything included in the statement.

Dated: August 19, 2019

/S/ NANA OPUKU-WARE

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Nana Opoku-Ware** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | 19-25519 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **123-125 Divison Street Elizabeth, NJ 07201  Union County**<br>**Two family home,  purchased in 2006 for $449,000.  Residence.**<br>Line from *Schedule A/B*: **1.1** | **$400,000.00** | ■ $0.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1) Nominal claim of exemption since amount due exceeds market value.** |
| **2012 Honda Civic 100,000 miles**<br>**No liens.  Son's vehicle.  Purchased for $4,000 with salvage title in 2018.**<br>Line from *Schedule A/B*: **3.1** | **$3,500.00** | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **Four rooms of miscellaneous used household goods.**<br>Line from *Schedule A/B*: **6.1** | **$4,500.00** | ■ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Four televisison sets, one cellular telephone, two desktop computers, one laptop computer, one Ipad tablet computer, one surround sound sytslem**<br>Line from *Schedule A/B*: **7.1** | **$3,000.00** | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    **Nana Opoku-Ware**                                  Case number (if known)    **19-25519**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **DVD's**<br>Line from *Schedule A/B*: **8.1** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **One treadmill**<br>Line from *Schedule A/B*: **9.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Everyday clothing**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking Account: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking Account: Bank of America**<br>Line from *Schedule A/B*: **17.2** | $12,098.00 | ■ $12,098.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking Account: JP Morgan Chase**<br>Line from *Schedule A/B*: **17.3** | $28.00 | ■ $28.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings Account: Bank of America**<br>Line from *Schedule A/B*: **17.4** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings Account: JP Morgan Chase**<br>Line from *Schedule A/B*: **17.5** | $2.00 | ■ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Federal Credit Union: First Community Credit Union**<br>Line from *Schedule A/B*: **17.6** | $70.00 | ■ $70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Owass Financial, Ltd, LLC<br>Tax preparation services.  Has not operated since 2018.  No existing clients, no assets, and no employees.<br>100 % ownership**<br>Line from *Schedule A/B*: **19.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor 1 | **Nana Opoku-Ware** | | Case number (if known) | **19-25519** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
| --- | --- | --- | --- | --- |
| **401(k) with employer: 401(k) with employer**<br>Line from *Schedule A/B*: **21.1** | $5,000.00 | ■ | $5,000.00 | 11 U.S.C. § 522(d)(10)(E) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **401(k) with employer: 401(k) with employer**<br>Line from *Schedule A/B*: **21.1** | $5,000.00 | ■ | $0.00 | 11 U.S.C. § 522(d)(12) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Pension with employer: Pension with employer**<br>Line from *Schedule A/B*: **21.2** | $60,000.00 | ■ | $60,000.00 | 11 U.S.C. § 522(d)(10)(E) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Pension with employer: Pension with employer**<br>Line from *Schedule A/B*: **21.2** | $60,000.00 | ■ | $60,000.00 | 11 U.S.C. § 522(d)(12) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **I am owed $5,900 in back due rent from prior tenants, Sasha and Bianca Woodson.  I believe these amounts to be uncollectible.**<br>Line from *Schedule A/B*: **30.1** | $0.00 | ■ | $0.00 | 11 U.S.C. § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Term life policy with Primerica Beneficiary: Spouse and children**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ | $0.00 | 11 U.S.C. § 522(d)(7) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Term life policy with employer Beneficiary: Spouse and children are beneficiaries**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ | $0.00 | 11 U.S.C. § 522(d)(7) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **My prior car was totaled while parked in front of my house  as it was hit by a stolen car during a police chase. Although I received insurance proceeds through my insurance company for the loss of my vehicle, I believe I still have a claim agaist the car**<br>Line from *Schedule A/B*: **34.1** | $0.00 | ■ | $0.00 | 11 U.S.C. § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nana Opoku-Ware** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **19-25519** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1  **Fay Servicing**<br>Creditor's Name | **Describe the property that secures the claim:**<br>**30 Clinton Place Newark, NJ 07108 Essex County**<br>**Two family home.  Purchased in 2007 consideration $414,900. This is really my mother's property and was only purchased in my name for credit purposes.   My mother resides here, manages proper** | $451,218.46 | $350,000.00 | $101,218.46 |

**P.O. Box 619063**
**Dallas, TX 75261-9063**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | Last 4 digits of account number    **8559** |
|---|---|

Debtor 1   **Nana Opoku-Ware**

First Name      Middle Name      Last Name

Case number (if known)   **19-25519**

---

| 2.2 | **PNC Mortgage** | Describe the property that secures the claim: | $58,582.00 | $400,000.00 | $58,582.00 |

Creditor's Name

**123-125 Divison Street Elizabeth, NJ 07201  Union County**
**Two family home,  purchased in 2006 for $449,000.  Residence.**

**Attn: Bankruptcy**
**3232 Newmark Drive**
**Miamisburg, OH 45342**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 07/07  Last Active**

Date debt was incurred   **5/10/17**   Last 4 digits of account number   **7095**

---

| 2.3 | **Rushmore Loan Management Services** | Describe the property that secures the claim: | $496,208.00 | $400,000.00 | $96,208.00 |

Creditor's Name

**123-125 Divison Street Elizabeth, NJ 07201  Union County**
**Two family home,  purchased in 2006 for $449,000.  Residence.**

**15480 Laguna Canyon Rd Ste 100**
**Irvine, CA 92618-2132**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 05/07  Last Active**

Date debt was incurred   **7/14/17**   Last 4 digits of account number   **6900**

---

Add the dollar value of your entries in Column A on this page. Write that number here:   **$1,006,008.46**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$1,006,008.46**

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Nana Opoku-Ware** | | | Case number (if known) | **19-25519** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**Chase Mortgage**
**700 Kansas Lane**
**Monroe, LA 71203**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Fay Servicing, LLC**
**Attn: Bankruptcy Dept.**
**PO Box 809441**
**Chicago, IL 60680**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Fay Servicing, LLC**
**1601 LBJ Freeway**
**Dallas, TX 75234**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**McCalla, Raymer, Leibert, Pierce, LLC**
**485 Route 1 South, Bldg F. Suite 300**
**Iselin, NJ 08830**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**PNC Bank**
**2730 Liberty Avenue**
**Pittsburgh, PA 15222-4746**

On which line in Part 1 did you enter the creditor? __**2.2**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Pnc Mortgage**
**PO Box 8703**
**Dayton, OH 45401**

On which line in Part 1 did you enter the creditor? __**2.2**__

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Rushmore Loan Management Services**
**15480 Laguna Canyon Road, Ste. 100**
**Irvine, CA 92618**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

Official Form 106D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 3 of 3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nana Opoku-Ware** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 19-25519 |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| 4.1 | **Amex** | Last 4 digits of account number | 4273 | $969.00 |

Nonpriority Creditor's Name

**Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998**

When was the debt incurred?    **Opened 10/06  Last Active 8/02/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Credit Card**

Debtor 1   **Nana Opoku-Ware**                                    Case number (if known)   **19-25519**

---

| 4.2 | **Amex** | Last 4 digits of account number | **7443** | **$748.00** |

Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**PO Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **Opened 12/06  Last Active 7/29/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.3 | **Convergent Outsourcing, Inc.** | Last 4 digits of account number | **5577** | **$805.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 9004**
**Renton, WA 98057**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **Opened 07/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection for T-Mobile Usa**

---

| 4.4 | **Costco Anywhere Visa Card** | Last 4 digits of account number | **5063** | **$7,858.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 6500**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **Opened 09/06  Last Active 7/24/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

Debtor 1    **Nana Opoku-Ware**

Case number (if known)    **19-25519**

---

| 4.5 | **CVI Loan GT Trust I** | Last 4 digits of account number | 0315 | $8,361.22 |

Nonpriority Creditor's Name

**Attn: Faloni & Associates, LLC**
**165 Passaic Avenue, Ste. 301B**
**Fairfield, NJ 07004**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card purchases; May be a duplicate of another scheduled obligation**

---

| 4.6 | **Deptartment Store National Bank/Macy's** | Last 4 digits of account number | 0242 | $385.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**9111 Duke Boulevard**
**Mason, OH 45040**

When was the debt incurred?    **Opened 11/99  Last Active 5/06/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

---

| 4.7 | **Discover Financial** | Last 4 digits of account number | 1871 | $4,251.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**PO Box 15316**
**Wilmington, DE 19850**

When was the debt incurred?    **Opened 10/07  Last Active 7/15/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

Debtor 1    **Nana Opoku-Ware**                                    Case number (if known)    **19-25519**

---

| 4.8 | **Fox Collection Center** | Last 4 digits of account number | **3511** | $477.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 528**
**Goodlettsville, TN 37070**

When was the debt incurred?    **Opened 04/17**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collection for River Drive Surgery Center**

---

| 4.9 | **I C System Inc** | Last 4 digits of account number | **4001** | Unknown |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 64378**
**St Paul, MN 55164**

When was the debt incurred?    **Opened 10/03/13  Last Active 3/11/14**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collection for Sprint**

---

| 4.10 | **I.C. System, Inc.** | Last 4 digits of account number | **4117** | $253.00 |

Nonpriority Creditor's Name
**444 Highway 96 East**
**PO Box 64378**
**St. Paul, MN 55164**

When was the debt incurred?    **Opened 04/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collection for American Anesthesiology Of New**

---

Debtor 1  **Nana Opoku-Ware**

Case number (if known)    **19-25519**

---

| **4.1 1** | **I.C. System, Inc.** | | Last 4 digits of account number | **4488** | | $120.00 |

Nonpriority Creditor's Name

**444 Highway 96 East**
**PO Box 64378**
**St. Paul, MN 55164**

When was the debt incurred?    **Opened 04/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Collection for American Anesthesiology Of New Jersey**

---

| **4.1 2** | **New Jersey Department of Labor** | | Last 4 digits of account number | | | $14,000.00 |

Nonpriority Creditor's Name

**Benefit Payment Control**
**PO Box 951**
**Trenton, NJ 08625-0951**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Unemployment overpayment**

---

| **4.1 3** | **SaVit Collection Agency** | | Last 4 digits of account number | **9846** | | $50.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 250**
**East Brunswick, NJ 08816**

When was the debt incurred?    **Opened 12/13/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Medical Charges**

---

Debtor 1  **Nana Opoku-Ware**                                                     Case number (if known)    **19-25519**

---

| 4.1 4 | | | |
|---|---|---|---|

**Simon's Agency, Inc.**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 5026**
**Syracuse, NY 13220**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2591**                    $327.00

When was the debt incurred?    **Opened 08/18**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection for Summit Medical Group**

---

| 4.1 5 | | | |
|---|---|---|---|

**Simon's Agency, Inc.**

Nonpriority Creditor's Name

**4963 Wintersweet Dr**
**Liverpool, NY 13088**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0833**                    $320.00

When was the debt incurred?    **Opened 07/18**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection for Summit Medical Group**

---

| 4.1 6 | | | |
|---|---|---|---|

**Simon's Agency, Inc.**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 5026**
**Syracuse, NY 13220**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2592**                    $227.00

When was the debt incurred?    **Opened 08/18**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection for Summit Medical Group**

---

Debtor 1    **Nana Opoku-Ware**    Case number (if known)    **19-25519**

---

| 4.1 7 | **Simon's Agency, Inc.** | Last 4 digits of account number | **2595** | $171.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 5026**
**Syracuse, NY 13220**
Number Street City State Zip Code

When was the debt incurred?    **Opened 08/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ No
- ☐ Yes

- ☐ Other. Specify    **Collection for Summit Medical Group**

---

| 4.1 8 | **Simon's Agency, Inc.** | Last 4 digits of account number | **0834** | $163.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 5026**
**Syracuse, NY 13220**
Number Street City State Zip Code

When was the debt incurred?    **Opened 07/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ No
- ☐ Yes

- ☐ Other. Specify    **Collection for Summit Medical Group**

---

| 4.1 9 | **Simon's Agency, Inc.** | Last 4 digits of account number | **2590** | $113.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 5026**
**Syracuse, NY 13220**
Number Street City State Zip Code

When was the debt incurred?    **Opened 08/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ No
- ☐ Yes

- ☐ Other. Specify    **Collection for Summit Medical Group**

---

Debtor 1  **Nana Opoku-Ware**

Case number (if known)    **19-25519**

---

**4.2
0**

**Simon's Agency, Inc.**
Nonpriority Creditor's Name

**Attn: Bankruptcy
PO Box 5026
Syracuse, NY 13220**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **2593**                    $113.00

When was the debt incurred?    **Opened 08/18**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection for Summit Medical Group**

---

**4.2
1**

**Simon's Agency, Inc.**
Nonpriority Creditor's Name

**Attn: Bankruptcy
PO Box 5026
Syracuse, NY 13220**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **7951**                    $85.00

When was the debt incurred?    **Opened 11/15  Last Active 6/24/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection for Summit Medical Group**

---

**4.2
2**

**Simon's Agency, Inc.**
Nonpriority Creditor's Name

**Attn: Bankruptcy
PO Box 5026
Syracuse, NY 13220**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **2594**                    $62.00

When was the debt incurred?    **Opened 08/18**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection for Summit Medical Group**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

---

Debtor 1  **Nana Opoku-Ware**

Case number (if known)  **19-25519**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **American Anesthesiology of New Jersey, P**<br>22 Old Short Hills Rd., Ste. 112<br>Livingston, NJ 07039 | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Amex**<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Amex**<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Convergent Outsourcing, Inc.**<br>800 Sw 39th Street<br>Renton, WA 98057 | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Costco Anywhere Visa Card**<br>PO Box 6190<br>Sioux Falls, SD 57117 | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Deptartment Store National Bank/Macy's**<br>Po Box 8218<br>Mason, OH 45040 | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Discover Financial**<br>Pob 15316<br>Wilmington, DE 19850 | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Fox Collection Center**<br>PO Box 528<br>Goodlettsville, TN 37070 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **I C System Inc**<br>PO Box 64378<br>Saint Paul, MN 55164 | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **I.C. System, Inc.**<br>PO Box 64378<br>Saint Paul, MN 55164 | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **I.C. System, Inc.**<br>Po Box 64378<br>Saint Paul, MN 55164 | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

Debtor 1  **Nana Opoku-Ware**                                        Case number (if known)    **19-25519**

| | |
|---|---|
| Name and Address<br>**River Drive Surgery**<br>**619 River Dr, First Floor**<br>**Elmwood Park, NJ 07407** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**SaVit Collection Agency**<br>**Po Box 250**<br>**East Brunswick, NJ 08816** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Simon's Agency, Inc.**<br>**4963 Wintersweet Drive**<br>**Liverpool, NY 13088** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Simon's Agency, Inc.**<br>**4963 Wintersweet Dr**<br>**Liverpool, NY 13088** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Simon's Agency, Inc.**<br>**4963 Wintersweet Dr**<br>**Liverpool, NY 13088** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Simon's Agency, Inc.**<br>**4963 Wintersweet Dr**<br>**Liverpool, NY 13088** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Simon's Agency, Inc.**<br>**4963 Wintersweet Dr**<br>**Liverpool, NY 13088** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Simon's Agency, Inc.**<br>**4963 Wintersweet Dr**<br>**Liverpool, NY 13088** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Simon's Agency, Inc.**<br>**4963 Wintersweet Dr**<br>**Liverpool, NY 13088** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Simon's Agency, Inc.**<br>**4963 Wintersweet Dr**<br>**Liverpool, NY 13088** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Sprint**<br>**PO Box 152046**<br>**Irving, TX 75015-2046** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Summit Medical Group**<br>**Attn: Business Office Admin**<br>**150 Floral Avenue** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Nana Opoku-Ware** | Case number (if known) | **19-25519** |
|---|---|---|---|

New Providence, NJ 07974-1557

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **T- Mobile**<br>**PO Box 370792**<br>**Birmingham, AL 35237** | Line **4.3** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 39,858.22 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 39,858.22 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nana Opoku-Ware** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **19-25519** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re  **Nana Opoku-Ware** _____    Case No.  **19-25519** _____
                                        Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### Attachment A

**I now have a residential lease with  a tenant on 123-125 Division Street, Elizabeth, New Jersey.  There are also residential leases with two tenants on 30 Clinton Place, Newark, New Jersey.  These leases are really property of mother who really owns and manages property.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nana Opoku-Ware** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 19-25519 |
| (if known) | |

☐ Check if this is an
  amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br>City                    State                ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br>City                    State                ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Nana Opoku-Ware** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | **19-25519** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| | | **Occupation** | **Ramp Agent** | **Medical Technician** |
| | Include part-time, seasonal, or self-employed work. | **Employer's name** | **United Airlines** | **Sunrise Assisted Living** |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | **Newark Liberty  International Airport 3 Brewster Road Newark, NJ 07114** | **215 Madison Avenue Madison, NJ 07940** |
| | | **How long employed there?** | **14 years** | **12 years** |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **7,118.82** | $ **3,586.62** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **7,118.82** | $ **3,586.62** |

Debtor 1    **Nana Opoku-Ware**                                     Case number (*if known*)    **19-25519**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ **7,118.82** | $ **3,586.62** |

**5.   List all payroll deductions:**

|  |  |  |  |
|---|---|---|---|
| 5a.   Tax, Medicare, and Social Security deductions | 5a. | $ **1,085.35** | $ **542.47** |
| 5b.   Mandatory contributions for retirement plans | 5b. | $ **501.00** | $ **286.80** |
| 5c.   Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **0.00** |
| 5d.   Required repayments of retirement fund loans | 5d. | $ **279.71** | $ **0.00** |
| 5e.   Insurance | 5e. | $ **461.16** | $ **0.00** |
| 5f.   Domestic support obligations | 5f. | $ **0.00** | $ **0.00** |
| 5g.   Union dues | 5g. | $ **60.70** | $ **0.00** |
| 5h.   Other deductions. Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |

**6.   Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   **6.**   $ **2,387.92**   $ **829.27**

**7.   Calculate total monthly take-home pay.**  Subtract line 6 from line 4.   **7.**   $ **4,730.90**   $ **2,757.35**

**8.   List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a.   **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **1,700.00** | $ **120.00** |
| 8b.   **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c.   **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d.   **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e.   **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f.   **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g.   **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h.   **Other monthly income. Specify:** _____ | 8h.+ | $ **0.00** + | $ **0.00** |

**9.   Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   **9.**   $ **1,700.00**   $ **120.00**

**10.   Calculate monthly income.**  Add line 7 + line 9.   **10.**   $ **6,430.90**  + $ **2,877.35**  = $ **9,308.25**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.   State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   **11.**  +$ **0.00**

**12.   Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   **12.**   $ **9,308.25**

**Combined monthly income**

Debtor 1   **Nana Opoku-Ware**                                              Case number (*if known*)   **19-25519**

13.  **Do you expect an increase or decrease within the year after you file this form?**

☐   No.

■   Yes. Explain:   **I have been out of work disabled since May of 2019 and return to work on September 15, 2019. Income calculations scheduled are based on 2018 earnings.  My income going forward will vary depending on my overtimes wages.  The extent of my overtime depends on my health, but I expect it to be consistent with the information listed herein.**

**My pension loans end????**

**My tenant starts September 2019.**

**My wife has sporadic busines earnings selling earrings.**

In re    **Nana Opoku-Ware**                                                    Case No.    **19-25519**
                              Debtor(s)

## SCHEDULE I - YOUR INCOME
### Attachment A

With regards to 30 Clinton Place, Newark, NJ,  this is really my mother's property.  My mother lives there,  collects all rent and makes all mortgage payments and pays all expenses associated with property.  There are two tenants who pay $2,800 per month total.  The mortgage payments are $2,322.05 per month.  When utility charges and maintenance are factored in there is effectively no net profit being made on the house.

The first 401K loan ends in about twenty-six months, October 31, 2021.  The second 401K  and automobile loan payment as to my wife, end in about fifty (50) months.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Nana Opoku-Ware** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | **19-25519** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**     ☐ No

    Do not list Debtor 1 and Debtor 2.     ■ Yes.    Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **10 years** | ☐ No  ■ Yes |
| **Son** | **14 years** | ☐ No  ■ Yes |
| **Daughter** | **17 years** | ☐ No  ■ Yes |
| **Son** | **21 years** | ☐ No  ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 2,323.00

    **If not included in line 4:**

    4a. Real estate taxes    4a. $ _____ 0.00
    4b. Property, homeowner's, or renter's insurance    4b. $ _____ 0.00
    4c. Home maintenance, repair, and upkeep expenses    4c. $ _____ 150.00
    4d. Homeowner's association or condominium dues    4d. $ _____ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

| Debtor 1 | **Nana Opoku-Ware** | Case number (if known) | **19-25519** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | **490.00** |
| | 6b.    Water, sewer, garbage collection | 6b. $ | **267.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **530.00** |
| | 6d.    Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **1,050.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **155.00** |
| 10. | **Personal care products and services** | 10. $ | **125.00** |
| 11. | **Medical and dental expenses** | 11. $ | **150.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | **450.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **125.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **700.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a. $ | **54.00** |
| | 15b.    Health insurance | 15b. $ | **0.00** |
| | 15c.    Vehicle insurance | 15c. $ | **395.00** |
| | 15d.    Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ | **500.00** |
| | 17b.    Car payments for Vehicle 2 | 17b. $ | **350.00** |
| | 17c.    Other. Specify: | 17c. $ | **0.00** |
| | 17d.    Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | $ | **0.00** |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.    Mortgages on other property | 20a. $ | **0.00** |
| | 20b.    Real estate taxes | 20b. $ | **0.00** |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.    Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **7,814.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **7,814.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **9,308.25** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **7,814.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **1,494.25** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.

   ☐ Yes.    Explain here: **As to my car loan listed,  my wife obtained a car, which was financed, before filing.  It is a six year loan.**

**My wife's car loans, the second payment scheduled, ends in 49 months.**

**Fill in this information to identify your case:**

Debtor 1        **Nana Opoku-Ware**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  First Name      Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number    **19-25519**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
                                                          *Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Nana Opoku-Ware**                              X _____
  **Nana Opoku-Ware**                                    Signature of Debtor 2
  Signature of Debtor 1

  Date  **August 18, 2019**                              Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nana Opoku-Ware** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **19-25519** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$40,785.59** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Nana Opoku-Ware**    Case number *(if known)*    **19-25519**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips | $85,425.90 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $4,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | ■ Wages, commissions, bonuses, tips | $72,195.03 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $3,540.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐   No
    ■   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | **Disability Benefits** | $21,189.84 | | |
| | **Rental Income** | $17,400.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | **Rental Income** | $17,400.00 | | |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐   No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ☐   No.    Go to line 7.
    ☐   Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do

| Debtor 1 | **Nana Opoku-Ware** | Case number *(if known)* | **19-25519** |

not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☒ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Amex**<br>**Correspondence/Bankruptcy**<br>**PO Box 981540**<br>**El Paso, TX 79998** | Ordinary course credit card payments in the 90 days pre-petition. | **$1,000.00** | **$969.00** | ☐ Mortgage<br>☐ Car<br>☒ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Allstate**<br>**721 US Highway #22**<br>**Bridgewater, NJ** | Ordianry course automobile insurance payments in the 90 days pre-petition. | **$1,185.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other  **Automobile insurance charges** |
| **PSEG**<br>**PO Box 14104**<br>**New Brunswick, NJ 08906-4104** | Ordinary course utility payments in the 90 days pre-petition | **$900.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other  **Utility charges** |
| **Verizon**<br>**PO Box 4830**<br>**Trenton, NJ 08650** | Ordnary course cell phone charges in the 90 days pre-petition. | **$900.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other___ |
| **Elizabethtown Water**<br>**PO Box 16813**<br>**Newark, NJ 07101-6813** | Ordinary course water service charges in the 90 days pre-petition. | **$800.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other  **Water service charges** |
| **Costco Anywhere Visa Card**<br>**Attn: Bankruptcy**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | Ordinary course credit card charges in the 90 days pre-petition. | **$6,000.00** | **$7,858.00** | ☐ Mortgage<br>☐ Car<br>☒ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Nana Opoku-Ware** | Case number *(if known)* | **19-25519** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **CVI Loan  GT  Trust I vs Nana Opoku-Ware** **DC 008203-15** | **Civil Action** | **Superior Court of New Jersey, Union Coun Special Civil Part, Old Annex 2 Broad Street, 3rd Floor (Ref: DC 008203-15) Elizabeth, NJ 07207** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **JP Morgan Chase Bank, NA v. Nana Opoku-Ware, et. al.** **F-024705-17** | **Foreclosure Action** | **Superior Court of New Jersey, Union Coun Chancery Division 2 Broad Street (Ref: F-024705-17) Elizabeth, NJ 07207** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Judgment entered and sheriff's sale scheduled** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☐ No
■ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    **Nana Opoku-Ware**                                                          Case number *(if known)*    **19-25519**

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| **NJ Division of Taxation**<br>**PO Box 198**<br>**Trenton, NJ 08646** | **2018 NJ State Tax Refund offset on account of federal offset program to pay back past due taxes to Internal Revenue Service.**<br>Last 4 digits of account number: _____ | **April 2019** | **$2,000.00** |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
|  |  |  |  |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Power Resurrection Living Chruch**<br>**249 Clinton Avenue**<br>**Newark, NJ 07108** | **$6,000 in tithes contributed over the course of the last year** | **Over the course of the last year** | **$6,000.00** |

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **2013 Mercedes ML 350. Car was parked in front of my house and was totaled by a stolen car during a police chase.** | **I received $16,340 in insurance proceeds.** | **July 2019** | **$16,340.00** |

| Debtor 1 | **Nana Opoku-Ware** | Case number *(if known)* | **19-25519** |

---

**Part 7:** **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Herbert B. Raymond<br>7 Glenwood Avenue<br>Suite 408<br>East Orange, NJ 07017<br>www.bankruptcylaw123.com** | **$1,250 paid representing court filing fee of $310.00, credit report fee of $33.00, court required credit counseling fee of $9.95, and legal fees of $899.05.  Balance of legal fee in the amount of $3,850.95 to be paid through plan.** | **August 2019** | **$1,250.00** |
| **Access Counseling, Inc.<br>633 W. 5th Street, Ste. 26001<br>Los Angeles, CA 90071<br>www.accessbk.org** | **Court required credit counseling course.** | **August 2019** | **$9.95** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Rosa Ortiz, Esq<br>76 Elmora Avenue<br>Elizabeth, NJ 07208** | **I was paying $500 per month from February 2018 to July 2019 for loan modification and foreclosure services.** | **February 2018- July 2019** | **$9,000.00** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1    **Nana Opoku-Ware**                                    Case number *(if known)*    **19-25519**

---

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes.  Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

---

Debtor 1    **Nana Opoku-Ware**                                     Case number *(if known)*    **19-25519**

---

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Owass Financial Ltd, LLC**<br>**30 Clinton Ave**<br>**Newark, NJ 07108** | **Tax preparation services.  Has not operated since 2018.  No existing clients, no assets, and no employees.**<br><br>**EddieMoo's Financial, LLC**<br>**1837 Springfield Avenue**<br>**Maplewood, NJ 07040** | EIN:<br><br>**From-To    2010 through 2018** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

---

Debtor 1    **Nana Opoku-Ware**                                        Case number (*if known*)    **19-25519**

---

**Part 12:    Sign Below**

---

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Nana Opoku-Ware**
**Nana Opoku-Ware**                                        **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **August 18, 2019**                              Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    **Nana Opoku-Ware**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of New Jersey

Case number    **19-25519**
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 5,193.77 | $ 3,008.82 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 280.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | -$ 158.33 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 121.67 | **Copy here ->** $ 0.00 | $ 121.67 |

6. **Net income from rental and other real property**    Debtor 1

| | | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 **Copy here ->** $ 0.00 | $ 0.00 | $ 0.00 |

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 1**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Nana Opoku-Ware** | | Case number (*if known*) | **19-25519** |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

7. **Interest, dividends, and royalties** — $ 0.00 | $ 0.00

8. **Unemployment compensation** — $ 0.00 | $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you — $ 0.00

For your spouse — $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. — $ 0.00 | $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

$ 0.00 | $ 0.00

$ 0.00 | $ 0.00

Total amounts from separate pages, if any. + $ 0.00 | $ 0.00

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 5,193.77 + $ 3,130.49 = $ 8,324.26

Total average monthly income

| **Part 2:** | Determine How to Measure Your Deductions from Income |

12. **Copy your total average monthly income from line 11.** — $ 8,324.26

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☑ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

$

$

+$

Total — $ 0.00    Copy here=> - 0.00

14. **Your current monthly income.** Subtract line 13 from line 12. — $ 8,324.26

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> — $ 8,324.26

Multiply line 15a by 12 (the number of months in a year). — x 12

15b. The result is your current monthly income for the year for this part of the form. ............................................... — $ 99,891.12

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Nana Opoku-Ware**                                   Case number (*if known*)   **19-25519**

---

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live.                        **NJ**

    16b. Fill in the number of people in your household.             **6**

    16c. Fill in the median family income for your state and size of household.                    $    **143,465.00**

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a. ■ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

    17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4) |
|---|---|

18. Copy your total average monthly income from line 11 .                         $    **8,324.26**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

    19a. If the marital adjustment does not apply, fill in 0 on line 19a.            -$    **0.00**

    19b. **Subtract line 19a from line 18.**                                        $    **8,324.26**

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b                                                             $    **8,324.26**

    Multiply by 12 (the number of months in a year).                           **x  12**

    20b. The result is your current monthly income for the year for this part of the form    $    **99,891.12**

    20c. Copy the median family income for your state and size of household from line 16c    $    **143,465.00**

21. **How do the lines compare?**

    ■ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

    ☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X  /s/ Nana Opoku-Ware**

**Nana Opoku-Ware**
Signature of Debtor 1

Date   **August 18, 2019**
       MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

---

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 3**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1    **Nana Opoku-Ware**                                    Case number (*if known*)    **19-25519**

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **02/01/2019** to **07/31/2019**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Wages**
Year-to-Date Income:
Starting Year-to-Date Income:  **$9,623.00**  from check dated ___**1/31/2019**___ .
Ending Year-to-Date Income:  **$40,785.59**  from check dated ___**7/31/2019**___ .
Income for six-month period (Ending-Starting):  **$31,162.59** .
Average Monthly Income:  **$5,193.77** .

| Debtor 1 | **Nana Opoku-Ware** | Case number (*if known*) | **19-25519** |
|---|---|---|---|

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **02/01/2019** to **07/31/2019**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Wages**
Year-to-Date Income:
Starting Year-to-Date Income:  **$4,783.44**  from check dated  **1/31/2019** .
Ending Year-to-Date Income:  **$22,836.34**  from check dated  **7/31/2019** .
Income for six-month period (Ending-Starting):  **$18,052.90** .
Average Monthly Income:  **$3,008.82** .

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **Jewelery Sales**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | **02/2019** | **$350.00** | **$200.00** | **$150.00** |
| 5 Months Ago: | **03/2019** | **$200.00** | **$100.00** | **$100.00** |
| 4 Months Ago: | **04/2019** | **$180.00** | **$100.00** | **$80.00** |
| 3 Months Ago: | **05/2019** | **$400.00** | **$200.00** | **$200.00** |
| 2 Months Ago: | **06/2019** | **$450.00** | **$300.00** | **$150.00** |
| Last Month: | **07/2019** | **$100.00** | **$50.00** | **$50.00** |
| | Average per month: | **$280.00** | **$158.33** | |
| | | | Average Monthly NET Income: | **$121.67** |

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 5**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Herbert B. Raymond, Esq.**
**7 Glenwood Avenue**
**East Orange, NJ 07017**
**973-675-5622**
**bankruptcy123@comcast.net**

In Re:
         **Nana Opoku-Ware**

Case No.: _____**19-25519**_____

Chapter: _____**13**_____

Judge: _____

# DISCLOSURE OF CHAPTER 13 DEBTOR'S ATTORNEY COMPENSATION

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for
the debtor(s) and that compensation was paid to me within one year before the filed date of the petition, or
agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in connection
with this bankruptcy case is as follows:

      ■ Under D.N.J. LBR 2016-5(b), I have agreed to accept for all legal services required to confirm a plan, subject
      to the exclusions listed below, including administrative services that may occur postconfirmation, a flat fee in the
      amount of $ __4,750.00__. I understand that I must demonstrate that additional services were unforeseeable at the
      time of the filing of this disclosure if I seek additional compensation and reimbursement of necessary expenses.

      Legal services on behalf of the debtor in connection with the following are not included in the flat fee:

      Representation of the debtor in:
      • adversary proceedings,
      • loss mitigation/loan modification efforts,
      • post-confirmation filings and matters brought before the Court.

      I have received:                                              $ __899.05__

      The balance due is:                                           $ __3,850.95__

      The balance ☐ will ■ will not be paid through the plan.

      ☐ Under D.N.J. LBR 2016-5(c), I have agreed to accept for legal services provided on behalf of the debtor in this
      case, an hourly fee of $ ____. The hourly fee charged by other members of my firm that may provide services to
      this client range from $ ____ to $ ____. I understand that I must receive the Court's approval of any fees or
      expenses to be paid to me in this case post petition pursuant to D.N.J. LBR 2016-1.

      I have received:                                              $ ____

2.      The source of the funds paid to me was:

      ■ Debtor(s)                    ☐ Other (specify below)

3.      If a balance is due, the source of future compensation to be paid to me is:

■ Debtor(s)                    ☐ Other (specify below)


4.      I ☐ have or ■ have not agreed to share compensation with another person(s) unless they are members of my law firm. If I have agreed to share compensation with a person(s) who is not a member of my law firm, a copy of that agreement and a list of the people sharing in the compensation is attached.


Date:   **August 18, 2019**                    **/s/ Herbert B. Raymond, Esq.**
                                               **Herbert B. Raymond, Esq.**
                                               Debtor's Attorney

*new.8/1/18*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re   **Nana Opoku-Ware**                                          Case No.   **19-25519**
                                          Debtor(s)

### Disclosure of Chapter 13 Debtor's Attorney Compensation
#### Attachment A

**Retainer Agreement**

**This shall constitute the fee arrangement between you, the client or Debtor(s) and the law firm, that is Herbert B. Raymond, Esq., Jeffrey M. Raymond, Esq., and Kevin L. DeLyon, Esq., dba Raymond and Raymond. The fee you are being charged, pre-confirmation, is a set fee, with possible upward adjustment, contingent on services rendered. The fee you are being charged is $4,7500, plus filing fees and costs of approximately $400 (consisting of the court filing fee, the credit counseling fee, the credit reporting fee, and miscellaneous costs associated with filing, i.e. actual costs of filing).**

**Pre-Confirmation with Adjustment if Necessary: The fee charged relates to pre-confirmation services only and is a set fee, in other words, it is a flat rate fee which may be adjusted upwards depending on the services rendered in the case. The maximum amount, that the fee may be increased is to the sum of $4,750.00, a sum set by the Court, exclusive of costs. The Debtor consents and agrees to be charged this fee and understands that if the fee charged is less than the $4,750, that the attorneys/law firm, may amend the fee disclosure so that the increased fee is charged. The amended fee disclosure statement, will be e-mailed or mailed to the Debtor/client. By signing this agreement, despite the legal fee charged to you, you consent to a legal fee to be charged of up to $4,750, depending on the circumstances in the case (if additional services are rendered).**

**A. Excluded Services: Before confirmation of your plan, services pertaining to loss mitigation or loan modification efforts and representation in adversary proceedings, are not included in the fees being charged. The Court specifically excludes such fees from the flat rate charge. [Please see below as it relates to supplemental or additional fees for any unforeseen service or a service not contemplated by the parties]**

**i. The legal fees for loss mitigation vary and the basic or standard charge is $750, but may be as much as $1,500.00, depending on the particular case. This sum is in addition to the flat or set fee noted above. There may also be additional fees pertaining to loss mitigation such as, but not including to fees for status conferences (charged at $300 to $500), loss mitigation extension or termination applications ($250) and motions to approve a loan modification ($500).**

**ii. Representation in Adversary Proceedings: Fees pertaining to adversary proceedings**

are not included in the set fee and no representation in any adversary action/proceeding, will be under-taken until the quoted legal fee and cost is paid by the Debtor to counsel.

**Litigation:** In some circumstances, involving considerable litigation, such as but not limited to complicated legal issues requiring briefing or plenary hearings (involving a contested factual issue such as, but not limited to a valuation hearing or contested confirmation issue), a request may be made, by the law firm, to the Court, for fees to be paid an hourly rate, which shall be the rate in effect, set by the firm, at the time the services are rendered to the Debtor.

**Appeal:** In no event will the fee cover an appeal and no appeal will be under-taken without the execution of another agreement between the Debtor and law firm and the payment of the required legal fees and costs of appeal.

Fees for pre-confirmation services whether included or excluded, will be part of your Chapter 13 plan to the extent not paid initially and if the fee is for an excluded service or if the pre-confirmation fee is increased due to the rendering of additional services, the Chapter 13 plan payment may increase. By signing this agreement, you consent to the fees that are charged and to be included under the plan and the law firm will continue to represent you and make adjustment to the fees and necessary, depending on services rendered, and the fees will be part of your Chapter 13 plan and may result in an increase in plan payments.

**Post-Confirmation (After Initial Court Approval):** The fee noted above, whether flat rate, increased by adjustment or hourly, does not include any services rendered to you after the approval (confirmation) of your plan. Thus any service, including but not limited to services, other than those services deemed part and parcel of the original fee or plan, performed after the confirmation of your plan, may be charged to you, pursuant to the following schedule and are known as supplemental counsel fees or post-confirmation counsel fees:

a. Modified Plans: $300

b. Motions filed on Behalf of the Debtor: $500

c. Defense of Trustee Motions, Stay Relief Motions or any Other Motion(s) Filed Against the Debtor: $400

d. Retention Applications: $200

e. Notice of Settlement and/or Notice of Sale: $150

f. Amendments to Petition: $100 (Plus Actual Costs)

g. Additional Court Appearances Pertaining to Any of the Above or Below: $100

**h. Trustee or Creditor Default Certifications: $400**

**i. Preparation of Wage Order: $150**

**j. Conversion of Case: Any amounts still due under the plan plus legal fees ($350 to $1,200) plus actual costs of conversion such as amendment filing fee and conversion fee**

These after confirmation or supplemental legal fees are be charged to the Debtor/Client consistent with this schedule. In very complicated or time consuming situations, like, for example, where a legal issue arises or where there is a contested factual issue necessitating a plenary hearing, the fee charged may be on an hourly basis, at the rate, in counsel's discretion, in effect at the time the service is rendered. The Debtor(s) consents to the post-confirmation fees to be charged, whether on an hourly basis or pursuant to this fee schedule (for an enumerated or standard service), and the attorney will represent the Debtor(s) and charge the Debtor pursuant to the post-confirmation schedule, with the legal fees, to be added to the plan, unless the Debtor notifies the firm otherwise. The additional fee may result in an increase in the Debtor's plan payment to the Trustee.

**Pre-Confirmation Supplemental or Additional Fees:** In the event a service is rendered, for a non-foreseeable event, one which was not contemplated by the parties, we have the right to charge an additional fee, pursuant to the schedule noted above, with the fee, in most cases, to be added to your plan. In some situations, it may mean that your plan payments will increase to account for this fee.

**Costs:** Actual costs of filing, such as, but not limited to the costs noted above, must be paid by the Debtor/Client. Thus, in addition to the filing fees, credit counseling and credit reporting costs, there may be, for example, additional costs for filing fees pertaining to certification of an order, the cancellation of a judgment, cancelling a mortgage, title report(s) and the financial management course. These actual costs must be paid by the Debtor and the actual cost must be paid to counsel before it is incurred.

**Fees Due Upon Dismissal or Conversion:** If your case is ever dismissed, you will still owe to the law firm any amounts due under the plan which have yet to be paid (unpaid amounts). Similarly, upon conversion, the amounts still due under the plan, must be paid before conversion of your case to another chapter of the code.

**Irrevocable Assignment of Legal Fees and/or Costs:** The Debtor, by signing this statement, assigns his/her/their interest, in the funds held by the Trustee, to the extent Counsel is still owed legal fees or expenses for services rendered or expenses incurred. You hereby irrevocably assign to us your interest in all payments made to the Chapter 13 Trustee, to the extent of any balance due, subject to

Court approval of such fees and/or expenses. If your case is dismissed, or converted before our fees and/or expenses are paid in full, you agree to allow the Chapter 13 Trustee to pay the balance due to us directly from funds that would otherwise be returned to you, subject to Court approval of the fees and/or expenses. This means that if the Chapter 13 Trustee is holding funds, from payments that you made into the case, at the time the case is converted or dismissed, you have agreed that those funds are assigned to us and that such funds will be paid to our firm on account of legal fees and/or costs still due and owing.

Credit Scores: I understand that my attorney has no control of my credit score, or any credit implications, either during or after the bankruptcy case and that includes what may be included on my credit report. My attorney makes no representations as to credit and I understand that there are credit implications as a result of filing bankruptcy that are not within the control of my attorney and that my attorneys cannot rectify. My attorneys are under no obligation to take any action as it pertains to my credit and have not been retained, or otherwise, to do so.

Income Tax Liability (Whether State, Federal or Otherwise): I understand, as it pertains to income taxes, where a tax return was not filed by me and was filed by a taxing entity, the liability will never be dischargeable (capable of being wiped out), no matter how the obligation is treated in the plan. So even if paid in full interest will continue to accrue. As to any tax return not filed on time, when due, or not within two years of filing, the same holds true. The liability and/or any interest will continue to be due after the bankruptcy filing. Please note that there is no way that we can determine whether tax liability is dischargeable. There may also be other events such as tolling (where another bankruptcy was filed or when an offer and compromise was in affect), or where liability was not assessed, where the tax and/or any interest will continue to be due.

By signing this agreement, you agree to the fee structure noted above regarding the legal fees (flat, adjustment upward, hourly and post-confirmation), and to the assignment of Legal Fees and/or Costs in the case. By signing this agreement, I consent to the terms and accept the fee agreement and understand the fee arrangement. I understand that effective legal representation means cooperating with my attorney by providing information, whether in the form of documents or information, and being forthright (honest). I understand that should I fail to cooperate with my attorney in this manner or that if I am not forthright, I jeopardize the continuation of my case and my attorney may ask the Court to withdraw as my counsel. There will be no refunds of any legal fees if the firm withdraws as counsel and there will be no refunds of any sums once the case is filed with the Court.

**NANA OPUKU-WARE**

**/S/ _____ Dated: August 19, 2019**

**Debtor**

**/S/_____ Dated:**

**Joint-Debtor (if applicable)**