Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−25519−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nana Opoku−Ware
   fka John Owusu, fka John Owusu−Ware
   123−125 Division Street
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−7805

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              10/10/19
Time:              08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 9, 2019
JAN: lc

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-25519-JKS
Nana Opoku-Ware                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Sep 09, 2019
                             Form ID: 132             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2019.
```
db              +Nana Opoku-Ware,   123-125 Division Street,   Elizabeth, NJ 07201-2844
518401725       +American Anesthesiology of New Jersey, P,   22 Old Short Hills Rd., Ste. 112,
                  Livingston, NJ 07039-5607
518401728       +Amex,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
518401726       +Amex,   Correspondence/Bankruptcy,   PO Box 981540,   El Paso, TX 79998-1540
518401736       +CVI Loan GT Trust I,   Attn: Faloni & Associates, LLC,   165 Passaic Avenue, Ste. 301B,
                  Fairfield, NJ 07004-3592
518401730       +Chase Mortgage,   Attn: Bankruptcy Dept,   PO Box 24696,   Columbus, OH 43224-0696
518401731       +Chase Mortgage,   700 Kansas Lane,   Monroe, LA 71203-4774
518401733       +Convergent Outsourcing, Inc.,   800 Sw 39th Street,   Renton, WA 98057-4927
518401732       +Convergent Outsourcing, Inc.,   Attn: Bankruptcy,   PO Box 9004,   Renton, WA 98057-9004
518401735       +Costco Anywhere Visa Card,   PO Box 6190,   Sioux Falls, SD 57117-6190
518401734       +Costco Anywhere Visa Card,   Attn: Bankruptcy,   PO Box 6500,   Sioux Falls, SD 57117-6500
518401737       +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
                  Mason, OH 45040-8999
518401738       +Deptartment Store National Bank/Macy's,   Po Box 8218,   Mason, OH 45040-8218
518401741       +Fay Servicing, LLC,   Attn: Bankruptcy Dept.,   PO Box 809441,   Chicago, IL 60680-9441
518401742       +Fay Servicing, LLC,   1601 LBJ Freeway,   Dallas, TX 75234-6034
518401746       +I C System Inc,   PO Box 64378,   Saint Paul, MN 55164-0378
518401745       +I C System Inc,   Attn: Bankruptcy,   PO Box 64378,   St Paul, MN 55164-0378
518401747       +I.C. System, Inc.,   444 Highway 96 East,   PO Box 64378,   St. Paul, MN 55164-0378
518401751        McCalla, Raymer, Leibert, Pierce, LLC,   485 Route 1 South, Bldg F. Suite 300,
                  Iselin, NJ 08830
518401752       +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
518401753       +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
518401754       +Pnc Mortgage,   PO Box 8703,   Dayton, OH 45401-8703
518401755       +River Drive Surgery,   619 River Dr, First Floor,   Elmwood Park, NJ 07407-1317
518401756       +Rushmore Loan Management Services,   15480 Laguna Canyon Road, Ste. 100,
                  Irvine, CA 92618-2132
518401759       +Simon's Agency, Inc.,   Attn: Bankruptcy,   PO Box 5026,   Syracuse, NY 13220-5026
518401777        Summit Medical Group,   Attn: Business Office Admin,   150 Floral Avenue,
                  New Providence, NJ 07974-1557
518429899       +Summit Medical Group,   Simon's Agency Inc.,   PO Box 5026,   Syracuse, NY 13220-5026
518401778        T- Mobile,   PO Box 370792,   Birmingham, AL 35237
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 00:07:50      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 00:07:47      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 00:28:21
                  Synchrony Bankc/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518401739        E-mail/Text: mrdiscen@discover.com Sep 10 2019 00:06:35      Discover Financial,
                  Attn: Bankruptcy Department,   PO Box 15316,   Wilmington, DE 19850
518401740        E-mail/Text: mrdiscen@discover.com Sep 10 2019 00:06:35      Discover Financial,   Pob 15316,
                  Wilmington, DE 19850
518411968        E-mail/Text: mrdiscen@discover.com Sep 10 2019 00:06:35      Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
518401743       +E-mail/Text: bankruptcies@foxcollection.com Sep 10 2019 00:07:44      Fox Collection Center,
                  Attn: Bankruptcy,   PO Box 528,   Goodlettsvile, TN 37070-0528
518401744       +E-mail/Text: bankruptcies@foxcollection.com Sep 10 2019 00:07:44      Fox Collection Center,
                  PO Box 528,   Goodlettsville, TN 37070-0528
518401776        E-mail/Text: appebnmailbox@sprint.com Sep 10 2019 00:07:42      Sprint,   PO Box 152046,
                  Irving, TX 75015-2046
518401757       +E-mail/Text: bankruptcy@savit.com Sep 10 2019 00:08:46      SaVit Collection Agency,
                  Attn: Bankruptcy,   PO Box 250,   East Brunswick, NJ 08816-0250
518401758       +E-mail/Text: bankruptcy@savit.com Sep 10 2019 00:08:47      SaVit Collection Agency,
                  Po Box 250,   East Brunswick, NJ 08816-0250
518401760       +E-mail/Text: clientservices@simonsagency.com Sep 10 2019 00:08:35      Simon's Agency, Inc.,
                  4963 Wintersweet Dr,   Liverpool, NY 13088-2176
518403226       +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 00:16:35      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518401727*      +Amex,   Correspondence/Bankruptcy,   PO Box 981540,   El Paso, TX 79998-1540
518401729*      +Amex,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
518401749*      +I.C. System, Inc.,   PO Box 64378,   Saint Paul, MN 55164-0378
518401750*      +I.C. System, Inc.,   Po Box 64378,   Saint Paul, MN 55164-0378
518401748*      +I.C. System, Inc.,   444 Highway 96 East,   PO Box 64378,   St. Paul, MN 55164-0378
518401761*      +Simon's Agency, Inc.,   Attn: Bankruptcy,   PO Box 5026,   Syracuse, NY 13220-5026
518401762*      +Simon's Agency, Inc.,   Attn: Bankruptcy,   PO Box 5026,   Syracuse, NY 13220-5026
518401763*      +Simon's Agency, Inc.,   Attn: Bankruptcy,   PO Box 5026,   Syracuse, NY 13220-5026
518401764*      +Simon's Agency, Inc.,   Attn: Bankruptcy,   PO Box 5026,   Syracuse, NY 13220-5026
```

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Sep 09, 2019
                               Form ID: 132                Total Noticed: 41


             ***** BYPASSED RECIPIENTS (continued) *****
518401765*     +Simon's Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401766*     +Simon's Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401767*     +Simon's Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401769*     +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401770*     +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401771*     +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401772*     +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401773*     +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401774*     +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401775*     +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401768*     +Simon's Agency, Inc.,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
                                                                                          TOTALS: 0, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
              Herbert B. Raymond    on behalf of Debtor Nana  Opoku-Ware herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay
               Servicing NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```