Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: HerbertRaymond@gmail.com
Herbert B. Raymond #HR-1379; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

---

| IN RE: | UNITED STATES BANKRUPTCY COURT |
| --- | --- |
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | CASE NO.: 19-25519 (JKS) |
| NANA OPOKU-WARE, | |
| DEBTOR(S). | |

---

### DEBTOR'S CERTIFICATION ADDRESSING BUSINESS AND IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN

**NANA OPOKU-WARE, OF FULL AGE, HEREBY CERTIFIES AS FOLLOWS:**

1. I am the debtor, and I am filing this Certification addressing my business and in support of the confirmation of my chapter 13 plan.

2. On my petition, I listed Owass Financial, LTD as a business I own. However, I also indicated that the business has not operated since 2018. This is correct. I have not operated the business since 2018.

3. However, at my 341 meeting, when the trustee asked if I was actively currently operating the business, I mistakenly answered in the affirmative as I was confused by the question. I had thought the trustee asked if I owned any businesses, as opposed to whether I am still running the business. I do currently have 100% ownership of the business, but have not conducted any business since 2018. Based on this confusion, I

answered yes to the trustee's question.

4. Based on this question and my answer, the trustee as part of her objection to my chapter 13 plan has said that I have failed to provide profit and loss statements for the six months preceding the filing the bankruptcy. However, as indicated above I have not operated the business whatsoever in 2019 and therefore have no documents to supply for such period.

5. I am also unsure whether or not I will conduct any future business as well.

6. I certify that this information is true and correct.

Dated: October 14, 2019

                                   /S/ Nana Opoku-Ware
                                   ------------------------------------
                                   DEBTOR