Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−25519−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nana Opoku−Ware
   fka John Owusu, fka John Owusu−Ware
   123−125 Division Street
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−7805

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/8/19 and a confirmation hearing on such Plan has been scheduled for 10/10/19.

The debtor filed a Modified Plan on 10/21/19 and a confirmation hearing on the Modified Plan is scheduled for 12/12/19. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: October 22, 2019
JAN: lc

                                                                            Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-25519-JKS
Nana Opoku-Ware                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3           Date Rcvd: Oct 22, 2019
                              Form ID: 186             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
```
db            +Nana Opoku-Ware,    123-125 Division Street,     Elizabeth, NJ 07201-2844
518401725     +American Anesthesiology of New Jersey, P,    22 Old Short Hills Rd., Ste. 112,
               Livingston, NJ 07039-5607
518476323      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
518401728     +Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
518401726     +Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
518401736     +CVI Loan GT Trust I,    Attn: Faloni & Associates, LLC,    165 Passaic Avenue, Ste. 301B,
               Fairfield, NJ 07004-3592
518401730     +Chase Mortgage,    Attn: Bankruptcy Dept,    PO Box 24696,    Columbus, OH 43224-0696
518401731     +Chase Mortgage,    700 Kansas Lane,    Monroe, LA 71203-4774
518401733     +Convergent Outsourcing, Inc.,    800 Sw 39th Street,    Renton, WA 98057-4927
518401732     +Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    PO Box 9004,    Renton, WA 98057-9004
518401734     +Costco Anywhere Visa Card,    Attn: Bankruptcy,    PO Box 6500,    Sioux Falls, SD 57117-6500
518401735     +Costco Anywhere Visa Card,    PO Box 6190,    Sioux Falls, SD 57117-6190
518401737     +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
               Mason, OH 45040-8999
518401738     +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518496289      Emergency Physician Associate North Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
518401741     +Fay Servicing, LLC,    Attn: Bankruptcy Dept.,    PO Box 809441,    Chicago, IL 60680-9441
518401742     +Fay Servicing, LLC,    1601 LBJ Freeway,    Dallas, TX 75234-6034
518401746     +I C System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
518401745     +I C System Inc,    Attn: Bankruptcy,    PO Box 64378,    St Paul, MN 55164-0378
518401747     +I.C. System, Inc.,    444 Highway 96 East,    PO Box 64378,    St. Paul, MN 55164-0378
518401751      McCalla, Raymer, Leibert, Pierce, LLC,    485 Route 1 South, Bldg F. Suite 300,
               Iselin, NJ 08830
518401752     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518519868     +PNC Bank, National Association,    Attn: Bankruptcy,    P.O. Box 94982,
               Cleveland, OH 44101-4982
518401753     +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518401754     +Pnc Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
518401755     +River Drive Surgery,    619 River Dr, First Floor,    Elmwood Park, NJ 07407-1317
518401756     +Rushmore Loan Management Services,    15480 Laguna Canyon Road, Ste. 100,
               Irvine, CA 92618-2132
518401777      Summit Medical Group,    Attn: Business Office Admin,    150 Floral Avenue,
               New Providence, NJ 07974-1557
518429899     +Summit Medical Group,    Simon's Agency Inc.,    PO Box 5026,    Syracuse, NY 13220-5026
518401778      T- Mobile,    PO Box 370792,    Birmingham, AL 35237
518522305     +US Bank, NA as Legal Title Trustee,    for Truman 2016 SC6 Title Trust,
               c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
518487533      Wilmington Savings Fund Society, FSB, et. al.,    P.O. Box 814609,    Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 23:25:34      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 23:25:32      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2019 23:37:30
               Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518401733     +E-mail/Text: convergent@ebn.phinsolutions.com Oct 22 2019 23:25:53
               Convergent Outsourcing, Inc.,    800 Sw 39th Street,    Renton, WA 98057-4927
518401732     +E-mail/Text: convergent@ebn.phinsolutions.com Oct 22 2019 23:25:53
               Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    PO Box 9004,    Renton, WA 98057-9004
518401739      E-mail/Text: mrdiscen@discover.com Oct 22 2019 23:24:44      Discover Financial,
               Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850
518401740      E-mail/Text: mrdiscen@discover.com Oct 22 2019 23:24:44      Discover Financial,   Pob 15316,
               Wilmington, DE 19850
518517658      E-mail/Text: bnc-quantum@quantum3group.com Oct 22 2019 23:25:25
               Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
518411968      E-mail/Text: mrdiscen@discover.com Oct 22 2019 23:24:44      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518401743     +E-mail/Text: bankruptcies@foxcollection.com Oct 22 2019 23:25:31      Fox Collection Center,
               Attn: Bankruptcy,    PO Box 528,    Goodlettsville, TN 37070-0528
518401744     +E-mail/Text: bankruptcies@foxcollection.com Oct 22 2019 23:25:31      Fox Collection Center,
               PO Box 528,   Goodlettsville, TN 37070-0528
518459192      E-mail/Text: cio.bncmail@irs.gov Oct 22 2019 23:24:56      Internal Revenue Service,
               Insolvency Operations,    PO Box 21125,    Philadelphia, PA 19114
518504372      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:36:59      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518401776      E-mail/Text: appebnmailbox@sprint.com Oct 22 2019 23:25:30      Sprint,    PO Box 152046,
               Irving, TX 75015-2046
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Oct 22, 2019
                              Form ID: 186             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518401757       +E-mail/Text: bankruptcy@savit.com Oct 22 2019 23:26:17      SaVit Collection Agency,
                 Attn: Bankruptcy,    PO Box 250,    East Brunswick, NJ 08816-0250
518401758       +E-mail/Text: bankruptcy@savit.com Oct 22 2019 23:26:17      SaVit Collection Agency,
                 Po Box 250,    East Brunswick, NJ 08816-0250
518401759       +E-mail/Text: clientservices@simonsagency.com Oct 22 2019 23:26:09      Simon's Agency, Inc.,
                 Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401760       +E-mail/Text: clientservices@simonsagency.com Oct 22 2019 23:26:09      Simon's Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518403226       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:36:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518476324*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern  PA 19355-0701
518401727*      +Amex,   Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
518401729*      +Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
518401749*      +I.C. System, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
518401750*      +I.C. System, Inc.,    Po Box 64378,    Saint Paul, MN 55164-0378
518401748*      +I.C. System, Inc.,    444 Highway 96 East,    PO Box 64378,    St. Paul, MN 55164-0378
518459191*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    Special Procedures Function,
                   PO Box 724,    Springfield, NJ 07081)
518401761*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401762*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401763*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401764*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401765*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401766*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401767*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    PO Box 5026,    Syracuse, NY 13220-5026
518401769*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401770*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401771*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401772*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401773*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401774*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401775*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518401768*      +Simon's Agency, Inc.,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
                                                                                TOTALS: 0, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:

```
          Emmanuel J. Argentieri    on behalf of Creditor   U.S. Bank, NA as Legal Title Trustee for Truman
           2016 SC Title Trust bk@rgalegal.com
          Herbert B. Raymond    on behalf of Debtor Nana  Opoku-Ware herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay
           Servicing NJ_ECF_Notices@mccalla.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Oct 22, 2019
                              Form ID: 186             Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Phillip Andrew Raymond    on behalf of Creditor    Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com
        Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7