HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-25519

Re:  NANA OPOKU-WARE  
     123-125 DIVISION STREET  
     ELIZABETH, NJ  07201

Atty:  HERBERT B. RAYMOND, ESQ.  
      7 GLENWOOD AVENUE  
      4TH FLOOR SUITE 408  
      EAST ORANGE, NJ  07017

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/09/2019 | $1,000.00 | 6159460000 | 09/30/2019 | $422.00 | 6211918000 |
| 10/07/2019 | $1,422.00 | 6237088000 | 11/12/2019 | $1,596.00 | 6325432000 |
| 12/16/2019 | $1,596.00 | 6409970000 | | | |

**Total Receipts: $6,036.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $6,036.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 344.24 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 979.89 | 0.00% | 0.00 | 0.00 |
| 0004 | CVI LOAN GT TRUST I | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | CONVERGENT OUTSOURCING, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | LVNV FUNDING LLC | UNSECURED | 8,578.61 | 0.00% | 0.00 | 0.00 |
| 0011 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 385.57 | 0.00% | 0.00 | 0.00 |
| 0013 | DISCOVER BANK | UNSECURED | 4,440.76 | 0.00% | 0.00 | 0.00 |
| 0017 | FOX COLLECTION CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | I C SYSTEM INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 235.60 | 0.00% | 0.00 | 0.00 |
| 0025 | PNC BANK | MORTGAGE ARR | 58,581.38 | 100.00% | 0.00 | 0.00 |
| 0028 | RUSHMORE LOAN MANAGEMENT SERVI | MORTGAGE ARR | 81,651.66 | 100.00% | 0.00 | 0.00 |
| 0029 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | SUMMIT MEDICAL GROUP | UNSECURED | 2,347.00 | 0.00% | 0.00 | 0.00 |
| 0032 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0040 | WILMINGTON SAVINGS FUND SOCIETY, | MORTGAGE ARR | 9,046.01 | 100.00% | 0.00 | 0.00 |
| 0041 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 787.18 | 0.00% | 0.00 | 0.00 |
| 0042 | I.C. SYSTEM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0043 | NEW JERSEY DEPARTMENT OF LABOR | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0045 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-25519**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0046 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0047 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0048 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0049 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0050 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0051 | AMERICAN ANESTHESIOLOGY OF NEW J | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0052 | UNITED STATES TREASURY/IRS | PRIORITY | 5,059.77 | 100.00% | 0.00 | 0.00 |
| 0053 | LVNV FUNDING LLC | UNSECURED | 10,262.04 | 0.00% | 0.00 | 0.00 |
| 0054 | UNITED STATES TREASURY/IRS | UNSECURED | 156.57 | 0.00% | 0.00 | 0.00 |

**Total Paid: $344.24**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $6,036.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $344.24    =    Funds on Hand: $7,287.76

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.