**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 19-25519-JKS** |
| | **CHAPTER 13** |
| **Nana Opoku-Ware** | |
| *fka* **John Owusu** | |
| *fka* **John Owusu-Ware,** | |
|   **Debtor.** | |
| _____/ | |

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of MTGLQ INVESTORS, LP ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

                                                                  RAS Citron, LLC
                                                                Authorized Agent for Secured Creditor
                                                                 130 Clinton Road, Suite 202
                                                                 Fairfield, NJ 07004
                                                                 Telephone: 973-575-0707
                                                                 By: /s/Shauna Deluca
                                                                 Shauna Deluca
                                                                 Email: sdeluca@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 5, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

NANA OPOKU-WARE
123-125 DIVISION STREET
ELIZABETH, NJ 07201

And via electronic mail to:

HERBERT B. RAYMOND
7 GLENWOOD AVE
SUITE #408
4TH FLOOR
EAST ORANGE, NJ 07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Luwam Habtegabir
Luwam Habtegabir
Email: lhabtegabir@gmail.com