Raymond & Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4th Floor
East Orange, New Jersey 07017
(973) 675-5622 Phone; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq., Kevin DeLyon, Esq., Jeff Raymond, Esq.
Attorneys for the Debtor(s)

---

| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | CASE NO.: 19-25519 (JKS) |
| NANA OPOKU-WARE, | |
| DEBTORS(S). | |

---

### DEBTOR'S CERTIFICATION RELATING TO MODIFIED CHAPTER 13 PLAN

Nana Opoku-Ware, Debtor in the above-captioned matter, of full age, hereby certifies as follows:

1. I am the Debtor in the above-captioned matter and I am filing this brief certification in support of the Modified Chapter 13 Plan which was filed.

2. Specifically, the Certification relates to the extension of the plan, under the 'Cares Act', Section 1113, to seven years. That Section of the newly enacted law amends Section 1329 of the Bankruptcy Code by allowing plan modification, upon the Debtor's request.  It allows modification if:

a. "the debtor is experiencing or has experienced a material financial hardship due, directly or indirectly, to the Corona Virus Disease 2019 (COVID-19) Pandemic; and the modification is approved after notice and a hearing.

3. A plan under this section, "may not provide for payments over a period that expires more than 7 years after

the time that the first payment under the original confirmed plan was due."

4. I believe that I have directly experienced a material financial hardship as a result of the health pandemic allowing the plan extension of up to seven years as provided for in the Cares Act.

5. Specifically, I work as a Ramp Agent for an airline Company and used to work considerable overtime pre-Pandemic. However, due to the lack of people flying during the Pandemic, all of my overtime has been eliminated. In addition, my aunt died from COVID, and I was responsible for all of her funeral expenses which set me back considerably as well.  Finally, my tenant has not paid me rent in four months either due to his loss of income and I am unable to evict him due to the eviction moratorium.  For all of these reasons, I have struggled to maintain my obligations and have fallen behind on my mortgage as well.  Fortunately, now with a plan extension, I will be able to capitalize my mortgage arrears into my plan without increasing my monthly obligation to the trustee.

6. I sincerely believe that this qualifies as a material financial hardship as defined by Congress under the Care Act allowing for the extension of the plan term to of up to seven years to alleviate or lessen my financial obligations.

7. I certify that this information is true and correct.

Dated: October 9, 2020          /S/ NANA OPOKU-WARE
                                ---------------------------------------
                                DEBTOR