UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

Order Filed on November 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NANA OPOKU-WARE, DEBTOR(S)

Case No.: 19-25519 JKS

Adv. No.:

Hearing Date: 11/12/20 @ 8:30 A.M.

Judge: JOHN K. SHERWOOD

CONSENT ORDER ADDRESSING
MORTGAGE FORBEARANCE ARREARS
AND POST-FORBEARANCE MORTGAGE ARREARS

The relief set forth on the following pages, two (2) through four (4) is hereby **ORDERED**.

**DATED: November 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Nana Opoku-Ware, Debtor

Case no.: 19-25519 JKS

Caption of order: Consent Order Addressing Forbearance and Post-Forbearance Mortgage Arrears

---

1. U.S. Bank, NA, as Trustee, serviced by Rushomore Loan Management ('Rushmore'), holds the first mortgage pertaining to real property owned by the Debtor located at 123-125 Division St., Elizabeth, New Jersey 07201.

2. Rushmore filed a Notice of Mortgage Forbearance, because of Covid Pandemic related issues, pertaining to mortgage payments for, three mortgage payments, in the amount of $2,085.52 per payment, for a total forbearance arrearage of $6,256.56

3. In addition to the forbearance payments, the Debtor has missed three additional post-petition payments, in the amount of $2,085.52 per payment, for a total additional post-petition, non-forbearance arrearage, of $6,256.56.

4. Thus the total post-petition arrears, including forbearance and non-forbearance payments, amounts to $12,513.12, covering the months of May of 2020 through October of 2020.

5. The parties have agreed that the post-petition arrearage is to be included and paid through the plan. This sum, $12,513.12, is to be paid through the plan, in addition to the pre-petition arrearage as set forth in Rushmore's proof of claim. The Chapter 13 Trustee shall adjust the records accordingly and schedule this sum for payment, in addition to the pre-petition arrears.

Page 3

Debtor: Nana Opoku-Ware, Debtor

Case no.: 19-25519 JKS

Caption of order: Consent Order Addressing Forbearance and Post-Forbearance Mortgage Arrears

---

6. The Debtor shall re-start making mortgage payment to Rushmore, November 1, 2020, to be paid by the Debtor, directly to Rushmore.

7. There shall be a thirty (30) day default clause, in favor of the lender/servicer, Rushmore, regarding ongoing mortgage payments.

Page 4

Debtor: Nana Opoku-Ware, Debtor

Case no.: 19-25519 JKS

Caption of order: Consent Order Addressing Forbearance and Post-Forbearance Mortgage Arrears

---

I agree to the form and entry of this order.

_____ Dated: November 9, 2020
Raymond & Raymond, Esqs.
By: Herbert B. Raymond, Esq.
Debtor's Counsel of Record

/s/ _____ DATED: November 9th, 2020
Romano, Garubo & Argentieri, Esqs.
By: Emmanuel J. Argentieri, Esq.
Attorneys for Rushmore Loan Management