UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
Telephone:(973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

| | |
|---|---|
| In Re: | Case No.: 19-25519 JKS |
| NANA OPOKU-WARE, DEBTOR(S) | Adv. No.: |
| | Hearing Date: 11/12/20 @ 8:30 A.M. |
| | Judge: JOHN K. SHERWOOD |

**Order Filed on November 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CONSENT ORDER ADDRESSING
MORTGAGE FORBEARANCE ARREARS
AND POST-FORBEARANCE MORTGAGE ARREARS

The relief set forth on the following pages, two (2) through four (4) is hereby **ORDERED**.

**DATED: November 16, 2020**

/s/ John K. Sherwood

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Nana Opoku-Ware, Debtor

Case no.: 19-25519 JKS

Caption of order: Consent Order Addressing Forbearance and Post-Forbearance Mortgage Arrears

---

1. U.S. Bank, NA, as Trustee, serviced by Rushomore Loan Management ('Rushmore'), holds the first mortgage pertaining to real property owned by the Debtor located at 123-125 Division St., Elizabeth, New Jersey 07201.

2. Rushmore filed a Notice of Mortgage Forbearance, because of Covid Pandemic related issues, pertaining to mortgage payments for, three mortgage payments, in the amount of $2,085.52 per payment, for a total forbearance arrearage of $6,256.56

3. In addition to the forbearance payments, the Debtor has missed three additional post-petition payments, in the amount of $2,085.52 per payment, for a total additional post-petition, non-forbearance arrearage, of $6,256.56.

4. Thus the total post-petition arrears, including forbearance and non-forbearance payments, amounts to $12,513.12, covering the months of May of 2020 through October of 2020.

5. The parties have agreed that the post-petition arrearage is to be included and paid through the plan. This sum, $12,513.12, is to be paid through the plan, in addition to the pre-petition arrearage as set forth in Rushmore's proof of claim. The Chapter 13 Trustee shall adjust the records accordingly and schedule this sum for payment, in addition to the pre-petition arrears.

Page 3

Debtor: Nana Opoku-Ware, Debtor

Case no.: 19-25519 JKS

Caption of order: Consent Order Addressing Forbearance and Post-Forbearance Mortgage Arrears

---

6. The Debtor shall re-start making mortgage payment to Rushmore, November 1, 2020, to be paid by the Debtor, directly to Rushmore.

7. There shall be a thirty (30) day default clause, in favor of the lender/servicer, Rushmore, regarding ongoing mortgage payments.

Page 4

Debtor: Nana Opoku-Ware, Debtor

Case no.: 19-25519 JKS

Caption of order: Consent Order Addressing Forbearance and Post-Forbearance Mortgage Arrears

---

I agree to the form and entry of this order.

_____  Dated: November 9, 2020
Raymond & Raymond, Esqs.
By: Herbert B. Raymond, Esq.
Debtor's Counsel of Record

/S/ _____  DATED: November 9th, 2020
Romano, Garubo & Argentieri, Esqs.
By: Emmanuel J. Argentieri, Esq.
Attorneys for Rushmore Loan Management

United States Bankruptcy Court
District of New Jersey

In re:  
Nana Opoku-Ware  
    Debtor(s)

Case No. 19-25519-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 17, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

**Recip ID**     **Recipient Name and Address**  
db     + Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

**Name**     **Email Address**

Emmanuel J. Argentieri  
    on behalf of Creditor U.S. Bank NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com

Herbert B. Raymond  
    on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Melissa N. Licker  
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond  
    on behalf of Creditor Fay Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 17, 2020 | Form ID: pdf903 | Total Noticed: 1 |

                    individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
                    on behalf of Creditor PNC Bank  National Association rsolarz@kmllawgroup.com

Shauna M Deluca
                    on behalf of Creditor MTGLQ Investors  LP sdeluca@rasflaw.com

Sindi Mncina
                    on behalf of Creditor MTGLQ INVESTORS  LP smncina@rascrane.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9