| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY (NEWARK)** | Order Filed on December 21, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-2(c) **RAS Citron, LLC** 130 Clinton Road, Suite 202 Fairfield, NJ 07004 Telephone Number: 973-575-0707 Attorneys For Secured Creditor Shauna Deluca, Esq. (SD-8248) | |
| In Re: **Nana Opoku-Ware**     Debtor. | Case No.: 19-25519-JKS Chapter: 13 Judge:   John K. Sherwood |

## CONSENT ORDER REGARDING TREATMENT OF POST-PETITION ARREARS PURSUANT TO FORBEARANCE AGREEMENT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 21, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Nana Opoku-Ware
Case No.: 19-25519-JKS
Caption of Order: **Consent Order Regarding Treatment of Post-Petition Arrears Pursuant to Forbearance Agreement**

THIS MATTER having come before the Court on the Debtor's Request to Forbear Mortgage Payments, by and through her counsel, Kevin Delyon, and MTGLQ Investors, LP ("Secured Creditor") the Secured Creditor on the Debtor's real property located at 30 Clinton Pl., Newark, New Jersey 07108 (the "Property"), represented by RAS Citron, LLC, and the parties agreeing to the entry of this Order resolving repayment of forborne mortgage payments, and for good cause shown; it is ORDERED AND DECREED as follows:

1.      Secured Creditor filed its Proof of Claim on September 30, 2019 as Claim 5-1. Pursuant to the Proof of Claim, the pre-petition arrears owed Secured Creditor are $9,046.01.

2.      On or about September 22, 2020, Secured Creditor filed its Notice of Debtor's Request for Mortgage Forbearance Due to the Covid-19 Pandemic (*See* Docket No. 45). Pursuant to the Notice of Request for Mortgage Forbearance, the parties agreed to forbear post-petition obligations that would come due for ninety (90) days from August 1, 2020 through and including October 1, 2020.

3.      As of November 24, 2020, the current post-petition default which has resulted as a result of the Forbearance Agreement includes the February 1, 2020 through and including the November 1, 2020 payment, less $1,129.39 in suspense, for a total delinquency of $20,517.77.

4.      The amount of $ $20,517.77 shall be capitalized into the Debtor's Chapter 13 Plan and paid to Secured Creditor by the Chapter 13 Trustee in addition to the amount set forth on Secured Creditor's timely filed Proof of Claim. Debtor must file a Modified Plan within fifteen (15) days of the entry of this Order. The Debtor's monthly payment to the Chapter 13 Trustee will be modified to an amount necessary to appropriately fund the Plan in accordance with this Order.

5.      The Debtor shall commence ongoing post-petition payments in the amount of $2,354.36 directly to Secured Creditor commencing on December 1, 2020. This amount is subject to change based on escrow and/or interest rate adjustments.

6.      Secured Creditor shall retain its first mortgage lien on the Property and none of its rights are being modified.

7.      The parties agree that this Consent Order in no way alters, amends, or invalidates any applicable bankruptcy remedies afforded to them.

8.      Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.

9.      This order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

**Page 3**
Debtor: Nana Opoku-Ware
Case No.: 19-25519-JKS
Caption of Order: <u>**Consent Order Regarding Treatment of Post-Petition Arrears Pursuant to Forbearance Agreement**</u>

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Kevin Delyon, Esq.
*Attorney for Debtor*
Date: 12/9/20

/s/ *Shauna Deluca*
_____
Shauna Deluca, Esq.
*Attorney for Secured Creditor*
Date: November 27, 2020

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 19-25519-JKS

Nana Opoku-Ware                                                          Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2
Date Rcvd: Dec 22, 2020                    Form ID: pdf903                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

**Recip ID              Recipient Name and Address**
db                  +  Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

**Name**                        **Email Address**

Emmanuel J. Argentieri
                                on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com

Herbert B. Raymond
                                on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com
                                raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra
                                ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
                                magecf@magtrustee.com

Melissa N. Licker
                                on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale
                                Trust as serviced by Fay Servicing NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
                                on behalf of Creditor Fay Servicing  LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not

District/off: 0312-2

User: admin

Page 2 of 2

Date Rcvd: Dec 22, 2020

Form ID: pdf903

Total Noticed: 1

individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor PNC Bank  National Association rsolarz@kmllawgroup.com

Shauna M Deluca

on behalf of Creditor MTGLQ Investors  LP sdeluca@rasflaw.com

Shauna M Deluca

on behalf of Creditor MTGLQ INVESTORS  LP sdeluca@rasflaw.com

Sindi Mncina

on behalf of Creditor MTGLQ INVESTORS  LP smncina@rascrane.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10