HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re: NANA OPOKU-WARE
123-125 DIVISION STREET
ELIZABETH, NJ 07201

Atty: HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-25519

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $110,686.00**

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/09/2019 | $1,000.00 | 6159460000 | 09/30/2019 | $422.00 | 6211918000 |
| 10/07/2019 | $1,422.00 | 6237088000 | 11/12/2019 | $1,596.00 | 6325432000 |
| 12/16/2019 | $1,596.00 | 6409970000 | 01/16/2020 | $1,596.00 | 6487215000 |
| 02/18/2020 | $1,596.00 | 6563031000 | 03/16/2020 | $1,596.00 | 6638668000 |
| 04/13/2020 | $1,596.00 | 6708409000 | 05/18/2020 | $1,596.00 | 6795887000 |
| 06/15/2020 | $1,596.00 | 6866902000 | 07/17/2020 | $1,596.00 | 6944977000 |
| 08/24/2020 | $1,596.00 | 7031536000 | 09/21/2020 | $1,596.00 | 7101160000 |
| 10/20/2020 | $1,596.00 | 7170704000 | 12/14/2020 | $1,243.00 | 7304933000 |
| 01/07/2021 | $1,245.00 | 7363970000 | | | |

**Total Receipts: $24,484.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $24,484.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MTGLQ INVESTORS LP | | | | | | |
| | 05/18/2020 | $143.26 | 849,149 | 07/20/2020 | $290.51 | 852,665 |
| | 08/17/2020 | $147.24 | 854,521 | 11/16/2020 | $140.89 | 859,999 |
| | 12/21/2020 | $126.66 | 861,841 | | | |
| RUSHMORE LOAN MANAGEMENT SERVICES | | | | | | |
| | 03/16/2020 | $3,094.03 | 845,564 | 04/20/2020 | $2,724.21 | 847,511 |
| | 05/18/2020 | $1,293.14 | 849,334 | 07/20/2020 | $2,622.19 | 852,864 |
| | 08/17/2020 | $1,329.06 | 854,703 | 11/16/2020 | $1,271.71 | 860,189 |
| | 12/21/2020 | $1,143.26 | 862,041 | 12/21/2020 | $206.38 | 862,041 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | | | | | | |
| | 03/16/2020 | $342.78 | 846,105 | 04/20/2020 | $301.81 | 848,079 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,614.52 | TBD |

**Chapter 13 Case # 19-25519**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,390.95 | 100.00% | 5,390.95 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 979.89 | * | 0.00 | |
| 0004 | CVI LOAN GT TRUST I | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CONVERGENT OUTSOURCING, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 8,578.61 | * | 0.00 | |
| 0011 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 385.57 | * | 0.00 | |
| 0013 | DISCOVER BANK | UNSECURED | 4,440.76 | * | 0.00 | |
| 0017 | FOX COLLECTION CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | I C SYSTEM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 235.60 | * | 0.00 | |
| 0025 | PNC BANK | UNSECURED | 58,581.38 | * | 0.00 | |
| 0028 | RUSHMORE LOAN MANAGEMENT SERVI | MORTGAGE ARRE | 81,651.66 | 100.00% | 13,477.60 | |
| 0029 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SUMMIT MEDICAL GROUP | UNSECURED | 2,347.00 | * | 0.00 | |
| 0032 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | MTGLQ INVESTORS LP | MORTGAGE ARRE | 9,046.01 | 100.00% | 1,493.15 | |
| 0041 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 787.18 | * | 0.00 | |
| 0042 | I.C. SYSTEM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | NEW JERSEY DEPARTMENT OF LABOR | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | UNITED STATES TREASURY/IRS | PRIORITY | 5,059.77 | 100.00% | 0.00 | |
| 0053 | LVNV FUNDING LLC | UNSECURED | 10,262.04 | * | 0.00 | |
| 0054 | UNITED STATES TREASURY/IRS | UNSECURED | 111.16 | * | 0.00 | |
| 0055 | RUSHMORE LOAN MANAGEMENT SERVI | (NEW) MTG Agree | 12,513.12 | 100.00% | 206.38 | |
| 0056 | MTGLQ INVESTORS LP | (NEW) MTG Agree | 20,517.77 | 100.00% | 0.00 | |

**Total Paid: $22,182.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $24,484.00    -    Paid to Claims: $15,177.13    -    Admin Costs Paid: $7,005.47    =    Funds on Hand: $2,301.40

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.