Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                                            Case No.:  19−25519−JKS  
                                            Chapter:  13  
                                            Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Nana Opoku−Ware  
   fka John Owusu, fka John Owusu−Ware  
   123−125 Division Street  
   Elizabeth, NJ 07201

Social Security No.:  
   xxx−xx−7805

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 29, 2021.

Dated: January 29, 2021  
JAN: zlh

                                                                                                      Jeanne Naughton  
                                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-25519-JKS
Nana Opoku-Ware                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                        User: admin                                        Page 1 of 4
Date Rcvd: Jan 29, 2021                            Form ID: plncf13                               Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844 |
| cr | + | MTGLQ Investors, LP, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518401725 | + | American Anesthesiology of New Jersey, P, 22 Old Short Hills Rd., Ste. 112, Livingston, NJ 07039-5607 |
| 518476323 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401728 | + | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401726 | + | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401736 | + | CVI Loan GT Trust I, Attn: Faloni & Associates, LLC, 165 Passaic Avenue, Ste. 301B, Fairfield, NJ 07004-3592 |
| 518401734 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518401735 | + | Costco Anywhere Visa Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 518401737 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518496289 | | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518401741 | + | Fay Servicing, LLC, Attn: Bankruptcy Dept., PO Box 809441, Chicago, IL 60680-9441 |
| 518401742 | + | Fay Servicing, LLC, 1601 LBJ Freeway, Dallas, TX 75234-6512 |
| 518401746 | + | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401745 | + | I C System Inc, Attn: Bankruptcy, PO Box 64378, St Paul, MN 55164-0378 |
| 518401747 | + | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518815397 | + | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518815398 | + | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, MTGLQ INVESTORS, LP Rushmore Loan Management Services 92619-5004 |
| 518401751 | | McCalla, Raymer, Leibert, Pierce, LLC, 485 Route 1 South, Bldg F. Suite 300, Iselin, NJ 08830 |
| 518401755 | + | River Drive Surgery, 619 River Dr, First Floor, Elmwood Park, NJ 07407-1317 |
| 518401756 | + | Rushmore Loan Management Services, 15480 Laguna Canyon Road, Ste. 100, Irvine, CA 92618-2132 |
| 518429899 | + | Summit Medical Group, Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 518401777 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518401778 | | T- Mobile, PO Box 370792, Birmingham, AL 35237 |
| 518522305 | + | US Bank, NA as Legal Title Trustee, for Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 518487533 | | Wilmington Savings Fund Society, FSB, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2021 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2021 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2021 22:04:32 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518401732 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 29 2021 21:55:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, PO Box 9004, Renton, WA 98057-9004 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518401733 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 29 2021 21:55:00 | Convergent Outsourcing, Inc., 800 Sw 39th Street, Renton, WA 98057-4927 |
| 518401739 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 21:52:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 518401740 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 21:52:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518517658 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2021 21:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518665865 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2021 21:53:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518411968 | | Email/Text: mrdiscen@discover.com | Jan 29 2021 21:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518401743 | + | Email/Text: bankruptcies@foxcollection.com | Jan 29 2021 21:54:00 | Fox Collection Center, Attn: Bankruptcy, PO Box 528, Goodlettsvile, TN 37070-0528 |
| 518401744 | + | Email/Text: bankruptcies@foxcollection.com | Jan 29 2021 21:54:00 | Fox Collection Center, PO Box 528, Goodlettsville, TN 37070-0528 |
| 518401731 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 22:04:26 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203 |
| 518401730 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 22:03:44 | Chase Mortgage, Attn: Bankruptcy Dept, PO Box 24696, Columbus, OH 43224 |
| 518504372 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 22:04:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518401752 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 29 2021 21:53:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 518401753 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 29 2021 21:53:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518401754 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 29 2021 21:53:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401 |
| 518519868 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jan 29 2021 21:53:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101-4982 |
| 518401776 | | Email/Text: appebnmailbox@sprint.com | Jan 29 2021 21:54:00 | Sprint, PO Box 152046, Irving, TX 75015-2046 |
| 518401757 | + | Email/Text: bankruptcy@savit.com | Jan 29 2021 21:56:00 | SaVit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518401758 | + | Email/Text: bankruptcy@savit.com | Jan 29 2021 21:56:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518401759 | + | Email/Text: clientservices@simonsagency.com | Jan 29 2021 21:55:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401760 | + | Email/Text: clientservices@simonsagency.com | Jan 29 2021 21:55:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518403226 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:03:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518476324 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 19-25519-JKS    Doc 72    Filed 01/31/21    Entered 02/01/21 00:21:00    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: plncf13 | Total Noticed: 51 |

| | | |
|---|---|---|
| 518401727 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401729 | *+ | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401738 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518401749 | *+ | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401750 | *+ | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 518401748 | *+ | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518459192 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518459191 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518401761 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401762 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401763 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401764 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401765 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401766 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401767 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401769 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401770 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401771 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401772 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401773 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401774 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401775 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401768 | *+ | Simon's Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com |
| Herbert B. Raymond | on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Fay Servicing  LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 29, 2021 | Form ID: plncf13 | Total Noticed: 51

|  |  |
|---|---|
|  | individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank National Association rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ Investors LP sdeluca@raslg.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ INVESTORS LP sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor MTGLQ INVESTORS LP smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10