UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

Order Filed on February 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NANA-OPOKU-WARE,

DEBTOR

| | |
|---|---|
| Case No.: | 19-25519 |
| Chapter: | 13 |
| Judge: | JKS |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 5, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 10/29/20 :

Property:        123 Division Street, Elizabeth, NJ 07201

Creditor:        Rushmore Loan Management

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by DEBTOR , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 4/25/21 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*