Order Filed on April 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)
```

| | |
|---|---|
| In Re: | Case No.: 19-25519 (JKS) |
| | Adv. No.: |
| NANA OPOKU-WARE, DEBTOR(S) | Hearing Date: |
| | Judge: JOHN SHERWOOD |

### ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: April 20, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Nana Opoku-Ware,  Debtor(s)

Case no.  19-25519 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$650.00** for services rendered and expenses in the amount **$0.00**  for a total of **$650.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.