**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                                  CASE NO.: 19-25519-JKS
                                                                        CHAPTER 13
**Nana Opoku-Ware,**

    **Debtor.**

_____/

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>Name of Transferee | MTGLQ Investors, LP<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South<br>Attn: BK Dept<br>Houston, TX 77042 | Court Claim # (if known): 5-1<br>Amount of Claim: $457,239.46<br>Date Claim Filed: 9/30/2019 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 7503 | Phone: 888-504-6700<br>Last Four Digits of Acct #: 0212 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Attn: BK Dept
Houston, TX 77042

Phone: 877-735-3637
Last Four Digits of Acct #: 7503

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sindi Mncina                                                Date: 09/07/2021

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

NANA OPOKU-WARE
123-125 DIVISION STREET
ELIZABETH, NJ 07201

And via electronic mail to:

HERBERT B. RAYMOND
7 GLENWOOD AVE
SUITE #408
4TH FLOOR
EAST ORANGE, NJ 07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Kayla Howey
Kayla Howey
Email: khowey@raslg.com