Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25519−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nana Opoku−Ware
   fka John Owusu, fka John Owusu−Ware
   123−125 Division Street
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−7805

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on January 29, 2021.

   On 12/27/21 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                January 27, 2022
Time:                08:30 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 28, 2021
JAN: lc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nana Opoku-Ware  
    Debtor

Case No. 19-25519-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 4  
Date Rcvd: Dec 28, 2021    Form ID: 185    Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844 |
| cr | + | MTGLQ Investors, LP, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518401725 | + | American Anesthesiology of New Jersey, P, 22 Old Short Hills Rd., Ste. 112, Livingston, NJ 07039-5607 |
| 518476323 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401728 | + | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401726 | + | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401736 | + | CVI Loan GT Trust I, Attn: Faloni & Associates, LLC, 165 Passaic Avenue, Ste. 301B, Fairfield, NJ 07004-3592 |
| 518496289 | | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518401741 | + | Fay Servicing, LLC, Attn: Bankruptcy Dept., PO Box 809441, Chicago, IL 60680-9441 |
| 518401742 | + | Fay Servicing, LLC, 1601 LBJ Freeway, Dallas, TX 75234-6512 |
| 518401746 | + | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401745 | + | I C System Inc, Attn: Bankruptcy, PO Box 64378, St Paul, MN 55164-0378 |
| 518401747 | + | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518815397 | + | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518401751 | | McCalla, Raymer, Leibert, Pierce, LLC, 485 Route 1 South, Bldg F. Suite 300, Iselin, NJ 08830 |
| 518401755 | + | River Drive Surgery, 619 River Dr, First Floor, Elmwood Park, NJ 07407-1317 |
| 518401756 | #+ | Rushmore Loan Management Services, 15480 Laguna Canyon Road, Ste. 100, Irvine, CA 92618-2132 |
| 518401777 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518429899 | + | Summit Medical Group, Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 518401778 | | T- Mobile, PO Box 370792, Birmingham, AL 35237 |
| 518522305 | + | US Bank, NA as Legal Title Trustee, for Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519309006 | + | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston, TX 77042-4546 |
| 519309007 | + | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston, TX 77042 Wilmington Savings Fund Society, FSB 77042-4546 |
| 518487533 | | Wilmington Savings Fund Society, FSB, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 28 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 28 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 20:35:50 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 28 2021 20:27:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid, Crane & Pa, 6409 |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 2 of 4 |
| Date Rcvd: Dec 28, 2021 | | Form ID: 185 | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| | | | Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| 518401732 | + Email/Text: convergent@ebn.phinsolutions.com | Dec 28 2021 20:27:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, PO Box 9004, Renton, WA 98057-9004 |
| 518401733 | + Email/Text: convergent@ebn.phinsolutions.com | Dec 28 2021 20:27:00 | Convergent Outsourcing, Inc., 800 Sw 39th Street, Renton, WA 98057-4927 |
| 518401734 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 20:35:48 | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518401735 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 20:35:45 | Costco Anywhere Visa Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 518401739 | Email/Text: mrdiscen@discover.com | Dec 28 2021 20:26:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 518401740 | Email/Text: mrdiscen@discover.com | Dec 28 2021 20:26:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518401737 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 20:35:48 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518401738 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 20:35:51 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518517658 | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2021 20:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518665865 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2021 20:27:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518411968 | Email/Text: mrdiscen@discover.com | Dec 28 2021 20:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518401743 | + Email/Text: bankruptcies@foxcollection.com | Dec 28 2021 20:27:00 | Fox Collection Center, Attn: Bankruptcy, PO Box 528, Goodlettsvile, TN 37070-0528 |
| 518401744 | + Email/Text: bankruptcies@foxcollection.com | Dec 28 2021 20:27:00 | Fox Collection Center, PO Box 528, Goodlettsville, TN 37070-0528 |
| 518401746 | + Email/Text: Bankruptcy@ICSystem.com | Dec 28 2021 20:27:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401745 | + Email/Text: Bankruptcy@ICSystem.com | Dec 28 2021 20:27:00 | I C System Inc, Attn: Bankruptcy, PO Box 64378, St Paul, MN 55164-0378 |
| 518401747 | + Email/Text: Bankruptcy@ICSystem.com | Dec 28 2021 20:27:00 | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518401731 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2021 20:35:50 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203 |
| 518401730 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2021 20:35:47 | Chase Mortgage, Attn: Bankruptcy Dept, PO Box 24696, Columbus, OH 43224 |
| 518504372 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2021 20:35:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518401752 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 20:26:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 518519868 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 20:26:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 518401753 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 20:26:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518401754 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 20:26:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401 |
| 518401776 | Email/PDF: ais.sprint.ebn@aisinfo.com | | |

Case 19-25519-JKS    Doc 96    Filed 12/30/21    Entered 12/31/21 00:11:33    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: 185 | Total Noticed: 54 |

| Recip ID | | Bypass Reason / Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 28 2021 20:35:43 | Sprint, PO Box 152046, Irving, TX 75015-2046 |
| 518401757 | + | Email/Text: bankruptcy@savit.com | Dec 28 2021 20:27:00 | SaVit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518401758 | + | Email/Text: bankruptcy@savit.com | Dec 28 2021 20:27:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518401759 | + | Email/Text: clientservices@simonsagency.com | Dec 28 2021 20:27:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401760 | + | Email/Text: clientservices@simonsagency.com | Dec 28 2021 20:27:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518403226 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 20:35:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518476324 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401727 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401729 | *+ | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401749 | *+ | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401750 | *+ | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 518401748 | *+ | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518459192 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518459191 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518815398 | *+ | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518401761 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401762 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401763 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401764 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401765 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401766 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401767 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401769 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401770 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401771 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401772 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401773 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401774 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401775 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401768 | *+ | Simon's Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com |
| Herbert B. Raymond | on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Fay Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank National Association rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ Investors LP sdeluca@raslg.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ INVESTORS LP sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society FSB smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor MTGLQ INVESTORS LP smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11