<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</td></tr>
<tr><td>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>U.S. Bank, NA as Legal Title Trustee for Truman<br>2016 SC Title Trust</td><td>**Order Filed on February 2, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**</td></tr>
<tr><td>NANA OPOKU-WARE<br>xxx-xx-7805<br><br>         Debtor.</td><td>Case No.:      19-25519/JKS<br>Chapter:      13<br><br><br>Hearing Date:  October 28, 2021 at 10:00 a.m.</td></tr>
</table>

**ORDER RESOLVING US BANK, NA AS LEGAL TITLE TRUSTEE FOR THE
TRUMAN 2016 SC6 TITLE TRUST'S MOTION FOR RELIEF
SUBMITTED UNDER THE 7-DAY RULE**

    The relief set forth on the following pages, numbered two (2) through four (4), are
hereby **ORDERED**.

**DATED: February 2, 2022**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor:   Nana Opoku-Ware
Case No:  19-25519/JKS
Caption of Order: ORDER RESOLVING US BANK, NA AS LEGAL TITLE TRUSTEE FOR THE TRUMAN
2016 SC6 TITLE TRUST'S MOTION FOR RELIEF SUBMITTED UNDER THE 7-DAY RULE

_____

Upon consideration of US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust's relief application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth; and the Debtor having filed opposition thereto; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; it is hereby;

**ORDERED** as follows:


1.    Debtor's post-petition mortgage account is outstanding in the amount of $20,176.91 through October 1, 2021 (2 post-petition payments at $2,191.34 each – 1/1/21 through 2/1/21, plus 8 post-petition payments at $2,243.40 each – 3/1/21 through 10/1/21, less suspense balance of $2,152.97).

2.    The aforesaid arrearages ($20,176.91) shall be rolled into Debtor's Chapter 13 plan as an administrative claim and shall be paid to Movant over the remaining term of Debtor's plan.

3.    The Trustee shall adjust her records to reflect the increased amount due to Movant pursuant to this order and pay said increased claim to Movant in normal course.

4.    Within fourteen (14) days from the date of the entry of this Order, Debtor shall file a proof of claim on behalf of Movant reflecting a secured claim for post-petition mortgage payments pursuant to Paragraph 2 herein.

(Page 3)
Debtor:   Nana Opoku-Ware
Case No:  19-25519/JKS
Caption of Order: ORDER RESOLVING US BANK, NA AS LEGAL TITLE TRUSTEE FOR THE TRUMAN
2016 SC6 TITLE TRUST'S MOTION FOR RELIEF SUBMITTED UNDER THE 7-DAY RULE

5.        Commencing with the November 1, 2021 post-petition mortgage installment
payment and continuing each month thereafter for the duration of this Chapter 13 proceeding,
Debtor shall remit payments directly to Movant as same come due.

6.        Debtor shall reimburse Movant through her Chapter 13 Plan of Reorganization as
an administrative claim the sum of $538.00 for attorney's fees and costs incurred by Movant in
the prosecution of its relief application.

7.        **<u>Thirty-Day Default Clause:</u>**   If the Debtor should default and fail to make the
payments stated herein or any future payments that come due during the pendency of this case to
Movant, its successors and/or assigns, for more than (30) days from the due date, then upon
certification of non-receipt of said payments in accordance herewith submitted by secured
creditor's counsel, the Court shall enter an Order, vacating the automatic stay of 11 *U.S.C.*
§362(a) with respect to secured creditor's enforcement of its State Law Foreclosure action
against the realty commonly known as 123-125 Division Street, Elizabeth, NJ 07201.  The order
submitted to the Court will not require the consent of the Debtor or the Debtor's counsel
regarding form or substance, however, the trustee, Debtors and her counsel shall be given notice
of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules
of Bankruptcy Procedure.

(Page 4)
Debtor:   Nana Opoku-Ware
Case No:  19-25519/JKS
Caption of Order: ORDER RESOLVING US BANK, NA AS LEGAL TITLE TRUSTEE FOR THE TRUMAN
2016 SC6 TITLE TRUST'S MOTION FOR RELIEF SUBMITTED UNDER THE 7-DAY RULE

8.       **Ninety-Day Default Clause as to Trustee Payments:**       If the Debtor should

default and fail to make future payments that come due during the pendency of this case to the

Chapter 13 Trustee for more than (90) days from the due date, then upon certification of

non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the

Court shall enter an Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to

secured creditor's enforcement of its State Law Foreclosure action against the realty commonly

known as 123-125 Division Street, Elizabeth, NJ 07201.  The order submitted to the Court will

not require the consent of the Debtor or the Debtor's counsel regarding form or substance,

however, the trustee, Debtor and her counsel shall be given notice of any filing of a certification

of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

9.       Movant shall serve a copy of the executed order on all interested parties who have

not yet been served electronically by the Court.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-25519-JKS

Nana Opoku-Ware                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                              Page 1 of 2

Date Rcvd: Feb 02, 2022                          Form ID: pdf903                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

**Recip ID              Recipient Name and Address**
db                   + Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

Emmanuel J. Argentieri
                                  on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com

Herbert B. Raymond
                                  on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com
                                  raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra
                                  ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
                                  magecf@magtrustee.com

Melissa N. Licker
                                  on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale
                                  Trust as serviced by Fay Servicing mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
                                  on behalf of Creditor Fay Servicing  LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not

District/off: 0312-2                          User: admin                                      Page 2 of 2
Date Rcvd: Feb 02, 2022                   Form ID: pdf903                                Total Noticed: 1

                            individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz

                            on behalf of Creditor PNC Bank  National Association rsolarz@kmllawgroup.com

Shauna M Deluca

                            on behalf of Creditor MTGLQ Investors  LP sdeluca@raslg.com

Shauna M Deluca

                            on behalf of Creditor MTGLQ INVESTORS  LP sdeluca@raslg.com

Sindi Mncina

                            on behalf of Creditor MTGLQ INVESTORS  LP smncina@raslg.com

Sindi Mncina

                            on behalf of Creditor Wilmington Savings Fund Society  FSB smncina@raslg.com

U.S. Trustee

                            USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11