UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

In Re:

NANA OPOKU-WARE,

DEBTOR

Order Filed on March 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 19-25519 |
| Chapter: | 13 |
| Judge: | JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 8, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 12/6/21            :

Property:     30 CLINTON PLACE., NEWARK, NJ

Creditor:     SELENE FINANCE

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by DEBTOR            , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by            , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 5/29/22            .

☐ The Loss Mitigation Period is terminated, effective            .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*