UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor
Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
**Aleisha C Jennings**

In Re:

Nana Opoku-Ware
fka John Owusu –Ware

Debtor,

Case No.: 19-25519-JKS

Adversary No.: _____

Chapter: 13

Judge: John K. Sherwood

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, creditor
(Example: John Smith, creditor)

Old address:   Selene Finance, LP
Attn: BK Dept.
9990 Richmond Ave. Suite 400 South
Houston, TX  77042

New address:   (Notices) Selene Finance, LP
Attn: BK Dept.
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

(Payments) Selene Finance, LP
Attn: BK Dept.
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   _6/15/2022_____          _Aleisha C Jennings_____
                                                                    Signature

rev.2/1/16

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 22, 2022, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Nana Opoku-Ware**
123-125 Division Street
Elizabeth, NJ 07201

And via electronic mail to:

**Herbert B. Raymond**
7 Glenwood Ave
Suite #408
4th Floor
East Orange, NJ 07017

**Marie-Ann Greenberg**
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102


By: /s/ Laura Stewart

*rev.2/1/16*