| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on October 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 19-25519 (JKS) |
| --- | --- |
|  | Adv. No.: |
| NANA OPOKU-WARE, DEBTOR(S) | Hearing Date: |
|  | Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 19, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Nana Opoku-Ware,  Debtor(s)

Case no.  19-25519 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$450.00** for services rendered and expenses in the amount **$0.00**  for a total of **$450.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$53,061 paid in through September 2022**

**$2,150 per month for twelve (12) months starting October 2022**

**$2,500 per month for twenty-three (23) months starting October 2023**

**$3,061 per month for twelve (12) months starting September 2025**