Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−25519−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nana Opoku−Ware
   fka John Owusu, fka John Owusu−Ware
   123−125 Division Street
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−7805

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 23, 2023.

Dated: June 23, 2023
JAN: zlh

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-25519-JKS
Nana Opoku-Ware  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Jun 23, 2023  Form ID: plncf13  Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844 |
| 518401725 | + | American Anesthesiology of New Jersey, P, 22 Old Short Hills Rd., Ste. 112, Livingston, NJ 07039-5607 |
| 518401736 | + | CVI Loan GT Trust I, Attn: Faloni & Associates, LLC, 165 Passaic Avenue, Ste. 301B, Fairfield, NJ 07004-3592 |
| 518496289 | | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518401751 | | McCalla, Raymer, Leibert, Pierce, LLC, 485 Route 1 South, Bldg F. Suite 300, Iselin, NJ 08830 |
| 518401755 | + | River Drive Surgery, 619 River Dr, First Floor, Elmwood Park, NJ 07407-1317 |
| 518429899 | + | Summit Medical Group, Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 518401777 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518401778 | | T- Mobile, PO Box 370792, Birmingham, AL 35237 |
| 518487533 | | Wilmington Savings Fund Society, FSB, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 23 2023 20:43:00 | MTGLQ Investors, LP, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 23 2023 20:52:03 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: flyersprod.inbound@axisai.com | Jun 23 2023 20:43:00 | U.S. Bank, National Association As Legal Title Tru, P.O. Box 55004, Irvine, CA 92619-5004 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 23 2023 20:43:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| 518476323 | | Email/PDF: bncnotices@becket-lee.com | Jun 23 2023 21:03:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401726 | + | Email/PDF: bncnotices@becket-lee.com | Jun 23 2023 21:03:10 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401728 | + | Email/PDF: bncnotices@becket-lee.com | Jun 23 2023 21:03:15 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401732 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 23 2023 20:44:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, PO Box 9004, Renton, WA 98057-9004 |
| 518401733 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 23 2023 20:44:00 | Convergent Outsourcing, Inc., 800 Sw 39th Street, Renton, WA 98057-4927 |

Case 19-25519-JKS    Doc 134    Filed 06/25/23    Entered 06/26/23 00:18:35    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: plncf13 | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518401734 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2023 20:52:03 | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518401735 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2023 20:52:14 | Costco Anywhere Visa Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 518401739 | | Email/Text: mrdiscen@discover.com | Jun 23 2023 20:43:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 518401740 | | Email/Text: mrdiscen@discover.com | Jun 23 2023 20:43:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518401737 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2023 20:52:17 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518401738 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2023 21:03:09 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518517658 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2023 20:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518665865 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2023 20:44:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518411968 | | Email/Text: mrdiscen@discover.com | Jun 23 2023 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518496289 | | Email/Text: BNCnotices@dcmservices.com | Jun 23 2023 20:44:00 | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518401742 | | Email/Text: ECF@fayservicing.com | Jun 23 2023 20:43:00 | Fay Servicing, LLC, 1601 LBJ Freeway, Dallas, TX 75234 |
| 518401741 | | Email/Text: ECF@fayservicing.com | Jun 23 2023 20:43:00 | Fay Servicing, LLC, Attn: Bankruptcy Dept., PO Box 809441, Chicago, IL 60680 |
| 518401743 | + | Email/Text: bankruptcies@foxcollection.com | Jun 23 2023 20:44:00 | Fox Collection Center, Attn: Bankruptcy, PO Box 528, Goodlettsvile, TN 37070-0528 |
| 518401744 | + | Email/Text: bankruptcies@foxcollection.com | Jun 23 2023 20:44:00 | Fox Collection Center, PO Box 528, Goodlettsville, TN 37070-0528 |
| 518401746 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 23 2023 20:43:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401745 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 23 2023 20:43:00 | I C System Inc, Attn: Bankruptcy, PO Box 64378, St Paul, MN 55164-0378 |
| 518401747 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 23 2023 20:43:00 | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518401731 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2023 20:52:00 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203 |
| 518401730 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2023 20:52:11 | Chase Mortgage, Attn: Bankruptcy Dept, PO Box 24696, Columbus, OH 43224 |
| 518504372 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2023 20:52:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518815397 | + | Email/Text: flyersprod.inbound@axisai.com | Jun 23 2023 20:43:00 | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518401752 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2023 20:43:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 518519868 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2023 20:43:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 518401753 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2023 20:43:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark |

Case 19-25519-JKS    Doc 134    Filed 06/25/23    Entered 06/26/23 00:18:35    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: plncf13 | Total Noticed: 54 |

| Recip ID | | Bypass Reason / Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518401754 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2023 20:43:00 | Drive, Miamisburg, OH 45342<br>Pnc Mortgage, PO Box 8703, Dayton, OH 45401 |
| 518401756 | + | Email/Text: flyersprod.inbound@axisai.com | Jun 23 2023 20:43:00 | Rushmore Loan Management Services, 15480 Laguna Canyon Road, Ste. 100, Irvine, CA 92618-2132 |
| 518401776 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jun 23 2023 20:52:01 | Sprint, PO Box 152046, Irving, TX 75015-2046 |
| 518401757 | + | Email/Text: bankruptcy@savit.com | Jun 23 2023 20:44:00 | SaVit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518401758 | + | Email/Text: bankruptcy@savit.com | Jun 23 2023 20:44:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518401759 | + | Email/Text: clientservices@simonsagency.com | Jun 23 2023 20:44:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401760 | + | Email/Text: clientservices@simonsagency.com | Jun 23 2023 20:44:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518403226 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 21:03:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518522305 | + | Email/Text: flyersprod.inbound@axisai.com | Jun 23 2023 20:43:00 | US Bank, NA as Legal Title Trustee, for Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519309006 | + | Email/Text: bkteam@selenefinance.com | Jun 23 2023 20:43:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518476324 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401727 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401729 | *+ | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401749 | *+ | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401750 | *+ | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 518401748 | *+ | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518459192 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518459191 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518815398 | *+ | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518401761 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401762 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401763 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401764 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401765 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401766 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401767 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401769 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401770 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401771 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401772 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401773 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401774 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401775 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401768 | *+ | Simon's Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519309007 | *+ | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023                  Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society  FSB ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank  National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust c/o Rushmore Loan Management Services LLC bk@rgalegal.com |
| Herbert B. Raymond | on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Fay Servicing  LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ Investors  LP sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ INVESTORS  LP sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society  FSB smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor MTGLQ INVESTORS  LP smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13