HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  NANA OPOKU-WARE
     123-125 DIVISION STREET
     ELIZABETH,  NJ  07201

Atty:  HERBERT B. RAYMOND, ESQ.
       7 GLENWOOD AVENUE
       4TH FLOOR SUITE 408
       EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 19-25519

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $147,461.00**

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/09/2019 | $1,000.00 | 6159460000 | 09/30/2019 | $422.00 | 6211918000 |
| 10/07/2019 | $1,422.00 | 6237088000 | 11/12/2019 | $1,596.00 | 6325432000 |
| 12/16/2019 | $1,596.00 | 6409970000 | 01/16/2020 | $1,596.00 | 6487215000 |
| 02/18/2020 | $1,596.00 | 6563031000 | 03/16/2020 | $1,596.00 | 6638668000 |
| 04/13/2020 | $1,596.00 | 6708409000 | 05/18/2020 | $1,596.00 | 6795887000 |
| 06/15/2020 | $1,596.00 | 6866902000 | 07/17/2020 | $1,596.00 | 6944977000 |
| 08/24/2020 | $1,596.00 | 7031536000 | 09/21/2020 | $1,596.00 | 7101160000 |
| 10/20/2020 | $1,596.00 | 7170704000 | 12/14/2020 | $1,243.00 | 7304933000 |
| 01/07/2021 | $1,245.00 | 7363970000 | 02/23/2021 | $1,243.00 | 7470699000 |
| 03/19/2021 | $1,243.00 | 7535437000 | 04/20/2021 | $1,243.00 | 7611168000 |
| 05/19/2021 | $1,243.00 | 7681795000 | 06/17/2021 | $1,243.00 | 7747963000 |
| 07/19/2021 | $2,133.00 | 7818667000 | 08/23/2021 | $1,243.00 | 7896554000 |
| 09/20/2021 | $1,243.00 | 7955814000 | 10/21/2021 | $1,243.00 | 8028255000 |
| 11/15/2021 | $1,500.00 | 8084602000 | 12/09/2021 | $1,500.00 | 8137022000 |
| 01/19/2022 | $1,500.00 | 8218137000 | 02/22/2022 | $1,500.00 | 8290614000 |
| 03/18/2022 | $1,500.00 | 8347817000 | 04/18/2022 | $1,500.00 | 8406847000 |
| 05/18/2022 | $1,500.00 | 8473336000 | 06/15/2022 | $1,500.00 | 8529393000 |
| 07/11/2022 | $1,500.00 | 8579165000 | 08/17/2022 | $1,500.00 | 8653324000 |
| 09/19/2022 | $1,500.00 | 8716433000 | 11/01/2022 | $2,150.00 | 8801355000 |
| 12/09/2022 | $2,150.00 | 8875047000 | 02/06/2023 | $2,150.00 | 8981982000 |
| 03/15/2023 | $2,150.00 | 9054513000 | 06/12/2023 | $2,200.00 | 9218230000 |
| 07/10/2023 | $2,200.00 | 9268159000 | 09/01/2023 | $2,200.00 | 9357746000 |
| 10/02/2023 | $2,200.00 | 9408843000 | 11/06/2023 | $2,200.00 | 9469664000 |
| 12/06/2023 | $2,200.00 | 9518535000 | | | |

**Total Receipts:  $74,861.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $74,861.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

**Chapter 13 Case # 19-25519**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MTGLQ INVESTORS LP | | | | | | | |
| | 05/18/2020 | $143.26 | 849,149 | | 07/20/2020 | $290.51 | 852,665 |
| | 08/17/2020 | $147.24 | 854,521 | | 11/16/2020 | $140.89 | 859,999 |
| | 12/21/2020 | $126.66 | 861,841 | | 02/22/2021 | $160.13 | 865,348 |
| | 02/22/2021 | $435.00 | 865,348 | | 04/19/2021 | $114.77 | 868,875 |
| | 04/19/2021 | $311.79 | 868,875 | | 06/21/2021 | $161.30 | 872,559 |
| | 06/21/2021 | $438.17 | 872,559 | | 07/19/2021 | $81.30 | 874,334 |
| | 07/19/2021 | $220.85 | 874,334 | | | | |
| RUSHMORE LOAN MANAGEMENT SERVICES | | | | | | | |
| | 03/16/2020 | $3,094.03 | 845,564 | | 04/20/2020 | $2,724.21 | 847,511 |
| | 05/18/2020 | $1,293.14 | 849,334 | | 07/20/2020 | $2,622.19 | 852,864 |
| | 08/17/2020 | $1,329.06 | 854,703 | | 11/16/2020 | $1,271.71 | 860,189 |
| | 12/21/2020 | $1,143.26 | 862,041 | | 12/21/2020 | $206.38 | 862,041 |
| | 02/22/2021 | $1,445.36 | 865,563 | | 02/22/2021 | $260.92 | 865,563 |
| | 04/19/2021 | $187.01 | 869,086 | | 04/19/2021 | $1,035.98 | 869,086 |
| | 06/21/2021 | $262.82 | 872,761 | | 06/21/2021 | $1,455.92 | 872,761 |
| | 07/19/2021 | $132.47 | 874,512 | | 07/19/2021 | $733.81 | 874,512 |
| | 09/20/2021 | $1,259.22 | 877,990 | | 09/20/2021 | $227.31 | 877,990 |
| | 10/18/2021 | $733.81 | 879,725 | | 10/18/2021 | $132.47 | 879,725 |
| | 11/17/2021 | $733.81 | 881,422 | | 11/17/2021 | $132.47 | 881,422 |
| | 12/13/2021 | $741.61 | 883,057 | | 12/13/2021 | $133.88 | 883,057 |
| | 03/14/2022 | $1,415.00 | 888,118 | | 04/18/2022 | $2,872.50 | 889,854 |
| | 06/20/2022 | $2,895.00 | 893,246 | | 07/18/2022 | $1,447.50 | 894,901 |
| | 08/15/2022 | $1,447.50 | 896,482 | | 09/19/2022 | $1,447.50 | 898,112 |
| | 11/14/2022 | $997.50 | 901,319 | | 12/12/2022 | $2,031.75 | 902,866 |
| | 01/09/2023 | $2,031.75 | 904,365 | | 03/13/2023 | $2,031.75 | 907,512 |
| | 04/17/2023 | $2,031.75 | 909,128 | | 07/17/2023 | $1,094.09 | 913,693 |
| | 07/17/2023 | $197.50 | 913,693 | | 07/17/2023 | $65.41 | 913,693 |
| | 08/14/2023 | $1,742.45 | 915,191 | | 08/14/2023 | $314.55 | 915,191 |
| | 10/16/2023 | $1,742.45 | 918,158 | | 10/16/2023 | $314.55 | 918,158 |
| | 11/13/2023 | $1,714.50 | 919,602 | | 11/13/2023 | $309.50 | 919,602 |
| RUSHMORE SERVICING | | | | | | | |
| | 12/11/2023 | $1,714.50 | 920,427 | | 12/11/2023 | $309.50 | 920,427 |
| WILMINGTON SAVINGS FUND SOCIETY FSB | | | | | | | |
| | 09/20/2021 | $378.98 | 877,253 | | 09/20/2021 | $139.51 | 877,253 |
| | 10/18/2021 | $220.85 | 879,035 | | 10/18/2021 | $81.30 | 879,035 |
| | 11/17/2021 | $220.85 | 880,737 | | 11/17/2021 | $81.30 | 880,737 |
| | 12/13/2021 | $223.20 | 882,367 | | 12/13/2021 | $82.16 | 882,367 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | | | | | | | |
| | 03/16/2020 | $342.78 | 846,105 | | 04/20/2020 | $301.81 | 848,079 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,656.09 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 10,050.95 | 100.00% | 10,050.95 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 979.89 | * | 0.00 | |
| 0004 | CVI LOAN GT TRUST I | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CONVERGENT OUTSOURCING, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 8,578.61 | * | 0.00 | |
| 0011 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 385.57 | * | 0.00 | |
| 0013 | DISCOVER BANK | UNSECURED | 4,440.76 | * | 0.00 | |
| 0017 | FOX COLLECTION CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | I C SYSTEM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 235.60 | * | 0.00 | |
| 0025 | PNC BANK | UNSECURED | 58,581.38 | * | 0.00 | |

Chapter 13 Case # 19-25519

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0028 | RUSHMORE SERVICING | MORTGAGE ARRE | 81,651.66 | 100.00% | 31,339.61 | |
| 0029 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SUMMIT MEDICAL GROUP | UNSECURED | 2,347.00 | * | 0.00 | |
| 0032 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRE | 2,394.92 | 100.00% | 2,394.92 | |
| 0041 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 787.18 | * | 0.00 | |
| 0042 | I.C. SYSTEM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | NEW JERSEY DEPARTMENT OF LABOR | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | UNITED STATES TREASURY/IRS | PRIORITY | 5,059.77 | 100.00% | 0.00 | |
| 0053 | LVNV FUNDING LLC | UNSECURED | 10,262.04 | * | 0.00 | |
| 0054 | UNITED STATES TREASURY/IRS | UNSECURED | 111.16 | * | 0.00 | |
| 0055 | RUSHMORE SERVICING | (NEW) MTG Agree | 12,513.12 | 100.00% | 3,430.83 | |
| 0056 | WILMINGTON SAVINGS FUND SOCIETY F | (NEW) MTG Agree | 2,449.69 | 100.00% | 2,449.69 | |
| 0057 | RUSHMORE SERVICING | ADMINISTRATIVE | 20,714.91 | 100.00% | 20,714.91 | |

**Total Paid:  $75,037.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $74,861.00       -     Paid to Claims: $60,329.96      -     Admin Costs Paid: $14,707.04  =     Funds on Hand: $2,024.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.