UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                  CASE NO.: 19-25519
                                                             CHAPTER 13

Nana Opoku-Ware,
Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                         Robertson, Anschutz, Schneid, Crane &
                                         Partners, PLLC
                                         Authorized Agent for Secured Creditor
                                         130 Clinton Rd #202
                                         Fairfield, NJ 07004
                                         Telephone: 470-321-7112

                                         By: /s/Kimberly Wilson
                                               Kimberly Wilson
                                               Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

NANA OPOKU-WARE
123-125 DIVISION STREET
ELIZABETH, NJ 07201

And via electronic mail to:

HERBERT B. RAYMOND
7 GLENWOOD AVE
SUITE #408
4TH FLOOR
EAST ORANGE, NJ 07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Emily Cheng