# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE:  §
  §  CASE NO. 19-25519
NANA OPOKU-WARE  §
    DEBTOR  §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. BANK Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Selene Finance LP
Attn : BK Dept
3501 Olympus Boulevard 5th Floor, Suite 500
Dallas, Texas 75019**

Phone:
Last Four Digits of Acct #: **xxxxxx7503**

Court Claim # (if known): 5-1
Amount of Claim:$ 457,239.46
Date Claim Filed: 09/30/2019

Phone: 877-735-3637
Last Four Digits of Acct.#: 7503

Name and Address where transferee payments should be sent (if different from above):

Selene Finance LP
Bankruptcy Department
9990 Richmond Avenue Suite 400 South
Houston, Texas 77042

Phone:
Last Four Digits of Acct #: **xxxxxx7503**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea          Date:          04/16/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 350<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br><br>In Re:<br><br>Nana Opoku-ware<br><br>Debtor. | Case No : 19-25519<br><br>Chapter: 13<br><br>Judge: John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, <u>Natalie E. Lea:</u>

    ☒ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>04/17/2024</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| 04/17/2024 | /s/ Natalie E. Lea |
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nana Opoku-ware<br>123-125 Division Street<br>Elizabeth, NJ 07201 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable. *) |
| Herbert B. Raymond<br>Attorney At Law<br>7 Glenwood Ave<br>Suite #408<br>4th Floor<br>East Orange, NJ 07017<br>herbertraymond@gmail.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd, Suite 330<br>Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |

\*    May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.