UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

KIMBERLY A. WILSON (031441997)

Order Filed on June 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Nana Opoku-Ware *fka* John Owusu *fka* John Owusu-Ware,**

　　　Debtor.

Case No.:　19-25519-JKS

Chapter:　13

Hearing Date:　June 13, 2024

Judge:　John K. Sherwood

Recommended Local Form:　☒ Followed　☐ Modified

**ORDER GRANTING MOTION FOR RELIEF FROM STAY** The relief set forth on the following pages, numbered two through three, is hereby **ORDERED.**

**DATED: June 20, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Page **2**
Debtors: **Nana Opoku-Ware**
Case No.: **19-25519-JKS**
Caption of Order: **ORDER GRANTING MOTION FOR RELIEF FROM STAY**

---

Upon the motion of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth; and no objection(s) to the motion having been filed; and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑ Real property more fully described as:

28-30 CLINTON PLACE, NEWARK, NJ 07103

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

Page **3**
Debtors:     **Nana Opoku-Ware**
Case No.:    **19-25519-JKS**
Caption of Order:    **ORDER GRANTING MOTION FOR RELIEF FROM STAY**

---

The movant shall serve this order on the debtor, debtor's counsel, any trustee and any other party who entered an appearance on the motion.