Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>                    Case No.:  19−25519−JKS
>                    Chapter:  13
>                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nana Opoku−Ware
   fka John Owusu, fka John Owusu−Ware
   123−125 Division Street
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−7805

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/25/24 at 10:00 AM

to consider and act upon the following:

*142* − Creditor's Certification of Default (related document:75 Motion for Relief from Stay re: 123−125 Division St., Elizabeth, NJ. Fee Amount $ 188. filed by Creditor U.S. Bank, NA as Legal Title Trustee for Truman 2016 SC Title Trust, 104 Order on Motion For Relief From Stay) filed by Emmanuel J. Argentieri on behalf of U.S. Bank, NA as Legal Title Trustee for Truman 2016 SC Title Trust. Objection deadline is 07/1/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Argentieri, Emmanuel)

*148* − Certification in Opposition to (related document:142 Creditor's Certification of Default (related document:75 Motion for Relief from Stay re: 123−125 Division St., Elizabeth, NJ. Fee Amount $ 188. filed by Creditor U.S. Bank, NA as Legal Title Trustee for Truman 2016 SC Title Trust, 104 Order on Motion For Relief From Stay) filed by Emmanuel J. Argentieri on behalf of U.S. Bank, NA as Legal Title Trustee for Truman 2016 SC Title Trust. Objection deadline is 07/1/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank, NA as Legal Title Trustee for Truman 2016 SC Title Trust) filed by Herbert B. Raymond on behalf of Nana Opoku−Ware. (Raymond, Herbert)

Dated: 7/1/24

>                              Jeanne Naughton
>                              Clerk, U.S. Bankruptcy Court