**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 1 | Valuation of Security | 0 | Assumption of Executory Contract or unexpired Lease | 0 | Lien Avoidance |

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

NANA OPOKU-WARE,

Debtor(s)

Case No.: 19-25519 JKS

Judge: John K. Sherwood, USBJ

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: August 24, 2024

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☒ 7b / ☐ 7 c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

Initial Debtor(s)' Attorney: /S/ HR    Initial Debtor: /S/ NOW    Initial Co-Debtor: _____

**Part 1: Payment and Length of Plan**

a. The debtor shall pay to the Chapter 13 Trustee $ __1,467.68__ monthly for __60__ months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $__500__ per month for __24__ months; $_____ per month for _____ months, for a total of __84__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

    ☒    Future earnings

    ☒    Other sources of funding (describe source, amount and date when funds are available):

Debtor to use sufficient funds (to the extent necessary), from Newark real property sale, in addition to plan payments, to address post-petition arrears re: Elizabeth residential property and plan obligations. Funds from Newark real property sale, as necessary, to be used to fund plan obligations. Funds from Newark sale, also to be used to address post-petition arrears, as necessary, due on mortgage relating to Elizabeth property. Sale to be completed on or before 12/31/2024.

c. Use of real property to satisfy plan obligations:

    ☐ Sale of real property
    Description:

    Proposed date for completion: _____

    ☐ Refinance of real property:
    Description:
    Proposed date for completion: _____

    ☐ Loan modification with respect to mortgage encumbering real property:
    Description:
    Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

    ☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

    ☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: _____ Initial Co-Debtor: _____

**Part 2: Adequate Protection**   ☒ NONE

    a.  Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____(creditor). (Adequate protection payments to be commenced upon order of the Court.)

    b.  Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s), pre-confirmation to: _____(creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

    a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ Supp. Counsel |
| DOMESTIC SUPPORT OBLIGATION | | |
| INTERNAL REVENUE SERVICE | PRIORITY INCOME TAX LIABILITY | $5,059.77 |

    b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
        Check one:
        ☒ None
        ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:   Secured Claims**

   a.  **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| RUSHMORE LOAN SERVICES | MORTGAGE ARREARS RE: 123-125 DIVISION STREET, ELIZABETH, NEW JERSEY | $114,879.69 | N/A | $114,879.69 | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

   b.  **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
|  |  |  |  |  | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

c.  **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

d.  **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

   1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| PNC BANK, NA | 2nd Mortgage re: 123-125 DIVISION ST., ELIZABETH, NJ | $58,582 | $400,000 Value | RUSHMORE LOAN SERVICES iao $506,514.30 | No Value | N/A | No Value |

   2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☐ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Wilmington Savings Fund Society (Fay Servicing) | Mortgage pertaining to real property located at 30 Clinton Place, Newark, New Jersey. | $Unknown | $Unknown |

f. **Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
|  |  |

g. **Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 5:    Unsecured Claims**  ☐ NONE

a.  **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b.  **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases**  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions**  ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

   a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.  ☐ NONE

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| PNC BANK, NA | 2nd Mortgage re: 123-125 Division Street, Elizabeth, New Jersey | $58,582 | $400,000 | Rushmore Loan Services, in the amount of $506,514.30 | No Value | Entire Mortgage Held by PNC BANK, NA iao $58,582 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

d. Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.   Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) Counsel Fees and Supplemental Counsel Fees
3) To Be Fully Paid Before Any Other Claims Paid
4) Secured Claims
5) Priority Claims
6) Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification** ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: May 10, 2023 .

> Explain below **why** the plan is being modified:
> To address a plan delinquency.  To provide for proceeds, from Newark real property sale, a property which was previously surrendered in an earlier Debtor filed plan, to be used, to the extent necessary, to fund plan obligations.  Funds from the Newark real property sale, also to be used, to the extent necessary, to address post-petition arrears due on Elizabeth property mortgage.  Due to the incredible rise in real estate values in recent years, the property, which the Debtor previously surrendered, a property which clearly was over-encumbered by the mortgage against the property, now appears to have value.  The Debtor has faced further financial problems and has fallen behind on his residential mortgage after filing.  The Debtor is taking advantage, of the astronomical property value appreciation, to now sell this previously surrendered property, to address plan obligations and post-petition arrears, pertaining to his residential property.   Plan payments are being reduced in light of financial problems, Debtor also below median.

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10: Non-Standard Provision(s):**

Non-Standard Provisions:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: August 24, 2024                               /S/ NANA OPOKU-WARE
                                                    Debtor

Date: _____                                _____
                                                    Joint Debtor

Date: August 24, 2024                               /S/ HERBERT B. RAYMOND, ESQ.
                                                    Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25519-JKS |
| Nana Opoku-Ware | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 26, 2024 | Form ID: pdf901 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844 |
| 518401725 | + | American Anesthesiology of New Jersey, P, 22 Old Short Hills Rd., Ste. 112, Livingston, NJ 07039-5607 |
| 518401736 | + | CVI Loan GT Trust I, Attn: Faloni & Associates, LLC, 165 Passaic Avenue, Ste. 301B, Fairfield, NJ 07004-3592 |
| 518401751 | | McCalla, Raymer, Leibert, Pierce, LLC, 485 Route 1 South, Bldg F. Suite 300, Iselin, NJ 08830 |
| 518401755 | + | River Drive Surgery, 619 River Dr, First Floor, Elmwood Park, NJ 07407-1317 |
| 518401777 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518429899 | + | Summit Medical Group, Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 518401778 | | T- Mobile, PO Box 370792, Birmingham, AL 35237 |
| 518487533 | | Wilmington Savings Fund Society, FSB, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2024 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2024 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 26 2024 20:30:00 | MTGLQ Investors, LP, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2024 20:43:22 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2024 20:31:00 | U.S. Bank, National Association As Legal Title Tru, P.O. Box 55004, Irvine, CA 92619-5004 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 26 2024 20:30:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| 518476323 | | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 20:42:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401726 | + | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 20:43:27 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401728 | + | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 20:40:51 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401732 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 26 2024 20:31:24 | Convergent Outsourcing, Inc., Attn: Bankruptcy, PO Box 9004, Renton, WA 98057-9004 |
| 518401733 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 26 2024 20:31:24 | Convergent Outsourcing, Inc., 800 Sw 39th Street, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Renton, WA 98057-4927 |
| 518401734 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 20:43:21 | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518401735 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 20:40:19 | Costco Anywhere Visa Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 518401739 | | Email/Text: mrdiscen@discover.com | Aug 26 2024 20:30:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 518401740 | | Email/Text: mrdiscen@discover.com | Aug 26 2024 20:30:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518401737 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 20:42:33 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518401738 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 20:43:27 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518517658 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2024 20:31:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518665865 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 26 2024 20:31:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518411968 | | Email/Text: mrdiscen@discover.com | Aug 26 2024 20:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518496289 | | Email/Text: BNCnotices@dcmservices.com | Aug 26 2024 20:31:00 | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518401742 | | Email/Text: ECF@fayservicing.com | Aug 26 2024 20:31:00 | Fay Servicing, LLC, 1601 LBJ Freeway, Dallas, TX 75234 |
| 518401741 | | Email/Text: ECF@fayservicing.com | Aug 26 2024 20:31:00 | Fay Servicing, LLC, Attn: Bankruptcy Dept., PO Box 809441, Chicago, IL 60680 |
| 518401743 | + | Email/Text: bankruptcies@foxcollection.com | Aug 26 2024 20:31:00 | Fox Collection Center, Attn: Bankruptcy, PO Box 528, Goodlettsvile, TN 37070-0528 |
| 518401744 | + | Email/Text: bankruptcies@foxcollection.com | Aug 26 2024 20:31:00 | Fox Collection Center, PO Box 528, Goodlettsville, TN 37070-0528 |
| 518401746 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 26 2024 20:31:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401745 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 26 2024 20:31:00 | I C System Inc, Attn: Bankruptcy, PO Box 64378, St Paul, MN 55164-0378 |
| 518401747 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 26 2024 20:31:00 | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518401731 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 26 2024 20:43:25 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203 |
| 518401730 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 26 2024 20:42:10 | Chase Mortgage, Attn: Bankruptcy Dept, PO Box 24696, Columbus, OH 43224 |
| 518504372 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2024 20:43:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518815397 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2024 20:31:00 | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518401752 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2024 20:30:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 518519868 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2024 20:30:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 26, 2024 | Form ID: pdf901 | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518401753 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2024 20:30:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518401754 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2024 20:30:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401 |
| 518401756 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2024 20:31:00 | Rushmore Loan Management Services, 15480 Laguna Canyon Road, Ste. 100, Irvine, CA 92618-2132 |
| 518401776 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Aug 26 2024 20:43:15 | Sprint, PO Box 152046, Irving, TX 75015-2046 |
| 518401757 | + | Email/Text: bankruptcy@savit.com | Aug 26 2024 20:32:00 | SaVit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518401758 | + | Email/Text: bankruptcy@savit.com | Aug 26 2024 20:32:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520226672 | + | Email/Text: bkteam@selenefinance.com | Aug 26 2024 20:31:00 | Selene Finance LP, Attn : BK Dept, 3501 Olympus Boulevard 5th Floor,, Suite 500, Dallas, Texas 75019, Selene Finance LP 75019-6156 |
| 520226671 | + | Email/Text: bkteam@selenefinance.com | Aug 26 2024 20:31:00 | Selene Finance LP, Attn : BK Dept, 3501 Olympus Boulevard 5th Floor,, Suite 500, Dallas, Texas 75019-6156 |
| 518401759 | + | Email/Text: clientservices@simonsagency.com | Aug 26 2024 20:31:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401760 | + | Email/Text: clientservices@simonsagency.com | Aug 26 2024 20:31:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518403226 | ^ | MEBN | Aug 26 2024 20:48:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 520208248 | + | Email/Text: RASEBN@raslg.com | Aug 26 2024 20:30:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520081581 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2024 20:31:00 | U.S. Bank, National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520081582 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2024 20:31:00 | U.S. Bank, National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, U.S. Bank, National Association, c/o Rushmore Servicing 75261-9094 |
| 518522305 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2024 20:31:00 | US Bank, NA as Legal Title Trustee, for Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519309006 | + | Email/Text: bkteam@selenefinance.com | Aug 26 2024 20:31:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518476324 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401727 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401729 | *+ | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401749 | *+ | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401750 | *+ | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 518401748 | *+ | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Aug 26, 2024 | Form ID: pdf901 | Total Noticed: 59 |

| | | |
|---|---|---|
| 518459192 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518459191 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518815398 | *+ | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518401761 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401762 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401763 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401764 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401765 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401766 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401767 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401769 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401770 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401771 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401772 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401773 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401774 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401775 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401768 | *+ | Simon's Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519309007 | *+ | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank  National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust c/o Rushmore Loan Management Services LLC bk@rgalegal.com |
| Herbert B. Raymond | on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor Wilmington Savings Fund Society  FSB kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: Aug 26, 2024 | Form ID: pdf901 | Total Noticed: 59

Melissa N. Licker
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing mlicker@hinshawlaw.com

Phillip Andrew Raymond
    on behalf of Creditor Fay Servicing  LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Shauna M Deluca
    on behalf of Creditor MTGLQ Investors  LP sdeluca@hasbanilight.com, hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor MTGLQ INVESTORS  LP sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor Wilmington Savings Fund Society  FSB smncina@raslg.com

Sindi Mncina
    on behalf of Creditor MTGLQ INVESTORS  LP smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14