UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)



**Order Filed on September 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NANA OPOKU-WARE, DEBTOR(S)

Case No.: 19-25519 JKS

Adv. No.:

Hearing Date: 8/22/2024 @ 10:00 A.M.

Judge: John K. Sherwood, U.S.B.J.

### ORDER RELATING TO U.S. BANK, NA'S DEFAULT CERTIFICATION

U.S. Bank, NA ('US Bank'), by and through its counsel, Romano, Garubo & Argentieri, Emmanuel J. Argentieri, Esq., Appearing, having filed a Default Certification, seeking relief from the automatic stay, pursuant to a previously entered order, asserting Debtor missed payments, regarding the mortgage it holds relating to real property, located at 123-125 Division Street, Elizabeth, New Jersey, and the Debtor, having filed an Objection to the relief requested by US Bank and the Parties having resolved the issues raised in the default request, and/or for good cause having been shown, the relief set forth on the following pages, two (2) through two (2), is hereby **ORDERED**:

Page 2
Debtor: Nana Opoku-Ware, Debtor(s)
Case no.: 19-25519 JKS
Caption of order: Order Relating to US Bank's Default Certification
_____

1. The real property, located at 123-125 Division Street, Elizabeth, New Jersey, subject to US Bank's mortgage, must be sold, within a period of ninety (90) days of entry of this order

2. The real property sale, must pay all post petition arrearages, due to US Bank, through the August 2024 payment as well as US Bank's attorney fees and costs, in the amount of $350, associated with the default certification request

3. If the Debtor fails to sell the property and repay the mortgage arrears and attorneys fees and costs, then US Bank, may file a default certification with the Court, asserting the failure to comply with this order seeking entry of an order vacating the stay in its favor

4. Starting September 1, 2024 and each month thereafter, consistent with the note and mortgage, the Debtor must pay the regular post-petition mortgage payments to US Bank

5. In the event the Debtor fails to make any regular ongoing mortgage payment more than 15 days, after the due date, US Bank may submit a default certification and order providing for relief from the automatic stay

**DATED: September 5, 2024**       _____

Honorable John K. Sherwood
United States Bankruptcy Court