| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Raymond & Raymond, Esqs., Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Phone: 973-675-5622 Fax: 408-519-6711<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.<br>Jeffrey M. Raymond, Esq.<br>Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | Order Filed on September 6, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>NANA OPOKU-WARE, DEBTOR(S) | Case No.:    19-25519 JKS<br><br>Chapter:    13<br><br>Judge:    John K. Sherwood, USBJ |

## ORDER AUTHORIZING RETENTION OF

### Benjamin A. Stanziale, Jr., Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: September 6, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Benjamin A. Stanziale, Jr., Esq. as Real Estate Attorney for the Debtor, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    Benjamin A. Stanziale, Jr., Esq.

   2839 Route 10, Ste. 102

   Morris Plains, NJ 07950

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.