

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
───────────────────────────────────
Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)
```

**Order Filed on October 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NANA OPOKU-WARE, DEBTOR(S)

Case No.: 19-25519 JKS

Adv. No.:

Hearing Date: 8/22/2024 @ 10:00 A.M.

Judge: John K. Sherwood, U.S.B.J.

### AMENDED ORDER RELATING TO U.S. BANK, NA'S DEFAULT CERTIFICATION

U.S. Bank, NA ('US Bank'), by and through its counsel, Romano, Garubo & Argentieri, Emmanuel J. Argentieri, Esq., Appearing, having filed a Default Certification, seeking relief from the automatic stay, pursuant to a previously entered order, asserting Debtor missed payments, regarding the mortgage it holds relating to real property, located at 123-125 Division Street, Elizabeth, New Jersey, and the Debtor, having filed an Objection to the relief requested by US Bank and the Parties having resolved the issues raised in the default request, and/or for good cause having been shown, the relief set forth on the following pages, two (2) through three (3), is hereby **ORDERED**.

**DATED: October 11, 2024**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Nana Opoku-Ware, Debtor(s)
Case no.: 19-25519 JKS
Caption of order: Amended Order Relating to US Bank's Default Certification

_____

1. The Debtor must sell, non-residential real property, located at 30 Clinton Place, Newark, New Jersey 07108 ('Newark Property'), **not** the subject of US Bank's mortgage[1], within a period of ninety (90) days of entry order originally entered order on this application (The order was entered on September 5, 2024, as docket entry one hundred and sixty [160], hence the sale and payoff, must be consummated within, within ninety days of entry of this order)

2. The Newark real property sale, must pay all post petition arrearages, due to US Bank, as to the Debtor's residential property, that is 123-125 Division Street, Elizabeth, New Jersey (which is the property subject to US Bank's Mortgage), through the August 2024 payment, as well as US Bank's attorney fees and costs, in the amount of $350, associated with the default certification request

3. If the Debtor fails to sell the Newark property and repay the mortgage arrears and attorneys fees and costs due to US Bank, regarding the Elizabeth residential property, then US Bank, may file a default certification with the Court, asserting the failure to comply with this order, seeking entry of an order vacating the stay in its favor

---

[1] This is non-residential real property, owned by the Debtor, that, in an earlier Debtor filed plan, the Debtor called for the surrender, but post-plan confirmation, the property's value, due to positive market conditions, has materially increased.

Page 3

Debtor: Nana Opoku-Ware, Debtor(s)

Case no.: 19-25519 JKS

Caption of order: Amended Order Relating to US Bank's Default Certification

_____

4. Starting September 1, 2024 and each month thereafter, consistent with the note and mortgage, the Debtor must pay the regular post-petition mortgage payments to US Bank

5. In the event the Debtor fails to make any regular ongoing mortgage payment, more than 15 days, after the due date, US Bank may submit a default certification and order, providing for relief from the automatic stay as to the Elizabeth property subject to its mortgage

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-25519-JKS

Nana Opoku-Ware  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Oct 11, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

**Recip ID    Recipient Name and Address**
db           + Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:

**Name          Email Address**

Benjamin A. Stanziale, Jr.
    on behalf of Debtor Nana Opoku-Ware ben@stanzialelaw.com

Denise E. Carlon
    on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Emmanuel J. Argentieri
    on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor U.S. Bank  National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust c/o Rushmore Loan Management Services LLC bk@rgalegal.com

Herbert B. Raymond
    on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

| | |
|---|---|
| Kimberly A. Wilson | on behalf of Creditor Wilmington Savings Fund Society  FSB kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing mlicker@hinshawlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor Fay Servicing  LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ INVESTORS  LP sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ Investors  LP sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor MTGLQ INVESTORS  LP smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society  FSB smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15