UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4th Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin L. de Lyon, Attorneys for the Debtor(s)

Order Filed on November 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NANA OPOKU-WARE, DEBTOR

Case No.: 19-25519 JKS

Chapter: 13

Judge: John K. Sherwood

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: November 19, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of __Herbert Raymond, Esq., Debtor's Counsel__ for the reduction of time for a hearing on __Debtor's Motion To Sell Real Property__ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __December 12, 2024__ at __10:00 a.m.__ in the United States Bankruptcy Court, __50 Walnut Street, 3rd Floor, Newark, New Jersey 07102__, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
__Brian Knapp, Esquire (for Chapter 13 Trustee), Lender or its Agent (Selene), Attorneys for Lender__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.
if email address is unknown, then fax number may be used

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
__All Creditors, All Interested Parties, All parties who requested notice__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.
if email address is unknown, then fax number may be used

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail \_\_\_\_2\_\_\_\_ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

X - Movant's Counsel and any individual/party opposing the motion must appear at the hearing either in-person or via Court Solutions by registering for the hearing on Court Solutions on the day prior to the hearing.

X - Other individuals/parties/counsel may attend the hearing in person or via Court Solutions by registering for the hearing on Court Solutions on the day prior to the hearing

*rev.1/12/22*