| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | Case No.: 19-25519 JKS<br><br>Chapter: 13 |
| NANA OPOKU-WARE, DEBTOR(S) | Adv. No.: <br><br>Hearing Date: D<br><br>Judge: John K. Sherwood, USBJ |

## CERTIFICATION OF SERVICE

1. I, Herbert B. Raymond, Esq. :

    ☒ represent Nana Opoku-Ware, the Debtor_ in the this matter.

    ☐ am the secretary/paralegal for _, who represents _ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On November 19, 2024 and November 20, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion to Sell Real Property, Debtor's Certification in Support of Motion to Sell Real Property, Proposed Order Authorizing Real Property Sale, Exhibit Real Estate Sale Contract, Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice Relating to Real Estate Sale Motion

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   November 20, 2024              /S/ HERBERT B. RAYMOND, ESQ.
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian Knapp, Esq.<br>Staff Attorney<br>Marie-Ann Greenberg, Esq.<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Fairfield, N.J. 07004 | CHAPTER 13 TRUSTEE (Also Confirmed Receipt Through Email) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| RAS Crane and Partners<br>130 Clinton Rd., Ste. 202<br>Fairfield, NJ 07004 | LENDER'S AGENT AND/OR OR ATTORNEYS (Also Confirmed Through Email) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| All Creditors on Attached Service List and/or Interested Parties, Parties Filing an Appearance | All Creditors on Attached Service List and/or Interested Parties, Parties Filing an Appearance (Telephone Notice to Also be Provided Though Not Required By Order) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

American Anesthesiology of New Jersey,
22 Old Short Hills Rd., Ste. 112
Livingston, NJ 07039

Costco Anywhere Visa Card
Attn: Bankruptcy
PO Box 6500
Sioux Falls, SD 57117

Fox Collection Center
Attn: Bankruptcy
PO Box 528
Goodlettsville, TN 37070

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Costco Anywhere Visa Card
PO Box 6190
Sioux Falls, SD 57117

Fox Collection Center
PO Box 528
Goodlettsville, TN 37070

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

CVI Loan GT Trust I
Attn: Faloni & Associates, LLC
165 Passaic Avenue, Ste. 301B
Fairfield, NJ 07004

I C System Inc
Attn: Bankruptcy
PO Box 64378
St Paul, MN 55164

Amex
PO Box 297871
Fort Lauderdale, FL 33329

Deptartment Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

I C System Inc
PO Box 64378
Saint Paul, MN 55164

Amex
PO Box 297871
Fort Lauderdale, FL 33329

Deptartment Store National Bank/Macy's
Po Box 8218
Mason, OH 45040

I.C. System, Inc.
444 Highway 96 East
PO Box 64378
St. Paul, MN 55164

Chase Mortgage
Attn: Bankruptcy Dept
PO Box 24696
Columbus, OH 43224

Discover Financial
Attn: Bankruptcy Department
PO Box 15316
Wilmington, DE 19850

I.C. System, Inc.
444 Highway 96 East
PO Box 64378
St. Paul, MN 55164

Chase Mortgage
700 Kansas Lane
Monroe, LA 71203

Discover Financial
Pob 15316
Wilmington, DE 19850

I.C. System, Inc.
PO Box 64378
Saint Paul, MN 55164

Convergent Outsourcing, Inc.
Attn: Bankruptcy
PO Box 9004
Renton, WA 98057

Fay Servicing, LLC
Attn: Bankruptcy Dept.
PO Box 809441
Chicago, IL 60680

I.C. System, Inc.
Po Box 64378
Saint Paul, MN 55164

Convergent Outsourcing, Inc.
800 Sw 39th Street
Renton, WA 98057

Fay Servicing, LLC
1601 LBJ Freeway
Dallas, TX 75234

McCalla, Raymer, Leibert, Pierce, LL
485 Route 1 South, Bldg F. Suite 3
Iselin, NJ 08830

| | | |
|---|---|---|
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4746 | Simon's Agency, Inc.<br>Attn: Bankruptcy<br>PO Box 5026<br>Syracuse, NY 13220 | Simon's Agency, Inc.<br>4963 Wintersweet Dr<br>Liverpool, NY 13088 |
| Pnc Mortgage<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | Simon's Agency, Inc.<br>Attn: Bankruptcy<br>PO Box 5026<br>Syracuse, NY 13220 | Simon's Agency, Inc.<br>4963 Wintersweet Dr<br>Liverpool, NY 13088 |
| Pnc Mortgage<br>PO Box 8703<br>Dayton, OH 45401 | Simon's Agency, Inc.<br>Attn: Bankruptcy<br>PO Box 5026<br>Syracuse, NY 13220 | Simon's Agency, Inc.<br>4963 Wintersweet Dr<br>Liverpool, NY 13088 |
| River Drive Surgery<br>619 River Dr, First Floor<br>Elmwood Park, NJ 07407 | Simon's Agency, Inc.<br>Attn: Bankruptcy<br>PO Box 5026<br>Syracuse, NY 13220 | Simon's Agency, Inc.<br>4963 Wintersweet Dr<br>Liverpool, NY 13088 |
| Rushmore Loan Management Services<br>15480 Laguna Canyon Road, Ste. 100<br>Irvine, CA 92618 | Simon's Agency, Inc.<br>Attn: Bankruptcy<br>PO Box 5026<br>Syracuse, NY 13220 | Simon's Agency, Inc.<br>4963 Wintersweet Dr<br>Liverpool, NY 13088 |
| SaVit Collection Agency<br>Attn: Bankruptcy<br>PO Box 250<br>East Brunswick, NJ 08816 | Simon's Agency, Inc.<br>Attn: Bankruptcy<br>PO Box 5026<br>Syracuse, NY 13220 | Simon's Agency, Inc.<br>4963 Wintersweet Dr<br>Liverpool, NY 13088 |
| SaVit Collection Agency<br>Po Box 250<br>East Brunswick, NJ 08816 | Simon's Agency, Inc.<br>Attn: Bankruptcy<br>PO Box 5026<br>Syracuse, NY 13220 | Sprint<br>PO Box 152046<br>Irving, TX 75015-2046 |
| Simon's Agency, Inc.<br>Attn: Bankruptcy<br>PO Box 5026<br>Syracuse, NY 13220 | Simon's Agency, Inc.<br>4963 Wintersweet Drive<br>Liverpool, NY 13088 | Summit Medical Group<br>Attn: Business Office Admin<br>150 Floral Avenue<br>New Providence, NJ 07974-1557 |
| Simon's Agency, Inc.<br>4963 Wintersweet Dr<br>Liverpool, NY 13088 | Simon's Agency, Inc.<br>4963 Wintersweet Dr<br>Liverpool, NY 13088 | T- Mobile<br>PO Box 370792<br>Birmingham, AL 35237 |