We are pleased to inform you that your valuation attached is complete. As part of the Equal Credit Opportunity Act (Regulation B) we are required to provide you with a copy of all appraisal reports and/or written valuations, including but not limited to the Appraisal Report, any Reconsiderations of Value, VA Appraisal Reports, VA Notice of Value, Final Inspection/Appraisal Updates; developed in connection with your loan application. Any additional copies, including ones with updates that are clerical in nature, will be provided to you at closing.

Please review the attached appraisal report and retain a copy for your records. If, upon reviewing the report, you believe there to be factual errors or omissions, including inadequate comparable properties, you may request a Reconsideration of Value ("ROV") by contacting your loan officer. You may also obtain an ROV Request Form directly from the Company by emailing Guaranteed Rate, Inc. at ROV@rate.com or by visiting www.rate.com/ROV. Additional specifics regarding the process and timelines may be found at www.rate.com/ROV.

Guaranteed Rate, Inc. is committed to maintaining appraiser independence and preventing attempts to influence appraisers in the preparation of appraisal reports, as well as avoiding any discrimination or bias in the appraisal process. If you believe that any person has attempted to influence the appraiser in the preparation of the appraisal of your property or have any concerns with the reliability or credibility of the appraisal, please contact the Company's Customer Service Team by calling (773) 328-6467 or (866) 934-7283, opt 4 as soon as possible to report your concerns or bias or to discuss your options to contest the reliability of the appraisal.

Guaranteed Rate, Inc.

NMLS License #2611

# Appraiser and/or Data Collector Independence Certification

**Borrower Name:** Magret Barker
**Property Address:** 20 CLINTON PL NEWARK NJ 07108
**Loan number:** 4500061~~~~
**Date:** 2024-10-04

Lender certifies and acknowledges that it has adopted and implemented the structure, policies and procedures required to comply with all current appraisal independence requirements as defined by the Dodd-Frank Wall Street Reform and Consumer Protection Act, the Interagency Appraisal and Evaluation Guidelines, Fannie Mae, Freddie Mac and the Federal Housing Administration ("AIR"), in strict adherence to our non-influence policy and process. Specifically, in addition to the above acknowledgment, as to this Loan, Lender acknowledges adherence to the following statements:

- No employee, director, officer or agent of the Lender or any other third party acting as joint venture, independent contractor, appraisal company, or appraisal management company on behalf of the Lender, has influenced or attempted to in influence the development, result, or review of the appraisal in any manner.
- The Lender/Client named on the appraisal report submitted the appraisal order through a secure self-managed appraisal software platform, or through an approved and AIR compliant appraisal ordering process.
- Appraiser selection was performed by a non-compensated member of Lender. Appraiser selection was performed utilizing a selection methodology of management-approved policies based on the location of the subject property, appraiser availability and historical quality and performance metrics.
- The appraiser's compensation was not in any way dependent on the value arrived at or the closing of the loan. The appraiser was compensated directly by the Lender and not by the borrower, property seller, real estate agent, or a Lender staff member that receives compensation based on loan sales.
- The terms and conditions of the engagement contract between the Lender and the appraiser prohibit the appraiser from inappropriate communication with Lender origination staff or attempting to obtain value/loan information from the borrower/property owner
- No estimate regarding the Subject Property's value, proposed loan amount or proposed loan-to-value ratio was provided or communicated by Lender to the appraiser. For purchase transactions, the purchase agreement was provided to the appraiser as required by USPAP Standards Rule 1-5(a).
- Lender's loan production staff is unaware of the identity of the appraiser until the final appraisal report is delivered. Likewise the appraiser is provided with only the Lender's company name and address for inclusion in the appraisal report and is never provided with the identity or contact information of the originator of the loan.
- All substantive communication relating to or having an impact on valuation, including ordering the appraisal, managing the appraisal assignment, or disputing any aspect of an appraisal between the selected appraiser and Lender was conducted through Lender's Appraisal Department or its agent. Lender is unaware of any communication to the appraiser for this appraisal assignment made by anyone that is in violation of the terms of current AIR.
- If the Lender accepted an appraisal prepared by an appraiser for another lender, including where the mortgage broker has facilitated the mortgage application (but not ordered the appraisal), the Lender obtained written assurances that the other lender followed AIR in connection with the loan being originated and determined that such appraisal conforms to the Lender's requirements for appraisals, is otherwise acceptable to Lender, and was prepared in accordance with AIR.
- Lender has, promptly upon completion, but in any event not less than three (3) business days prior to the loan closing, provided a copy of each appraisal report used (any and all appraisals that were used to establish value for lending purposes in connection with the underwriting of the loan).
- Lender maintains in the loan file a copy of the dated appraisal report transmittal or cover letter, including the method of delivery, regarding delivery of the appraisal report(s) to, and receipt by, the borrower no less than three (3) business days prior to closing.
- Lender maintains, if exercised by borrower, waiver documentation from the borrower in the loan file.

This Acknowledgment by Lender as to the above-referenced Loan is a covenant, representation and warranty of Lender and is incorporated into the Loan Purchase Agreement and Seller's Guide.

## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
30 CLINTON PL
BLOCK 3040  LOT 1.02
NEWARK, NJ 07108

### FOR:
GUARANTEED RATE
3940 NORTH RAVENSWOOD AVE
CHICAGO, IL  60613

### AS OF:
10/04/2024

### BY:
PETER GRAF
ACCURATE APPRAISAL ASSOCIATES
PO BOX 238
NORTHVALE, NJ  07647
201-660-7961

## Small Residential Income Property Appraisal Report

File # FILE NUMBER

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address | 30 CLINTON PL   City NEWARK   State NJ   Zip Code 07108 |
| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle   Owner of Public Record   Opoku Ware, Nana   County ESSEX |
| Legal Description | BLOCK 3040 LOT 1.02 |
| Assessor's Parcel # | 1614-03040-0000-00001-0002-   Tax Year 2023   R.E. Taxes $ 10,453 |
| Neighborhood Name | NEWARK   Map Reference 35084   Census Tract 0053.00 |

Occupant ☒ Owner ☒ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ N/A   ☐ per year   ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)
Lender/Client   GUARANTEED RATE   Address   3940 NORTH RAVENSWOOD AVE, CHICAGO, IL 60613
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☒ Yes   ☐ No
Report data source(s) used, offering price(s), and date(s).   THE SUBJECT IS CURRENTLY PENDING ON THE GARDEN STATE MLS. LIST PRICE:
$799,000. LIST DATE: 07/22/2024. DOM-74.

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not
performed.   CONTRACT WAS REVIEWED BY APPRAISER. ARMS LENGTH TRANSACTION. BORROWERS: Margret Barker/Roseline Magdaline
Edekin/Oluwabiyi Fakunle
Contract Price $ 825,000   Date of Contract 08/23/2024   Is the property seller the owner of public record?   ☒ Yes   ☐ No   Data Source(s)   TAX ASSESSOR
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☒ Yes   ☐ No
If Yes, report the total dollar amount and describe the items to be paid.   10,000   PAID BY SELLER AT CLOSING.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | 2–4 Unit Housing Trends | 2–4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE | AGE | One-Unit | 35 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 45 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 230 Low | 0 | Multi-Family | 10 % |
| Neighborhood Boundaries   SPRINGFIELD AVENUE TO THE NORTH, ELIZABETH AVENUE TO THE | | 875 High | 150 | Commercial | 10 % |
| EAST, I-78 TO THE SOUTH, GROVE ST TO THE WEST. | | 610 Pred. | 95 | Other | 0 % |

Neighborhood Description   THE SUBJECT PROPERTY IS LOCATED ON AN ESTABLISHED RESIDENTIAL STREET MADE UP OF VARIOUS
STYLE SINGLE AND 1-4 FAMILY DWELLINGS WHICH ARE GENERALLY WELL MAINTAINED.THE SUBJECT CONFORMS WELL TO THE
SURROUNDING DWELLINGS. THERE ARE NO KNOWN OR APPARENT ADVERSE FACTORS WHICH SHOULD AFFECT THE SUBJECTS
MARKETABILITY.
Market Conditions (including support for the above conclusions)   TYPICAL EXPOSURE TIME RANGES FROM 1-3 MONTHS. THE MARKET IS STABLE.
SUPPLY AND DEMAND ARE IN BALANCE.

| | |
|---|---|
| Dimensions 33.71x130.03x76.88x19.93x37x110   Area 5,484   Shape RECTANGULAR   View AVERAGE |
| Specific Zoning Classification R-2   Zoning Description RESIDENTIAL |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes   ☐ No  If No, describe |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street PAVED ASPHALT | ☒ | |
| Gas | ☒ | PUBLIC | Sanitary Sewer | ☒ | | Alley NONE | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 34013C0152F   FEMA Map Date 6/4/2007
Are the utilities and/or off-site improvements typical for the market area?   ☒ Yes   ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes   ☒ No  If Yes, describe

| General Description | Foundation | Exterior Description   materials/condition | Interior   materials/condition |
|---|---|---|---|
| Units ☒ Two ☐ Three ☐ Four | ☐ Concrete Slab ☐ Crawl Space | Foundation Walls CON.BLK/AVG | Floors HWD,TILE/AVG |
| ☐ Accessory Unit (describe below) | ☒ Full Basement ☐ Partial Basement | Exterior Walls BRICK,VINYL/AVG | Walls DRY WALL/AVG |
| # of Stories 2   # of bldgs. 1 | Basement Area 1,137 sq.ft. | Roof Surface ASPHALT/AVG | Trim/Finish WOOD/AVG |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Finish 100 % | Gutters & Downspouts ALUMINUM/AVG | Bath Floor TILE/AVG |
| ☒ Existing ☐ Proposed ☐ Under Const. | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type DBL HUNG/AVG | Bath Wainscot TILE/AVG |
| Design (Style) 2-FAMILY | Evidence of ☐ Infestation | Storm Sash/Insulated YES/YES/AVG | Car Storage |
| Year Built 2007 | ☐ Dampness ☐ Settlement | Screens YES/AVG | ☐ None |
| Effective Age (Yrs) 5 | Heating/Cooling | Amenities | ☒ Driveway # of Cars 2 |
| Attic ☐ None | ☒ FWA ☐ HWBB ☐ Radiant | Fireplace(s) # ☐ Woodstove(s) # | Driveway Surface PAVED ASPH. |
| ☒ Drop Stair ☐ Stairs | ☐ Other Fuel GAS | ☒ Patio/Deck 0/1 ☐ Fence | ☒ Garage # of Cars 2 |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☐ Pool ☐ Porch | ☐ Carport # of Cars 0 |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | | ☐ Att. ☐ Det. ☒ Built-in |
| # of Appliances Refrigerator 2 Range/Oven 2 ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer Other (describe) | | | |
| Unit # 1 contains: 6 Rooms 3 Bedrooms 2 Bath(s) 1,730.5 Square Feet of Gross Living Area | | | |
| Unit # 2 contains: 6 Rooms 3 Bedrooms 2 Bath(s) 1,730.5 Square Feet of Gross Living Area | | | |
| Unit # 3 contains: Rooms Bedrooms Bath(s) Square Feet of Gross Living Area | | | |
| Unit # 4 contains: Rooms Bedrooms Bath(s) Square Feet of Gross Living Area | | | |
| Additional features (special energy efficient items, etc.). FRONT DECK. | | | |

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   THE SUBJECT INTERIOR APPEARS AVERAGE.
NO REPAIRS ARE NEEDED OR REQUIRED.

## Small Residential Income Property Appraisal Report

File # FILE NO.

**IMPROVEMENTS**

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No  If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No  If No, describe.

Is the property subject to rent control?  ☐ Yes  ☒ No  If Yes, describe

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

**COMPARABLE RENTAL DATA**

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 30 CLINTON PL NEWARK, NJ 07108 | 72 MURRAY ST NEWARK, NJ 07114 | 24 MILLINGTON AVE NEWARK, NJ 07108 | 55 HOMESTEAD PARK NEWARK, NJ 07108 |
| Proximity to Subject | | 1.52 MILES E | 0.17 MILES SE | 0.21 MILES SW |
| Current Monthly Rent | $ N/A | $ 5,300 | $ 7,550 | $ 2,848 |
| Rent/Gross Bldg. Area | $ N/A sq.ft. | $ 1.83 sq.ft. | $ 2.49 sq.ft. | $ 0.90 sq.ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | INSPECTION | MLS#3913563 | MLS#3518094 | MLS#3879894 |
| Date of Lease(s) | 10/2024 | 10/2024 | 10/2024 | 10/2024 |
| Location | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Actual Age | 17 | 13 | 114 | 117 |
| Condition | AVERAGE | AVERAGE | AVERAGE | GOOD |
| Gross Building Area | 3,461 | 2,904 | 3,032 | 3,148 |

| Unit Breakdown | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Br | Ba | 3,461 | | Tot | Br | Ba | 2,904 | 5,300 | Tot | Br | Ba | 3,032 | 7,550 | Tot | Br | Ba | 3,148 | 2,848 |
| Unit # 1 | 6 | 3 | 2 | 1,730.5 | | 6 | 3 | 2 | 1,452 | $ 2,500 | 5 | 3 | 2 | | $ 3,750 | 5 | 3 | 1 | 1,182 | $ 2,848 |
| Unit # 2 | 6 | 3 | 2 | 1,730.5 | | 6 | 3 | 2 | 1,452 | $ 2,800 | 5 | 3 | 1 | | $ 2,300 | 5 | 3 | 1 | 1,168 | $ N/A |
| Unit # 3 | | | | | | | | | | $ | 4 | 2 | 1 | 632 | $ 1,500 | 3 | 1 | 1 | 798 | $ N/A |
| Unit # 4 | | | | | | | | | | $ | | | | | $ | | | | | |
| Utilities Included | N/A | | | | | WATER | | | | | WATER | | | | | WATER | | | | |
| Finished Basement | FINISHED BASEMENT | | | | | FINISHED BASEMENT | | | | | Finished Basement | | | | | FINISHED BASEMENT | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)  ABOVE RENTAL DATA ARE ALL 1-4 FAMILY PROPERTIES SIMILAR TO SUBJECT AS TO SIZE, UTILITY & APPEAL.  ALL RENTALS WERE VERIFIED WITH RESPECTIVE LISTING BROKERS & NO CONCESSIONS WERE NOTED.

**Rent Schedule:**  The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

**SUBJECT RENT SCHEDULE**

| | Leases | | Actual Rents | | | Opinion of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | | Unfurnished | Furnished | |
| 1 | TENANT | TENANT | $ 0 | $ | $ 0 | $ 3,750 | $ | $ 3,750 |
| 2 | OWNER | OCCUP. | 0 | | 0 | 2,800 | | 2,800 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

Comment on lease data    NO LEASE    Total Actual Monthly Rent  $ 0    Total Gross Monthly Rent  $ 6,550
PROVIDED FOR REVIEW.    Other Monthly Income (itemize)  $ 0    Other Monthly Income (itemize)  $ 0
    Total Actual Monthly Income  $    Total Estimated Monthly Income  $ 6,550

Utilities included in estimated rents  ☐ Electric  ☒ Water  ☒ Sewer  ☐ Gas  ☐ Oil  ☒ Trash collection  ☐ Cable  ☐ Other

Comments on actual or estimated rents and other monthly income (including personal property)    RENTS APPEAR TO BE IN LINE WITH OTHER AREA
MARKET RENTS FOR UNITS SIMILAR AS TO BEDROOM UTILITY, CONDITION & GROSS LIVING AREA.

**PRIOR SALE HISTORY**

I ☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    TAX ASSESSOR
My research  ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    TAX ASSESSOR
Report the results of the research and analysis of any prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | TAX ASSESSOR | TAX ASSESSOR | TAX ASSESSOR | TAX ASSESSOR |
| Effective Date of Data Source(s) | 10/2024 | 10/2024 | 10/2024 | 10/2024 |

Analysis of prior sale or transfer history of the subject property and comparable sales    THE SUBJECT PROPERTY HAS NOT SOLD WITHIN THREE YEARS
PRIOR TO THE EFFECTIVE DATE OF THIS APPRAISAL. THE COMPARABLE SALES DID NOT HAVE ANY PRIOR SALES OR TRANSFERS
FOR THE PRIOR YEAR TO THE DATE OF SALE OF THE COMPARABLE SALE.

## Small Residential Income Property Appraisal Report

File # FILE ID:

There are **1** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 800,000 to $ 800,000 .
There are **4** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 780,000 to $ 850,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 30 CLINTON PL NEWARK, NJ 07108 | 630 S 17TH ST NEWARK, NJ 07103 | | 739 S 19TH ST NEWARK, NJ 07103 | | 97 RIDGEWOOD AVE NEWARK, NJ 07108 | |
| Proximity to Subject | | 0.86 MILES N | | 0.65 MILES N | | 0.76 MILES E | |
| Sale Price | $ 825,000 | $ 780,000 | | $ 830,000 | | $ 850,000 | |
| Sale Price/Gross Bldg. Area | $ 238.00 sq.ft. | $ 249.36 sq.ft. | | $ 260.51 sq.ft. | | $ 188.39 sq.ft. | |
| Gross Monthly Rent | $ 6,550 | $ 6,000 | | $ 5,400 | | $ 6,800 | |
| Gross Rent Multiplier | 125.95 | 130.00 | | 153.70 | | 125.00 | |
| Price per Unit | $ 412,500 | $ 390,000 | | $ 415,000 | | $ 283,333 | |
| Price per Room | $ 68,750 | $ 65,000 | | $ 69,167 | | $ 56,667 | |
| Price per Bedroom | $ 137,500 | $ 130,000 | | $ 138,333 | | $ 94,444 | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Data Source(s) | | NJACTB | | NJACTB | | NJACTB | |
| Verification Source(s) | | MLS#3891221 | | MLS#3886388 | | MLS#3884741 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) Adjustment | DESCRIPTION | +(–) Adjustment | DESCRIPTION | +(–) Adjustment |
| Sale or Financing | | DOM-31 | | DOM-52 | | DOM-42 | |
| Concessions | | FHA | | FHA | | CONV. | |
| Date of Sale/Time | | 05/28/2024 | | 08/12/2024 | | 06/14/2024 | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 5,484 | 3000 SF | | 3720 SF | | 4177 SF | |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design (Style) | 2-FAMILY | 2-FAMILY | | 2-FAMILY | | 3-FAMILY | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 17 | 18 | | 0 | | 19 | |
| Condition | AVERAGE | AVERAGE | | GOOD | -30,000 | AVERAGE | |
| Gross Building Area | 3,461 | 3,128 | +16,500 | 3,186 | +14,000 | 4,512 | -52,500 |

| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 6 | 3 | 2 | 6 | 3 | 2 | | 6 | 3 | 2 | | 5 | 3 | 2 | |
| Unit # 2 | 6 | 3 | 2 | 6 | 3 | 2 | | 6 | 3 | 2 | | 5 | 3 | 2 | |
| Unit # 3 | | | | | | | | | | | | 5 | 3 | 2 | -10,000 |
| Unit # 4 | | | | | | | | | | | | | | | |

| | SUBJECT | COMP 1 | ADJ | COMP 2 | ADJ | COMP 3 | ADJ |
|---|---|---|---|---|---|---|---|
| Basement Description | FULL | FULL | | FULL | | NONE | +25,000 |
| Basement Finished Rooms | FINISHED | FINISHED | | FINISHED | | N/A | +25,000 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Parking On/Off Site | 2 CAR GARAGE | 2 CAR GARAGE | | DRIVEWAY | +15,000 | 2 CAR GARAGE | |
| Porch/Patio/Deck | DECK | PATIO | | PATIO | | 2 DECKS | -1,500 |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ – | $ 16,500 | ☐ + ☒ – | $ -1,000 | ☐ + ☒ – | $ -14,000 |
| Adjusted Sale Price | | Net Adj. 2.1 % | | Net Adj. 0.1 % | | Net Adj. 1.6 % | |
| of Comparables | | Gross Adj. 2.1 % $ 796,500 | | Gross Adj. 7.1 % $ 829,000 | | Gross Adj. 13.4 % $ 836,000 | |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 398,250 | | $ 414,500 | | $ 278,667 | |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 66,375 | | $ 69,083 | | $ 55,733 | |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 132,750 | | $ 138,167 | | $ 92,889 | |
| Value per Unit | $ 415,000 X 2 Units = $ 830,000 | Value per GBA 240 X 3,461 GBA = $ 830,640 | | | | | |
| Value per Rm. | $ 69,000 X 12 Rooms = $ 828,000 | Value per Bdrm. 138,000 X 6 Bdrms. = $ 828,000 | | | | | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value. AN INVESTIGATION OF THE MARKET AREA INDICATED
THE ABOVE SALES TO BE THE MOST RECENT AND SIMILAR TO THE SUBJECT PROPERTY. IN AN EFFORT TO UTILIZE SIMILAR STYLE
DWELLINGS IN THE SUBJECT NEIGHBORHOOD IT WAS NECESSARY TO GO BEYOND THE NORMAL SIX MONTH AND 1 MILE
PARAMETER. BATHS ADJUSTED AT $5,000 PER FULL BATH, $2,500 PER HALF BATH. GROSS LIVING AREA ADJUSTED AT $50 PER
SQUARE FOOT ROUNDED. ALL ADJUSTMENTS ARE CONSIDERED PRACTICAL AND MARKET BORNE. CONSIDERATION IS GIVEN TO
ALL COMPARABLE SALES.

Indicated Value by Sales Comparison Approach $ 825,000

### INCOME

Total gross monthly rent $ 6,550 X gross rent multiplier (GRM) 126 = $ 825,300 Indicated value by the Income Approach

Comments on income approach including reconciliation of the GRM A GRM OF 126.00 IS WELL SUPPORTED IN THIS MARKET. THE INCOME
APPROACH UTILIZED ONLY AS A SECONDARY SUPPORT TO VALUE.

### RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 825,000 Income Approach $ 825,300 Cost Approach (if developed) $ 826,953
THE MARKET DATA APPROACH WAS GIVEN THE MOST WEIGHT AS IT IS THE MOST RECOGNIZED INDICATOR TO VALUE AND
REFLECTS THE ACTIONS OF THE BUYERS AND SELLERS IN THIS 2-4 FAMILY MARKET. THE INCOME AND COST APPROACHES ARE
USED AS SECONDARY SUPPORT TO VALUE.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: NO CONDITIONS PLACED ON
APPRAISAL. NO PERSONAL ITEMS WERE CONSIDERED IN THE FINAL VALUE.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 825,000 , as of 10/04/2024 , which is the date of inspection and the effective date of this appraisal.

Form 1025 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Small Residential Income Property Appraisal Report
File # FILE ID/4c488bbe

**LAND VALUE:**
LAND VALUE OF THE SUBJECT IS APPROXIMATELY 52% OF THE FINAL VALUE ESTIMATE, HOWEVER, IT IS IMPORTANT TO NOTE, THIS IS COMMON TO THE MARKET AREA AND NOT CONSIDERED A DETRIMENT TO VALUE. FURTHER SUPPORTED BY THOSE SALES USED IN THE MARKET DATA APPROACH WHOSE LAND VALUE EXCEED THE NORMAL 30 PERCENT RATIO.

APPRAISED VALUE EXCEEDS THE PREDOMINANT VALUE DUE TO THE SUBJECT BEING LARGER IN GROSS LIVING AREA THAN THE MAJORITY OF COMPARABLES. COMPARABLES WITH GREATER GROSS LIVING AREA ARE IN THE HIGHER END OF THE MARKET. THIS IS TYPICAL TO THE AREA AND DOESN'T AFFECT MARKETABILITY.

-ALL UTILITIES WERE ON AND WORKING AT THE TIME OF INSPECTION.

EXPOSURE TIME
MARKETING TIME IS BETWEEN 1-3 MONTHS.
PRIOR WORK
APPRAISER HAS NOT PREFORMED ANY WORK ON THE SUBJECT WITHIN 3 YEARS PRIOR TO THE ACCEPTANCE OF ASSIGNMENT.
-THE SUBJECT PROPERTY MEETS MINIMUM PROPERTY STANDARDS PER HUD/FHA HANDBOOK 4000.1 AND ALL APPLICABLE MORTGAGEE LETTERS.

-THE INTENDED USER OF THIS APPRAISAL REPORT IS THE MORTGAGEE/CLIENT AND HUD/FHA.
-The intended use of the appraisal is solely to assist FHA in assessing the risk of the Property securing the FHA insured Mortgage.
-THE SUBJECT MEETS WITH HUD/FHA MINIMUM GUIDELINES.
HIGHEST AND BEST USE:
Subject is Legally Permissible, Physically Possible, Financially Feasible and will give Maximum Profitability. Highest and Best Use: Per USPAP-Standards Rule 2-2 (a) (x)
COMPARABLE PHOTOS HAVE BEEN TAKEN FROM PREVIOUS APPRAISAL FILES. EXTERIOR INSPECTION HAS BEEN PERFOMED ON ALL COMPARABLES.

A HEAD AND SHOULDERS INSPECTION OF THE ATTIC WAS PERFORMED AT THE TIME OF INSPECTION, AND THE ATTIC MEETS WITH HUD/FHA MINIMUM REQUIREMENTS.

APPLIANCES/CABINETS WERE PRESENT AND OPERATIONAL AT THE TIME OF INSPECTION.
-smoke & CO detectors were present at the time of inspection.
-The intended use of the appraisal is solely to assist FHA in assessing the risk of the Property securing the FHA insured Mortgage.

APPRAISAL FEE FOR REPORT IS IN THE AMOUNT OF $625.
AMC LICENSE: 42AC00000100

SECURITY BARS ON THE SUBJECTS WINDOWS ARE EQUIPPED WITH SAFETY LATCHES.

ALTHOUGH THE SUBJECT IS LOCATED ON A THROUGH STREET, THE SUBJECTS MARKETABILITY IS NOT AFFECTED. COMPARABLE SALES WITHIN REPORT ARE LOCATED ON THROUGH STREETS SIMILAR TO THE SUBJECT, AND NO LOCATION ADJUSTMENTS NECESSARY.

### COST APPROACH TO VALUE (not required by Fannie Mae)
Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   SITE VALUE WAS DETERMINED THROUGH LAND SALES.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | = $ | 430,000 |
|---|---|---|---|---|---|
| Source of cost data   MARSHALL & SWIFT | DWELLING | 3,461 Sq.Ft. @ $ | 100.00 = $ | | 346,100 |
| Quality rating from cost service   AVG.   Effective date of cost data   10/2024 | | 1,137 Sq.Ft. @ $ | 45.00 = $ | | 51,165 |
| Comments on Cost Approach (gross building area calculations, depreciation, etc.) | DECK | | = $ | | 10,000 |
| SITE VALUE-LAND SALES/SITE TO TOTAL VALUE RATIOS. | Garage/Carport | 594 Sq.Ft. @ $ | 25.00 = $ | | 14,850 |
| DEPRECIATION/COSTS ESTIMATES-LOCAL BUILDERS. | Total Estimate of Cost-New | | = $ | | 422,115 |
| | Less   Physical   Functional   External | | | | |
| | Depreciation   35,162 | | = $( | | 35,162) |
| | Depreciated Cost of Improvements | | = $ | | 386,953 |
| | "As-is" Value of Site Improvements | | = $ | | 10,000 |
| Estimated Remaining Economic Life (HUD and VA only)   55 Years | INDICATED VALUE BY COST APPROACH | | = $ | | 826,953 |

### PROJECT INFORMATION FOR PUDs (if applicable)
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases      Total number of units      Total number of units sold
Total number of units rented      Total number of units for sale      Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes  ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Small Residential Income Property Appraisal Report

File # FILE ID

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:    The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:    The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1025 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Small Residential Income Property Appraisal Report    File # FILE ID

## APPRAISER'S CERTIFICATION:    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Small Residential Income Property Appraisal Report    File # FILE ID VSA23932

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER    ACCURATE APPRAISAL ASSOCIATES | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  PETER GRAF | Name |
| Company Name    ACCURATE APPRAISAL ASSOCIATES | Company Name |
| Company Address    PO BOX 238, NORTHVALE, NJ 07647 | Company Address |
| Telephone Number    (201) 660-7961 | Telephone Number |
| Email Address    pgraf87@hotmail.com | Email Address |
| Date of Signature and Report    10/04/2024 | Date of Signature |
| Effective Date of Appraisal    10/04/2024 | State Certification # |
| State Certification #    42RC00233900 | or State License # |
| or State License # | State |
| or Other (describe)    State # | Expiration Date of Certification or License |
| State  NJ | |
| Expiration Date of Certification or License    12/31/2025 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

30 CLINTON PL

NEWARK, NJ 07108

APPRAISED VALUE OF SUBJECT PROPERTY $    825,000

LENDER/CLIENT

Name  VALUATION SERVICES AMC
Company Name    GUARANTEED RATE
Company Address    3940 NORTH RAVENSWOOD AVE,
CHICAGO, IL 60613
Email Address    team@vsamc.com

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
　　Date of Inspection
☐ Did inspect interior and exterior of subject property
　　Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
　　Date of Inspection

Form 1025 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Small Residential Income Property Appraisal Report

File # FILE NO WSA23037?

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 30 CLINTON PL | 762 S 14TH ST | | 72 MURRAY ST | | | |
| | NEWARK, NJ 07108 | NEWARK, NJ 07103 | | NEWARK, NJ 07114 | | | |
| Proximity to Subject | | 0.43 MILES N | | 1.52 MILES E | | | |
| Sale Price | $ 825,000 | $ 800,000 | | $ 800,000 | | $ | |
| Sale Price/Gross Bldg. Area | $ 238.00 sq.ft. | $ 333.33 sq.ft. | | $ 275.48 sq.ft. | | $ sq.ft. | |
| Gross Monthly Rent | $ 6,550 | $ 6,000 | | $ 5,300 | | $ | |
| Gross Rent Multiplier | 125.95 | 133.33 | | 150.94 | | | |
| Price per Unit | $ 412,500 | $ 400,000 | | $ 400,000 | | $ | |
| Price per Room | $ 68,750 | $ 80,000 | | $ 66,667 | | $ | |
| Price per Bedroom | $ 137,500 | $ 133,333 | | $ 133,333 | | $ | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☐ No | |
| Data Source(s) | | NJACTB | | NJACTB | | | |
| Verification Source(s) | | MLS#3887993 | | MLS#3913563 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment |
| Sale or Financing | | DOM-50 | | DOM-70 | | | |
| Concessions | | FHA | | N/A | | | |
| Date of Sale/Time | | 06/14/2024 | | PENDING | | | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | 5,484 | 2800 SF | | 2515 sf | | | |
| View | AVERAGE | AVERAGE | | AVERAGE | | | |
| Design (Style) | 2-FAMILY | 2-FAMILY | | 2-FAMILY-S-DET | +10,000 | | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | | |
| Actual Age | 17 | 0 | | 13 | | | |
| Condition | AVERAGE | GOOD | -30,000 | AVERAGE | | | |
| Gross Building Area | 3,461 | 2,400 | +53,000 | 2,904 | +28,000 | | |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit # 1 | 6 3 2 | 5 3 2 | | 6 3 2 | | | |
| Unit # 2 | 6 3 2 | 5 3 2 | | 6 3 2 | | | |
| Unit # 3 | | | | | | | |
| Unit # 4 | | | | | | | |
| Basement Description | FULL | FULL | | FULL | | | |
| Basement Finished Rooms | FINISHED | FINISHED | | FINISHED | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | | |
| Parking On/Off Site | 2 CAR GARAGE | 1 CAR GARAGE | +7,500 | 1 CAR GARAGE | +7,500 | | |
| Porch/Patio/Deck | DECK | 2 DECKS | -1,500 | DECK | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ − | $ 29,000 | ☒ + ☐ − | $ 45,500 | ☐ + ☐ − | $ |
| Adjusted Sale Price | | Net Adj. 3.6 % | | Net Adj. 5.7 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 11.5 % | $ 829,000 | Gross Adj. 5.7 % | $ 845,500 | Gross Adj. % | $ |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 414,500 | | $ 422,750 | | $ | |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 82,900 | | $ 70,458 | | $ | |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 138,167 | | $ 140,917 | | $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | TAX ASSESSOR | TAX ASSESSOR | TAX ASSESSOR | |
| Effective Date of Data Source(s) | 10/2024 | 10/2024 | 10/2024 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

# Operating Income Statement

### One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property

| Property Address | | | | |
|---|---|---|---|---|
| 30 CLINTON PL | | NEWARK | NJ | 07108 |
| Street | | City | State | Zip Code |

**General Instructions:** This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant may complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 | Yes ☐ No ☒ | OWNER | $ 0 | $ 3,750 | Electricity | ☐ | ☒ |
| Unit No. 2 | Yes ☒ No ☐ | MONTH/MONTH | $ 0 | $ 2,800 | Gas | ☐ | ☒ |
| Unit No. 3 | Yes ☐ No ☐ | | $ | $ | Fuel Oil | ☐ | ☐ |
| Unit No. 4 | Yes ☐ No ☐ | | $ | $ | Fuel (Other) | ☐ | ☒ |
| Total | | | $ | $ 6,550 | Water/Sewer | ☐ | ☒ |
| | | | | | Trash Removal | ☒ | ☐ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years (for new properties the applicant's projected income and expenses must be provided). This Operating Income Statement and any previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures (e.g. Applicant/Appraiser 288/300). If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. (Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item) Income should be based on the current rents, but should not exceed market rents. When there are no current rents because the property is proposed, now, or currently vacant, market rents should be used.

---

### Annual Income and Expense Projection for Next 12 months

| Income (Do not include income for owner-occupied units) | | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|---|
| Gross Annual Rental (from unit(s) to be rented) | (Market) | $ 78,600 | $ |
| Other Income (include sources) | | + 0 | + |
| Total | | $ 78,600 | $ |
| Less Vacancy/Rent Loss | | − 3,930 ( 5 %) | − ( %) |
| Effective Gross Income | | $ 74,670 | $ |

| Expenses (Do not include expenses for owner-occupied units) | By Applicant/Appraiser | Lender's Underwriter |
|---|---|---|
| Electricity | 0 | |
| Gas | 0 | |
| Fuel Oil | | |
| Fuel ............................................. (Type - _____ ) | 0 | |
| Water/Sewer | 1,000 | |
| Trash Removal | | |
| Pest Control | 100 | |
| Other Taxes or Licenses | | |
| Casual Labor | 400 | |
| This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. | | |
| Interior Paint/Decorating | 400 | |
| This includes the costs of contract labor and materials that are required to maintain the interiors of the living unit. | | |
| General Repairs/Maintenance | 400 | |
| This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | |
| Management Expenses | 0 | |
| These are the customer expenses that a professional management company would charge to manage the property. | | |
| Supplies | 50 | |
| This includes the costs of items like light bulbs, janitorial supplies, etc. | | |
| Total Replacement Reserves - See Schedule on Pg. 2 | 700 | |
| Miscellaneous | | |
| ............................ | | |
| ............................ | | |
| ............................ | | |
| ............................ | | |
| ............................ | | |
| ............................ | | |
| ............................ | | |
| Total Operating Expenses | $ 3,050 | $ |

| Freddie Mac | This Form Must Be Reproduced By Seller | Fannie Mae |
|---|---|---|
| Form 998 Aug 88 | Page 1 of 2 | Form 216 Aug 88 |

Peter Graf (201) 669-2378
Form INC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Replacement Reserve Schedule

Adequate replacement reserves must be calculated regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year - such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc. - should be expensed on a replacement cost basis.

| Equipment | | Replacement Cost | | Remaining Life | | | | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|---|---|---|
| Stoves/Ranges | @ | $ 500 | ea. ÷ | 10 Yrs. x | 2 | Units = $ | | 100 | $ |
| Refrigerators | @ | $ 750 | ea. ÷ | 10 Yrs. x | 2 | Units = $ | | 150 | $ |
| Dishwashers | @ | $ | ea. ÷ | Yrs. x | | Units = $ | | | $ |
| A/C Units | @ | $ | ea. ÷ | Yrs. x | | Units = $ | | | $ |
| C. Washer/Dryers | @ | $ | ea. ÷ | Yrs. x | | Units = $ | | | $ |
| HW Heaters | @ | $ 300 | ea. ÷ | 12 Yrs. x | 2 | Units = $ | | 50 | $ |
| Furnace(s) | @ | $ 2,000 | ea. ÷ | 20 Yrs. x | 2 | Units = $ | | 200 | $ |
| (Other) | @ | $ | ea. ÷ | Yrs. x | | Units = $ | | | $ |
| Roof | @ | $ 4,000 | ÷ | 20 Yrs. x One Bldg. = | | | $ | 200 | $ |

Carpeting  (Wall to Wall)                                                                 Remaining Life

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (Units) | Total Sq. Yds. @ | $ | Per Sq. Yd. ÷ | Yrs. = | | $ | | $ |
| (Public Areas) | Total Sq. Yds. @ | $ | Per Sq. Yd. ÷ | Yrs. = | | $ | | $ |

| | | | |
|---|---|---|---|
| Total Replacement Reserves. (Enter on Pg. 1) | | $ 700 | $ |

## Operating Income Reconciliation

$ 74,670 − $ 3,050 = $ 71,620 ÷ 12 = $ 5,968
Effective Gross Income    Total Operating Expenses    Operating Income    Monthly Operating Income

$ 5,968 − $ 0 = $ 5,968
Monthly Operating Income    Monthly Housing Expense    Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

- If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the subject property to the borrower's stable monthly income.

Underwriter's instructions for 1-4 Family Investment Properties

- If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's primary residence to the borrower's stable monthly income.

Appraiser's Comments (Including sources for data and rationale for the projections)
SUBJECT ANNUAL INCOME PROJECTIONS BASED ON MARKET RENTS. ANNUAL  EXPENSE PROJECTIONS ARE ESTIMATED AS NO EXPENSE SHEETS WERE PROVIDED TO THIS APPRAISER. NO LEASES HAVE BEEN PROVIDED FOR REVIEW.

PETER GRAF                                                                                          10/04/2024
Appraiser Name                               Appraiser Signature                          Date

Underwriter's Comments and Rationale for Adjustments

Underwriter Name                             Underwriter Signature                      Date

| Borrower | Margret Barker/Roseline Magdaline Edokin/Oluwabiyi Fakunle | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code 07108 |
| Lender/Client | GUARANTEED RATE | | | | | |



### Subject Front

30 CLINTON PL
Sales Price        825,000
G.B.A.             3,461
Age/Yr.Blt.        17



### Subject Rear



### Subject Street

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | | |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE | | | | | | |



**Subject Front/Side**

30 CLINTON PL
Sales Price        825,000
Gross Building Area   3,461
Age               17



**Subject Front/Side**



**Subject Street**

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | | |
| City | NEWARK | | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE | | | | | | |



**Subject Rear/Side**

30 CLINTON PL
Sales Price          825,000
Gross Building Area   3,461
Age                   17



**Subject Rear/Side**



**Central A/C Units**

Form PICPIX.SC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle |
|---|---|
| Property Address | 30 CLINTON PL |
| City | NEWARK |
| Lender/Client | GUARANTEED RATE |

| County | ESSEX | State | NJ | Zip Code | 07108 |



**Living Room Unit 1**

30 CLINTON PL

| Sales Price | 825,000 |
|---|---|
| Gross Living Area | |
| Total Rooms | 12 |
| Total Bedrooms | 6 |
| Total Bathrooms | 4 |
| Location | AVERAGE |
| View | AVERAGE |
| Site | 5,484 |
| Quality | AVERAGE |
| Age | 17 |



**Kitchen Unit 1**



**Dining Room Unit 1**

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | | |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE | | | | | | |



**Bedroom Unit 1**

30 CLINTON PL
| | |
|---|---|
| Sales Price | 825,000 |
| Gross Living Area | |
| Total Rooms | 12 |
| Total Bedrooms | 6 |
| Total Bathrooms | 4 |
| Location | AVERAGE |
| View | AVERAGE |
| Site | 5,484 |
| Quality | AVERAGE |
| Age | 17 |



**Full Bath Unit 1**

**Bedroom Unit 1**



| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE | | | | | |



### Bedroom Unit 1

30 CLINTON PL
Sales Price          825,000
Gross Building Area  3,461
Age                  17



### Full Bath Unit 1



### Laundry Unit 1

Subject Interior Photo Page

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle |
|---|---|
| Property Address | 30 CLINTON PL |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE |



**Living Room Unit 2**

30 CLINTON PL
| Sales Price | 825,000 |
| Gross Building Area | 3,461 |
| Age | 17 |



**Kitchen Unit 2**



**Dining Room Unit 2**

Subject Interior Photo Page

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | | |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE | | | | | | |



**Bedroom Unit 2**

30 CLINTON PL
Sales Price          825,000
Gross Building Area  3,461
Age                  17



**Full Bath Unit 2**



**Bedroom Unit 2**

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle | | | | | | |
|----------|------|-----|-----|-----|-----|-----|-----|
| Property Address | 30 CLINTON PL | | | | | | |
| City | NEWARK | | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE | | | | | | |



### Bedroom Unit 2

30 CLINTON PL
Sales Price          825,000
Gross Building Area  3,461
Age                  17



### Full Bath Unit 2



### Laundry Unit 2

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | | |
| City | NEWARK | | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE | | | | | | |



**utilities**

30 CLINTON PL
Sales Price          825,000
Gross Building Area  3,461
Age                  17



**utilities**



**Finished Basement**

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | | |
| City | NEWARK | County | ESSEX | | State | NJ | Zip Code 07108 |
| Lender/Client | GUARANTEED RATE | | | | | | |



### Full bath in finished basement

30 CLINTON PL
Sales Price            825,000
Gross Building Area    3,461
Age                    17



**finished basement**



**Finished Basement**

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | | |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE | | | | | | |



**garage interior**

30 CLINTON PL
Sales Price          825,000
Gross Building Area  3,461
Age                  17



**electric panel unit 1**



**electric panel unit 2**

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE | | | | | |



**attic**

30 CLINTON PL
Sales Price          825,000
Gross Building Area   3,461
Age                  17



**attic**



Comparable Photo Page

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle |
|---|---|
| Property Address | 30 CLINTON PL |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE |



### Comparable 1

630 S 17TH ST

| Sales Price | 780,000 |
|---|---|
| G.B.A. | 3,128 |
| Age/Yr. Blt. | 18 |



### Comparable 2

739 S 19TH ST

| Sales Price | 830,000 |
|---|---|
| G.B.A. | 3,186 |
| Age/Yr. Blt. | 0 |



### Comparable 3

97 RIDGEWOOD AVE

| Sales Price | 850,000 |
|---|---|
| G.B.A. | 4,512 |
| Age/Yr. Blt. | 19 |

## Comparable Photo Page

| | |
|---|---|
| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle |
| Property Address | 30 CLINTON PL |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE |



**Comparable 4**

762 S 14TH ST
Sales Price          800,000
Gross Building Area  2,400
Age                  0



**Comparable 5**

72 MURRAY ST
Sales Price          800,000
Gross Building Area  2,904
Age                  13

**Comparable 6**

Sales Price
Gross Building Area
Age

**Rental Photo Page**

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabyni Fakunle |
|---|---|
| Property Address | 30 CLINTON PL |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE |



### Rental 1

72 MURRAY ST
Proximity to Subject   1.52 MILES E
Gross Building Area   2,904
Age                            13



### Rental 2

24 MILLINGTON AVE
Proximity to Subject   0.17 MILES SE
Gross Building Area   3,032
Age                            114



### Rental 3

55 HOMESTEAD PARK
Proximity to Subject   0.21 MILES SW
Gross Building Area   3,148
Age                            117

| Borrower | Margret Barker/Roseline Magdaline Edelsin/Oluwabiyi Fakunle | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 30 CLINTON PL | | | | | | |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE | | | | | | |



Sketch by ApexSketch

| AREA CALCULATIONS SUMMARY | | | | | AREA CALCULATIONS BREAKDOWN | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Factor | Net Size | Perimeter | Net Totals | Name | Base x | Height x | Width = | Area |
| GLA1 | First Floor | 1.0 | 1730.5 | 184.0 | 1730.5 | First Floor | | 61.5 x | 27.0 = | 1660.5 |
| GLA2 | Second Floor | 1.0 | 1730.5 | 184.0 | 1730.5 | | | 20.0 x | 3.5 = | 70.0 |
| BSMT | Finished BSMT | 1.0 | 1136.5 | 140.0 | 1136.5 | Second Floor | | 61.5 x | 27.0 = | 1660.5 |
| GAR | Garage | 1.0 | 594.0 | 98.0 | 594.0 | | | 20.0 x | 3.5 = | 70.0 |
| P/P | Covered Deck | 1.0 | 72.0 | 44.0 | 72.0 | | | | | |

| Net LIVABLE | cnt | 2 | (rounded) | 3,461 | | 4 total items | | (rounded) | 3,461 |
|---|---|---|---|---|---|---|---|---|---|

© ILOOKABOUT (US) Inc. dba Apex Software

**Location Map**

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle |
|---|---|
| Property Address | 30 CLINTON PL |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE |



Location Map

| Borrower | Margret Barker/Roseline Magdaline Edekin/Oluwabiyi Fakunle |
| Property Address | 30 CLINTON PL |
| City | NEWARK | County | ESSEX | State | NJ | Zip Code | 07108 |
| Lender/Client | GUARANTEED RATE |



BACKGROUND AND MULTIPLE SECURITY FEATURES. PLEASE VERIFY AUTHENTICITY.

# State Of New Jersey
## New Jersey Office of the Attorney General
## Division of Consumer Affairs



THIS IS TO CERTIFY THAT THE

Real Estate Appraisers Board

**HAS CERTIFIED**

Peter R. Graf
PO BOX 238
Northvale, NJ 07647

FOR PRACTICE IN NEW JERSEY AS A(N):  Cert Residential Appraiser

12/11/2023  TO  12/31/2025
VALID

Signature of Licensee/Registrant/Certificate Holder

42RC00233900
LICENSE/REGISTRATION/CERTIFICATION #

ACTING DIRECTOR



Real Estate Appraisers
Errors and Omissions Policy

## Declarations

Agency    Branch    Prefix    Policy Number
078990    969       RIA 65260884724

Insurance is provided by
Continental Casualty Company,
151 North Franklin Street, Chicago, IL 60606
A Stock Insurance Company.

1. **NAMED INSURED AND MAILING ADDRESS:**

   Peter  Graf

   216 Campora Dr
   PO Box 238
   Northvale, NJ 07647

**NOTICE TO POLICYHOLDERS:**
The Errors and Omissions Liability coverage
afforded by this policy is on a Claims Made and
Reported basis. Claim Expenses will reduce the
Limits of Liability. Please review the policy
carefully and discuss this coverage with your
insurance agent or broker.

2. **POLICY PERIOD:**    Inception: 08/16/2024    Expiration: 08/16/2025
   at 12:01 A.M. Standard time at your address shown above.

3. **ERRORS AND OMISSIONS LIABILITY:**

   A. Limits of Liability:    Each Claim:    $1,000,000    Aggregate:    $1,000,000

   B. Discrimination Limits of Liability:    $100,000

   C. Deductible:    Each Claim:    $500

   D. First Coverage Date:    08/16/2020

   E. Prior Acts Date:    08/16/2006

4. **PREMIUM**

   Total Premium:    $481.00

   New Jersey P&L Insurance Guaranty Association    $2.40
   Assessment

5. **FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION:**

   CNA88632XX    Individual Real Estate Appraisers

   GSL7541NJ    Cancellation/Non-Renewal Endorsement - New Jersey

   CNA90097XX    Vicarious Liability Endorsement

CNA90182XX ED 09-2017

I - 1369448    B - 46449

*Kathleen W. Curry*
Countersigned by Authorized Representative

1