For Herbert Report

# 30 Clinton Pl
# Newark, NJ 07108





### Maria Medina
Realtor
New Jersey Real Estate License #1648438

- Mobile (973) 289-6676
- (973) 779-0215
- mmedina@roglegend.com
- famhomesnj.com



**Realty One Group Legend**
36 Preakness Shopping Center
Wayne, NJ 07470



Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



11/21/2024

For Herbert Report

# 30 Clinton Pl, Newark, NJ 07108



## ⊙ Pending / For Sale · Under Contract as of 11/4/2024

**List Price**

**$799,000**

Pending Date 11/4/2024    Listing ID 24024307

**Your CMA**

**$838,194**

Last Edited 7/13/2024    Price per Sq Ft $251

**CMA Range**

$730K                                    $915K

**RVM®**

**$795,460**

RVM® Updated 11/17/2024

| RVM® Estimated Range | RVM® Confidence |
|---|---|
| $772K         $819K | ★★★★★ |

**RVM® Month Change**

⬇ $7,210

**RVM® Year Change**

⬆ 13.35%

This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.





# 30 Clinton Pl, Newark, NJ 07108

# Property Information

## Property Facts

| Name | Public Facts | Listing Facts | Agent Refinements |
| --- | --- | --- | --- |
| Property Type | Single Family | Multifamily/Multiplex | – |
| Property Subtype | Single Family Residential | 2 Family | 2 family |
| Bedrooms | – | 6 | 6 |
| Total Baths | – | 5 | 5 |
| Full Baths | – | 5 | – |
| Partial Baths | – | – | – |
| Living Area (sq ft) | 3,338 | – | – |
| Building Area (sq ft) | 3,338 | – | – |
| Lot Size | 5,484 sq ft | – | – |
| Lot Dimensions | 5484 SF | – | – |
| Garage | – | Parking Space | Yes |
| Garage (spaces) | 0 | – | 2 |
| Year Built | 2007 | – | – |
| Total Rooms | – | 18 | – |
| Basement | – | Finished, Full, Full Basement, Ground Level | – |
| Number of Units | 0 | – | 2 |

# Interior Features

| LISTING | |
| --- | --- |
| Basement | Finished, Full, Full Basement, Ground Level |

 

For Herbert Report 

# 30 Clinton Pl, Newark, NJ 07108

## Exterior Features

| LISTING | |
|---|---|
| Garage | Parking Space |

| PUBLIC | | | |
|---|---|---|---|
| Lot Size - Square Feet | 5,484 sq ft | Lot Size - Acres | 0.13 acres |

## Legal Description

| | | | |
|---|---|---|---|
| Parcel Number | 14 03040-0000-00001- 02 | County | Essex County |
| City/Municipality/Township | NEWARK CITY | Census Tract | 340130053.002005 |
| Carrier Route | C028 | Abbreviated Description | LOT:1.02 BLK:3040 DIST:14 CITY/MUNI/TWP:NEWARK CITY MAP REF:TAX MAP 103 |
| Current Use | 2 Family Residential | | |

## Owner Facts

| | | | |
|---|---|---|---|
| Owner Name (Public) | NANA OPOKU WARE | Time Owned | 15-20 Yrs |
| Mailing Address | 30 Clinton Pl Newark NJ 07108-1219 | Owner Occupied | Yes |

## Location Details

| | |
|---|---|
| Area Description | Newark |

## Photos

### Listing Images

   



# Photos

## Listing Images






















RPR® Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.  11/21/2024

For Herbert Report

**30 Clinton Pl,** Newark, NJ 07108

# Market Trends

## Market Trends for Newark, NJ 07108

Single Family + Condo/Townhouse/Apt.



## October 2024 Median Estimated Property Value

Single Family + Condo/Townhouse/Apt.

This graphic displays property estimates for a market area and a subject property, where one has been selected. Estimated property values are generated by a valuation model and are not formal appraisals.

**Source:** Public records, and MLS sources where licensed

**Update Frequency:** Monthly

| Median Estimated Value | Last Month Change | 12 Month Change |
|---|---|---|
| $697,000 | +3.1% | +10.2% |





Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 

11/21/2024

For Herbert Report

## 30 Clinton Pl, Newark, NJ 07108

# Active Listings

### Newark, NJ 07108

Single Family + Condo/Townhouse/Apt.

This graphic summarizes key statistics for properties that were in an active status on the last day of each month. RPR uses list date and a derived pending date to determine if the listing was active on the last day of the month. An end-of-month snapshot of active listings helps to understand inventory levels, price points and duration on the market.

**Source:** Listing sources

**Update Frequency:** Monthly



**Median List Price - $424,499**

↑ 6.1% Month over Month

# Sold Listings

### Newark, NJ 07108

Single Family + Condo/Townhouse/Apt.

This graphic summarizes key statistics for properties that sold each month. RPR uses a derived sold date to determine when a property moved into a sold status within the given month. These statistics are important for understanding the price points on sold properties as well as the difference between the list price and sold price, which reveals whether buyers are paying over or under the asking price.

**Source:** Listing sources

**Update Frequency:** Monthly



**Median Sold Price - $365,000**

Month over Month



Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity. 

11/21/2024

For Herbert Report 

# 30 Clinton Pl, Newark, NJ 07108

# Market Activity

## Recent Market Activity



|  | Agent Selected Comps | For Sale or For Lease Listings | Pending Sales | Distressed | Expired Listings | Closed |
|---|---|---|---|---|---|---|
| **Total Number of Properties** | 8 | 8 | 8 | 8 | 8 | 8 |
| **Lowest Listing Price/Est. Value** | $649,750 | $410,000 | $399,999 | $377,000 | $462,290 | $240,000 |
| **Median Listing Price/Est. Value** | $700,000 | $614,500 | $555,000 | $662,395 | $577,000 | $607,500 |
| **Highest Listing Price/Est. Value** | $815,000 | $789,000 | $752,500 | $801,380 | $850,000 | $700,000 |
| **Median Living Area** | 2,518 | 1,936 | 2,842 | 2,785 | 2,406 | 1,108 |
| **Median Price per sq.ft.** | $269 | $302 | $251 | $229 | $240 | $265 |
| **Median Days in RPR** | 76 | 18 | 40 | – | 91 | 78 |
| **Median Age** | 17 | 117 | 117 | 113 | 116 | 116 |

**RPR**    Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.   11/21/2024

For Herbert Report 

# 30 Clinton Pl, Newark, NJ 07108

# CMA

## Comp Map



## CMA

| CMA Range | |
|---|---|
| **$730K** | **$915K** |

 Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.  11/21/2024

For Herbert Report

# 30 Clinton Pl, Newark, NJ 07108

# Agent Selected Comps

| Address | 30 Clinton Pl Newark, NJ 07108 | 35 Tillinghast St Newark, NJ 07108 | 76 Milford Ave Newark, NJ 07108 | 195-197 Milford Ave Newark, NJ 07108 | 54 Voorhees St Newark, NJ 07108 |
|---|---|---|---|---|---|
| Status | Subject Property | 1 Closed | 2 Closed | 3 Closed | 4 Off Market |
| Amount | $838,194 CMA Value | $700,000 Closed Price | $660,000 Closed Price | $730,000 Closed Price | $649,750 Est. Value |
| Recording Date | – | 6/19/2024 | 5/10/2024 | 5/17/2024 | 2/18/2020 |
| Days in RPR | 122 | 56 | 76 | 99 | – |
| Price per Sq Ft | $251 | $274 | $264 | $228 | $263 |
| Bedrooms | 6 | 6 | 6 | 6 | – |
| Total Baths | 5 | 4 | 5 | 4 | – |
| Total Rooms | 18 | 17 | 11 | 15 | – |
| Living Area | 3,338 | 2,558 | 2,500 | 3,208 | 2,466 |
| Building Area | 3,338 | 2,558 | 2,500 | 3,208 | 2,466 |
| Lot Size | 5,484 sq ft | 2,500 sq ft | 3,484 sq ft | 5,445 sq ft | 2,496 sq ft |
| Year Built | 2007 | 2007 | 2007 | 2003 | 2007 |
| Property Type | Multifamily/Multiplex | Multifamily/Multiplex | Multifamily/Multiplex | Multifamily/Multiplex | Single Family |
| Property Subtype | 2 family | 2 Family | Multi-Family | 2 Family | Single Family Residential |
| Proximity | – | 0.25 Mi. | 1.06 Mi. | 1.02 Mi. | 0.38 Mi. |
| MLS ID | 24024307 | 24012295 | 3887575 | 24004422 | – |
| Listing Broker | *Listing Courtesy of Realty One Group Legend, Clifton* | *Courtesy of Lifestyle International Realty* | *Courtesy of SIGNATURE REALTY NJ* | *Courtesy of Exp Realty, Llc* | – |
| Description | Welcome to this charming two-family home nestled in the 07108 area of newark. This property presents a fantastic opportunity for both homeowners and investors alike. Built in 2007 each unit offers a spacious layout with 3… | Nestled in newark city's clinton hill neighborhood, this charming 2-family home offers the perfect blend of comfort and convenience. The home consist of a renovated 2nd floor unit, with a 3-bedroom, 2-bath… | A well-kept 2 family unit property with a full and finished basement used as a bonus family room. Private 2 car width gated driveway along with additional off-street parking available. Central air and heating for each unit, hardwood floor… | Nestled at the end of a serene cul-de-sac on a quiet street, this charming 2-family home exudes tranquility. The classic design features well-maintained exteriors and large windows. Inside, each unit offers 3 bedrooms… | – |

Highlighted fields were changed by agent to reflect knowledge of this property.

Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

11/21/2024

For Herbert Report

# 30 Clinton Pl, Newark, NJ 07108

# Agent Selected Comps

| | | | | |
|---|---|---|---|---|
| Address | 30 Clinton Pl<br>Newark, NJ 07108 | 893 S 17th St<br>Newark, NJ 07108 | 607 Hunterdon St<br>Newark, NJ 07108 | 571 Hunterdon St<br>Newark, NJ 07108 |
| Status | Subject Property | 5 Closed | 6 Closed | 7 Closed |
| Amount | $838,194<br>CMA Value | $730,000<br>Closed Price | $815,000<br>Closed Price | $700,000<br>Closed Price |
| Recording Date | – | 9/13/2024 | 4/16/2024 | 11/1/2024 |
| Days in RPR | 122 | 67 | 38 | 146 |
| Price per Sq Ft | $251 | – | – | $278 |
| Bedrooms | 6 | 6 | 6 | 5 |
| Total Baths | 5 | 5 | 4 | 5 |
| Total Rooms | 18 | 15 | 20 | 14 |
| Living Area | 3,338 | – | – | 2,518 |
| Building Area | 3,338 | – | – | 2,518 |
| Lot Size | 5,484 sq ft | – | 2,613 sq ft | 2,613 sq ft |
| Year Built | 2007 | – | 2024 | 2006 |
| Property Type | Multifamily/Multiplex | Multifamily/Multiplex | Multifamily/Multiplex | Multifamily/Multiplex |
| Property Subtype | 2 family | 2 Family | Multi-Family | Multi-Family |
| Proximity | – | 0.28 Mi. | 0.59 Mi. | 0.63 Mi. |
| MLS ID | 24024307 | 24021709 | 3889965 | 3906623 |
| Listing Broker | *Listing Courtesy of Realty One Group Legend, Clifton* | *Courtesy of Weichert Realtors, Jersey City Exchange* | *Courtesy of WEICHERT REALTORS* | *Courtesy of KELLER WILLIAMS ELITE REALTORS* |
| Description | Welcome to this charming two-family home nestled in the 07108 area of newark. This property presents a fantastic opportunity for both homeowners and investors alike. Built in 2007 each unit offers a spacious layout with 3 bedrooms,2 bathrooms and laundry in-unit ideal for comfortable living. Highlights include a… | Newly renovated two-family home with 6 bedrooms, 5 full bathrooms, and a fully finished basement. Each unit features a modern kitchen, new appliances, and a comfortable living room. Amenities include new washer/dryer units in each unit.the first floor has two bedrooms sharing a bathroom. The second unit… | Striking modern new 2 family construction built with solar energy plus smart home features that offer quintessential living, just steps away from major highways. From the moment you enter this multi-family home is nothing short of amazing. Newly completed in 2024, this multi-family features identical layouts f… | Welcome to your new home! this spacious brick 2-family house offers a fantastic opportunity for homeowners and investors. Each floor has 3 bedrooms, 2 full bathrooms, a living/dining combo, and a kitchen. Ground floor includes washer/dryer hookups for both apartments. Hardwood floors throughout. Enjoy… |

☐ Highlighted fields were changed by agent to reflect knowledge of this property.

 RPR®    Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.     11/21/2024

**30 Clinton Pl,** Newark, NJ 07108



# Pricing Strategy

This chart compares the high, low and median price of homes in various listing statuses in the subject property's ZIP code to help determine the asking price for the subject property. The prices of the Selected Comps are closed prices where available.

|  | Selected Comps | For Sale or For Lease Listings | Pending Sales | Distressed | Expired Listings | Closed |
|---|---|---|---|---|---|---|
| **Lowest Price** | $649,750 | $410,000 | $399,999 | $377,000 | $462,290 | $240,000 |
| **Median Price** | $700,000 | $614,500 | $555,000 | $662,395 | $577,000 | $607,500 |
| **Highest Price** | $815,000 | $789,000 | $752,500 | $801,380 | $850,000 | $700,000 |
| **Median Price per sq.ft.** | $269 | $302 | $251 | $229 | $240 | $265 |
| **Median Days in RPR** | 76 | 18 | 40 | – | 91 | 78 |

## Sold Price Comparison

This section compares prices for 3 properties in the subject property's ZIP code with a similar number of beds and baths, sold within the past 90 days.

|  | Sold Price | Price Per Sq. Ft. |
|---|---|---|
| **Lowest Price** | $700,000 | $181 |
| **Median Price** | $700,000 | $273 |
| **Highest Price** | $775,000 | $277 |

## CMA Summary

This section compares prices of agent-selected properties sold recently with a similar number of beds and baths.

| Average of Comps | **$838,194** |
|---|---|
| Adjustments | — |
| **Adjusted Value** | **$838,194** (or $251 per sq ft) |

## Refined Value Summary

This section uses property characteristics, home improvements made, and market conditions.

| Original Estimated Value | **$795,460** |
|---|---|
| Changes Based on Home Facts | — |
| Home Improvement Adjustments | — |
| Needed Improvement Adjustments | — |
| Market Condition Adjustments | — |
| **Estimate + Adjustments** | **$795,460** (or $238 per sq ft) |



## About RPR

- RPR® is the nation's largest property database, exclusively for REALTORS®. It empowers REALTORS® to help buyers and sellers make informed decisions, backed by a real estate database covering more than 160 million residential and commercial properties in the United States.
- RPR is a wholly owned subsidiary of the National Association of REALTORS® and a member benefit to REALTORS®.
- RPR's data sources range from MLSs and county-level tax and assessment offices, to the U.S. Census and FEMA, to specialty data set providers such as Esri (consumer data), Niche (school information) and Precisely (geographic boundaries).

## Learn More

For more information about RPR, please visit RPR's public website: **https://blog.narrpr.com**

 

   Copyright 2024 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.    11/21/2024