UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

Order Filed on December 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NANA OPOKU-WARE, DEBTOR(S)

Case No.: 19-25519 JKS

Adv. No.:

Hearing Date:

Judge: John K. Sherwood, U.S.B.J.

ORDER AUTHORIZING SALE OF REAL PROPERTY

The relief set forth on the following pages, two (2) through four (4) is hereby **ORDERED**.

**DATED: December 12, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Nana Opoku-Ware, Debtor(s)
Case no.: 19-25519 JKS
Caption of order: Order Authorizing Sale of Real Property
_____

Debtor, Nana Opoku-Ware, by and through his counsel, Raymond & Raymond, Esqs., Herbert B. Raymond, Esq., Record Counsel, Kevin L. Delyon, Esq. (Appearing, if applicable), having filed a Motion To Sell Real Property, and the Motion having been served on all Parties, Consistent with the Order Shortening Time for Notice and Hearing Pertaining to this Motion, and no objection to the Notice of Motion For Authorization to Sell, having been filed, and/or all objections to the Motion, having been resolved or withdrawn and/or for good cause having been shown, **IT IS HEREBY ORDERED:**

1. The Debtor is authorized to sell Real Property, located at 30 Clinton Place, Newark, New Jersey 07108, upon the terms and conditions of the real estate sale contract and/or addendum(s) and/or supplement(s), filed as an exhibit, in support of the motion, pursuant to 11 U.S.C. Sections 363(b) and 1303.

2. The sale proceeds must be applied to satisfy the lien against the real property, paying the mortgage, held by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust, serviced by Selene Finance, LP ('Selene'), in full, at closing, pursuant to payoff statement/quote, provided by the lender(s) before closing.

b. Any other ordinary course, outstanding statutory or municipal obligations, pertaining to the property, including, but not limited to real estate taxes/tax liens, garbage charges and/or water/sewer charges and/or water/sewer liens, must be paid, in full, at closing, pursuant to redemption statements

Page 3

Debtor: Nana Opoku-Ware, Debtor(s)

Case no.: 19-25519 JKS

Caption of order: Order Authorizing Sale of Real Property
_____

provided by the municipality.

  c. Judgments against the property and/or the Debtor, unless satisfied or avoided, must be paid in full, per judgment payoff, at closing.

 3. Francis J. Leddy, Jr., Esq., proposed Real Estate Counsel to the Debtor, is to be paid at closing, consistent with the retention application to be filed, upon entry of the real estate counsel retention order.

 4. Realty One Group Legend, proposed Real Estate Broker to the Debtor, is to be paid four (4%) percent of the contract price, at closing, consistent with the retention application to be filed, upon entry of the real estate broker retention order.

 5. Other ordinary course closing fees and costs, must be satisfied from the sale proceeds.

 6. Remaining sale proceeds, are to be remitted to bankruptcy counsel, Raymond & Raymond, Esqs., Herbert B. Raymond, Esq., Record Counsel, payable to Raymond & Raymond, Esqs., Attorney Trust Account, to address post-petition mortgage arrears pertaining to the Elizabeth residential property and plan obligations.

 7. A copy of the signed settlement statement, must be provided, to Debtor's bankruptcy counsel, to be provided to the Chapter 13 Trustee, through Debtor's counsel, within fourteen

Debtor: Nana Opoku-Ware, Debtor(s)

Case no.: 19-25519 JKS

Caption of order: Order Authorizing Sale of Real Property

_____

(14) days of closing.

    8. Other provisions:

     a. The Debtor reserves the right to challenge any payoff statement, quote, letter, etc.  Paying off any obligation, at closing, does not preclude the Debtor from later challenging the amount due and owing as to any obligation.  Paying off any closing obligation, including but not limited to any lien, judgment, mortgage or statutory obligation, does not prejudice or preclude the Debtor from later challenging the amount due.

     b. The fourteen (14) day stay provided by Bankruptcy Rule 6004(h) be and is hereby waived.  The sale may proceed immediately.

    9. The Order shall be deemed void, if the sale is not completed, within one hundred and twenty (120) days from entry of this order.