UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Raymond & Raymond, Esqs., Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: 973-675-5622 Fax: 408-519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

Order Filed on December 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NANA OPOKU-WARE, DEBTOR(S)

Case No.:   19-25519 JKS

Chapter:    13

Judge:      John K. Sherwood, USBJ

# ORDER AUTHORIZING RETENTION OF

### Francis J. Leddy, Jr., Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: December 11, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Francis J. Leddy, Jr., Esq. as Real Estate Attorney for the Debtor_, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:    Francis J. Leddy, Jr., Esq.

    155 Willowbrook Blvd.

    Wayne, NJ 07470

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Nana Opoku-Ware  
    Debtor

Case No. 19-25519-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 11, 2024      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844 |
| aty | + Francis J. Leddy, Jr., Verp and Leddy, LLC, 155 Willowbrook Blvd., Wayne, NJ 07470-7032 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Benjamin A. Stanziale, Jr.  
    on behalf of Debtor Nana Opoku-Ware ben@stanzialelaw.com

Denise E. Carlon  
    on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Emmanuel J. Argentieri  
    on behalf of Creditor U.S. Bank NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com

Emmanuel J. Argentieri  
    on behalf of Creditor U.S. Bank National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust c/o Rushmore Loan Management Services LLC bk@rgalegal.com

Herbert B. Raymond  
    on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com  
    raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra

Case 19-25519-JKS    Doc 189    Filed 12/13/24    Entered 12/14/24 00:16:47    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 11, 2024 | Form ID: pdf903 | Total Noticed: 2 |

    ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Kimberly A. Wilson

    on behalf of Creditor Wilmington Savings Fund Society  FSB kimwilson@raslg.com

Kimberly A. Wilson

    on behalf of Creditor U.S. Bank Trust National Association kimwilson@raslg.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Melissa N. Licker

    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing mlicker@hinshawlaw.com

Phillip Andrew Raymond

    on behalf of Creditor Fay Servicing  LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Shauna M Deluca

    on behalf of Creditor MTGLQ INVESTORS  LP sdeluca@hasbanilight.com, hllawpc@gmail.com

Shauna M Deluca

    on behalf of Creditor MTGLQ Investors  LP sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina

    on behalf of Creditor Wilmington Savings Fund Society  FSB smncina@raslg.com

Sindi Mncina

    on behalf of Creditor MTGLQ INVESTORS  LP smncina@raslg.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15