Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−25519−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nana Opoku−Ware
   fka John Owusu, fka John Owusu−Ware
   123−125 Division Street
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−7805

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     3/13/25
Time:    10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,

COMMISSION OR FEES
$4,910.00

EXPENSES
$140.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 13, 2025
JAN:

                                           Jeanne Naughton
                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25519-JKS |
| Nana Opoku-Ware | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 13, 2025 | Form ID: 137 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844 |
| aty | + | Francis J. Leddy, Jr., Verp and Leddy, LLC, 155 Willowbrook Blvd., Wayne, NJ 07470-7032 |
| r | + | Youssef Genif, Realty One Group Legend, 600 Getty Avenue, Ste. 302, Clifton, NJ 07011-2161 |
| 518401725 | + | American Anesthesiology of New Jersey, P, 22 Old Short Hills Rd., Ste. 112, Livingston, NJ 07039-5607 |
| 518401736 | + | CVI Loan GT Trust I, Attn: Faloni & Associates, LLC, 165 Passaic Avenue, Ste. 301B, Fairfield, NJ 07004-3592 |
| 518401751 | | McCalla, Raymer, Leibert, Pierce, LLC, 485 Route 1 South, Bldg F. Suite 300, Iselin, NJ 08830 |
| 518401755 | + | River Drive Surgery, 619 River Dr, First Floor, Elmwood Park, NJ 07407-1317 |
| 518429899 | + | Summit Medical Group, Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 518401777 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518401778 | | T- Mobile, PO Box 370792, Birmingham, AL 35237 |
| 518487533 | | Wilmington Savings Fund Society, FSB, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 13 2025 20:54:00 | MTGLQ Investors, LP, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2025 21:04:35 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 20:54:00 | U.S. Bank, National Association As Legal Title Tru, P.O. Box 55004, Irvine, CA 92619-5004 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 13 2025 20:54:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| 518476323 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2025 21:15:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401726 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2025 21:04:55 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401728 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2025 21:04:24 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401732 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 13 2025 20:56:21 | Convergent Outsourcing, Inc., Attn: Bankruptcy, PO Box 9004, Renton, WA 98057-9004 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518401733 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 13 2025 20:56:21 | Convergent Outsourcing, Inc., 800 Sw 39th Street, Renton, WA 98057-4927 |
| 518401734 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:03:53 | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518401735 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:04:31 | Costco Anywhere Visa Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 518401739 | | Email/Text: mrdiscen@discover.com | Feb 13 2025 20:53:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 518401740 | | Email/Text: mrdiscen@discover.com | Feb 13 2025 20:53:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518401737 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:03:40 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518401738 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 21:03:46 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518517658 | | Email/Text: bnc-quantum@quantum3group.com | Feb 13 2025 20:55:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518665865 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2025 20:55:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518411968 | | Email/Text: mrdiscen@discover.com | Feb 13 2025 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518496289 | | Email/Text: BNCnotices@dcmservices.com | Feb 13 2025 20:55:00 | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518401742 | | Email/Text: ECF@fayservicing.com | Feb 13 2025 20:54:00 | Fay Servicing, LLC, 1601 LBJ Freeway, Dallas, TX 75234 |
| 518401741 | | Email/Text: ECF@fayservicing.com | Feb 13 2025 20:54:00 | Fay Servicing, LLC, Attn: Bankruptcy Dept., PO Box 809441, Chicago, IL 60680 |
| 518401743 | + | Email/Text: bankruptcies@foxcollection.com | Feb 13 2025 20:55:00 | Fox Collection Center, Attn: Bankruptcy, PO Box 528, Goodlettsvile, TN 37070-0528 |
| 518401744 | + | Email/Text: bankruptcies@foxcollection.com | Feb 13 2025 20:55:00 | Fox Collection Center, PO Box 528, Goodlettsville, TN 37070-0528 |
| 518401746 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 13 2025 20:55:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401745 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 13 2025 20:55:00 | I C System Inc, Attn: Bankruptcy, PO Box 64378, St Paul, MN 55164-0378 |
| 518401747 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 13 2025 20:55:00 | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518401731 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2025 21:04:57 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203 |
| 518401730 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2025 20:52:05 | Chase Mortgage, Attn: Bankruptcy Dept, PO Box 24696, Columbus, OH 43224 |
| 518504372 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2025 20:52:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518815397 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 20:54:00 | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518401752 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2025 20:54:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 518519868 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2025 20:54:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: 137 | Total Noticed: 61 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 44101 |
| 518401753 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2025 20:54:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518401754 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2025 20:54:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401 |
| 518401756 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 20:54:00 | Rushmore Loan Management Services, 15480 Laguna Canyon Road, Ste. 100, Irvine, CA 92618-2132 |
| 518401757 | + | Email/Text: bankruptcy@savit.com | Feb 13 2025 20:56:00 | SaVit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518401758 | + | Email/Text: bankruptcy@savit.com | Feb 13 2025 20:56:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520226672 | + | Email/Text: bkteam@selenefinance.com | Feb 13 2025 20:55:00 | Selene Finance LP, Attn : BK Dept, 3501 Olympus Boulevard 5th Floor,, Suite 500, Dallas, Texas 75019, Selene Finance LP 75019-6156 |
| 520226671 | + | Email/Text: bkteam@selenefinance.com | Feb 13 2025 20:55:00 | Selene Finance LP, Attn : BK Dept, 3501 Olympus Boulevard 5th Floor,, Suite 500, Dallas, Texas 75019-6156 |
| 518401759 | + | Email/Text: clientservices@simonsagency.com | Feb 13 2025 20:56:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401760 | + | Email/Text: clientservices@simonsagency.com | Feb 13 2025 20:56:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401776 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 13 2025 20:52:36 | Sprint, PO Box 152046, Irving, TX 75015-2046 |
| 518403226 | | ^ MEBN | Feb 13 2025 20:48:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 520208248 | + | Email/Text: RASEBN@raslg.com | Feb 13 2025 20:54:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520081581 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 20:54:00 | U.S. Bank, National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520081582 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 20:54:00 | U.S. Bank, National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, U.S. Bank, National Association, c/o Rushmore Servicing 75261-9094 |
| 518522305 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2025 20:54:00 | US Bank, NA as Legal Title Trustee, for Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519309006 | + | Email/Text: bkteam@selenefinance.com | Feb 13 2025 20:55:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518476324 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401727 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401729 | *+ | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401749 | *+ | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401750 | *+ | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: 137 | Total Noticed: 61 |

| | | |
|---|---|---|
| 518401748 | *+ | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518459192 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518459191 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518815398 | *+ | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518401761 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401762 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401763 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401764 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401765 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401766 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401767 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401769 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401770 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401771 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401772 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401773 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401774 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401775 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401768 | *+ | Simon's Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519309007 | *+ | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Debtor Nana Opoku-Ware ben@stanzialelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust c/o Rushmore Loan Management Services LLC bk@rgalegal.com |
| Herbert B. Raymond | on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust National Association kimwilson@raslg.com |
| Kimberly A. Wilson | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 13, 2025 | Form ID: 137 | Total Noticed: 61 |

        on behalf of Creditor Wilmington Savings Fund Society  FSB kimwilson@raslg.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Melissa N. Licker
        on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing mlicker@hinshawlaw.com

Phillip Andrew Raymond
        on behalf of Creditor Fay Servicing  LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Shauna M Deluca
        on behalf of Creditor MTGLQ Investors  LP sdeluca@hasbanilight.com, hllawpc@gmail.com

Shauna M Deluca
        on behalf of Creditor MTGLQ INVESTORS  LP sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
        on behalf of Creditor Wilmington Savings Fund Society  FSB smncina@raslg.com

Sindi Mncina
        on behalf of Creditor MTGLQ INVESTORS  LP smncina@raslg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 15