UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

IN RE:
Nana Opoku-Ware *fka John Owusu fka John Owusu-Ware*
Debtor

CASE NO.: 19-25519-JKS

CHAPTER 13

Judge: John K. Sherwood

-----------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Carrington Mortgage Services, LLC as Servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> **FRIEDMAN VARTOLO LLP**
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> Attorneys for Carrington Mortgage Services, LLC as Servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
> Bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any

other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: February 27, 2025

                                      By: /s/ Charles Wohlrab
Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Carrington Mortgage Services, LLC as Servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURTDISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Charles Wohlrab, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>Attorneys for Carrington Mortgage Services, LLC as Servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust<br>T: (212) 471-5100<br>F: (212) 471-5150 | Case No.: 19-25519-JKS<br><br>Chapter: 13 |
| In Re:<br>Nana Opoku-Ware *fka John Owusu fka John Owusu-Ware*<br>Debtor | Adv. No.:<br><br>Hearing Date:<br><br>Hon. Judge: John K. Sherwood |

# CERTIFICATION OF SERVICE

1. I, <u>Megan Day</u>:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for <u>Charles Wohlrab, Esq.</u>, who represents <u>US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust</u> in this matter.

2. On <u>February 27, 2025</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Notice of Appearance (NJ)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: February 27, 2025         /s/ Megan Day
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nana Opoku-Ware<br>123-125 Division Street<br>Elizabeth, NJ 07201 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| Francis J. Leddy<br>Verp and Leddy, LLC<br>155 Willowbrook Blvd.<br>Wayne, NJ 07470 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Bankruptcy Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>Other____ (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other    (as authorized by the court *) |