| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>**Nana Opoku-Ware, Debtor(s)** | Case No. | **19-25519** |
| | Chapter: | **13** |
| | Judge: | **John K. Sherwood, U.S.B.J.** |

### CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Nana Opoku-Ware**_____, debtor in this case certify as follows:

1.      All payments required to be made by me under my plan have been made and are paid in full.

2.     ☑    I am not required to pay domestic support obligations.

          ☐    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   **May 16, 2025**                          /s/ Nana Opoku-Ware
                                                      **Nana Opoku-Ware**
                                                      Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*