| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4th Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond, Esq.;<br>Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | Order Filed on May 27, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

NANA OPOKU-WARE, DEBTOR

Case No:  19-25519 JKS

Chapter: 13

Hearing Date: 5/22/25 10:00 am

Judge: John K. Sherwood

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 27, 2025**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 123-125 Division Street Elizabeth, NJ 07201

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: PNC Bank, National Association
   b. Current Assignee: N/A
   c. Current Servicer: N/A
   d. Date of Mortgage/Lien: July 24, 2007
   e. Date of Recordation: September 13, 2007
   f. Place of Recordation: Union County
      i. Mortgage Book: 12293
      ii. Page: 317
   g. Original Principal Balance of Mortgage/Lien: $ 62,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

<u>Addendum to Order Discharging and Cancelling Mortgage Pertaining to Nana Opoku-Ware, Regarding Real Property Located at 123-125 Division Street, Elizabeth, New Jersey 07201.  Block: 618, Lot: 4.01.</u>

<u>Record Owner(s):</u> Nana Opoku-Ware

<u>Title/Property Vesting Recital</u>: This mortgage discharge pertains to real property owned by Nana Opoku-Ware by deed from Ambulance Network Inc., dated September 26, 2006, and recorded with the Union County Recording Office on September 29, 2006 in Deed Book 5608, Page 375.

<u>Mortgage(s)/Obligation(s) to be Discharged (Supplementing Chapter 13 Order Authorizing Cancellation of Mortgage)(2nd Mortgage)</u>: A mortgage by Nana Opoku Ware and Joyce A. Opoku Ware, to PNC Bank, National Association, dated July 24, 2007 in the original principal amount of $62,000.00 and recorded on September 13, 2007, in Mortgage Book 12293, Page 317.