| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Raymond & Raymond, Attorneys at Law 7 Glenwood Avenue, 4th Floor East Orange, New Jersey 07017 (973) 675-5622; (408) 519-6711 Telefax Email: herbertraymond@gmail.com Herbert B. Raymond; Jeffrey M. Raymond, Esq.; Kevin DeLyon, Esq. Attorneys for the Debtor(s) | Order Filed on May 27, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: NANA OPOKU-WARE, DEBTOR | Case No: 19-25519 JKS<br>Chapter: 13<br>Hearing Date: 5/22/25 10:00 am<br>Judge: John K. Sherwood |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER** (specify) _____

Recommended Local Form:   ☐ Followed   ☒ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 27, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 123-125 Division Street Elizabeth, NJ 07201

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: PNC Bank, National Association
   b. Current Assignee: N/A
   c. Current Servicer: N/A
   d. Date of Mortgage/Lien: July 24, 2007
   e. Date of Recordation: September 13, 2007
   f. Place of Recordation: Union County
      i. Mortgage Book: 12293
      ii. Page: 317
   g. Original Principal Balance of Mortgage/Lien: $ 62,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

<u>Addendum to Order Discharging and Cancelling Mortgage Pertaining to Nana Opoku-Ware, Regarding Real Property Located at 123-125 Division Street, Elizabeth, New Jersey 07201. Block: 618, Lot: 4.01.</u>

<u>Record Owner(s)</u>: Nana Opoku-Ware

<u>Title/Property Vesting Recital</u>: This mortgage discharge pertains to real property owned by Nana Opoku-Ware by deed from Ambulance Network Inc., dated September 26, 2006, and recorded with the Union County Recording Office on September 29, 2006 in Deed Book 5608, Page 375.

<u>Mortgage(s)/Obligation(s) to be Discharged (Supplementing Chapter 13 Order Authorizing Cancellation of Mortgage)(2nd Mortgage)</u>: A mortgage by Nana Opoku Ware and Joyce A. Opoku Ware, to PNC Bank, National Association, dated July 24, 2007 in the original principal amount of $62,000.00 and recorded on September 13, 2007, in Mortgage Book 12293, Page 317.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25519-JKS |
| Nana Opoku-Ware | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 27, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844 |
| aty | + | Francis J. Leddy, Jr., Verp and Leddy, LLC, 155 Willowbrook Blvd., Wayne, NJ 07470-7032 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Debtor Nana Opoku-Ware ben@stanzialelaw.com |
| Charles G. Wohlrab | on behalf of Creditor Carrington Mortgage Services  LLC as Servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Wilmington Savings Fund Society  FSB cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | |

Case 19-25519-JKS    Doc 215    Filed 05/29/25    Entered 05/30/25 00:16:29    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust c/o Rushmore Loan Management Services LLC bk@rgalegal.com |
| Herbert B. Raymond | on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Carrington Mortgage Services LLC as Servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing mlicker@hinshawlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor Fay Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ INVESTORS LP sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ Investors LP sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor MTGLQ INVESTORS LP smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society FSB smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17