| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Nana Opoku-Ware <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7805 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-25519-JKS | |

## Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nana Opoku-Ware
fka John Owusu, fka John Owusu-Ware

9/4/25                                          **By the court:** John K. Sherwood
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Nana Opoku-Ware  
    Debtor

Case No. 19-25519-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 3180W | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nana Opoku-Ware, 123-125 Division Street, Elizabeth, NJ 07201-2844 |
| aty | + | Francis J. Leddy, Jr., Verp and Leddy, LLC, 155 Willowbrook Blvd., Wayne, NJ 07470-7032 |
| cr | + | Carrington Mortgage Services, LLC as Servicer for, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| r | + | Youssef Genif, Realty One Group Legend, 600 Getty Avenue, Ste. 302, Clifton, NJ 07011-2161 |
| 518401725 | + | American Anesthesiology of New Jersey, P, 22 Old Short Hills Rd., Ste. 112, Livingston, NJ 07039-5607 |
| 518401736 | + | CVI Loan GT Trust I, Attn: Faloni & Associates, LLC, 165 Passaic Avenue, Ste. 301B, Fairfield, NJ 07004-3592 |
| 518401751 | | McCalla, Raymer, Leibert, Pierce, LLC, 485 Route 1 South, Bldg F. Suite 300, Iselin, NJ 08830 |
| 518401755 | + | River Drive Surgery, 619 River Dr, First Floor, Elmwood Park, NJ 07407-1360 |
| 518429899 | + | Summit Medical Group, Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 518401777 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518401778 | | T- Mobile, PO Box 370792, Birmingham, AL 35237 |
| 518487533 | | Wilmington Savings Fund Society, FSB, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 04 2025 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 04 2025 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 04 2025 20:42:00 | MTGLQ Investors, LP, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | EDI: PRA.COM | Sep 05 2025 00:33:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2025 20:42:00 | U.S. Bank, National Association As Legal Title Tru, P.O. Box 55004, Irvine, CA 92619-5004 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 04 2025 20:42:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| 518476323 | | Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 20:53:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401726 | + | Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 20:53:42 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401728 | + | Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 20:52:43 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |

Case 19-25519-JKS    Doc 218    Filed 09/06/25    Entered 09/07/25 00:16:16    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 3180W | Total Noticed: 64 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 518401731 | + | EDI: JPMORGANCHASE | Sep 05 2025 00:33:00 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 518401730 | + | EDI: JPMORGANCHASE | Sep 05 2025 00:33:00 | Chase Mortgage, Attn: Bankruptcy Dept, PO Box 24696, Columbus, OH 43224-0696 |
| 518401732 | + | EDI: CONVERGENT.COM | Sep 05 2025 00:33:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, PO Box 9004, Renton, WA 98057-9004 |
| 518401733 | + | EDI: CONVERGENT.COM | Sep 05 2025 00:33:00 | Convergent Outsourcing, Inc., 800 Sw 39th Street, Renton, WA 98057-4927 |
| 518401734 | + | EDI: CITICORP | Sep 05 2025 00:33:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518401735 | + | EDI: CITICORP | Sep 05 2025 00:33:00 | Costco Anywhere Visa Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 518401739 | | EDI: DISCOVER | Sep 05 2025 00:33:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 518401740 | | EDI: DISCOVER | Sep 05 2025 00:33:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518401737 | | EDI: CITICORP | Sep 05 2025 00:33:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518401738 | | EDI: CITICORP | Sep 05 2025 00:33:00 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518517658 | | EDI: Q3G.COM | Sep 05 2025 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518665865 | | EDI: IRS.COM | Sep 05 2025 00:33:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518411968 | | EDI: DISCOVER | Sep 05 2025 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518496289 | | Email/Text: BNCnotices@dcmservices.com | Sep 04 2025 20:43:00 | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518401742 | | Email/Text: ECF@fayservicing.com | Sep 04 2025 20:42:00 | Fay Servicing, LLC, 1601 LBJ Freeway, Dallas, TX 75234 |
| 518401741 | | Email/Text: ECF@fayservicing.com | Sep 04 2025 20:42:00 | Fay Servicing, LLC, Attn: Bankruptcy Dept., PO Box 809441, Chicago, IL 60680 |
| 518401743 | + | Email/Text: bankruptcies@foxcollection.com | Sep 04 2025 20:43:00 | Fox Collection Center, Attn: Bankruptcy, PO Box 528, Goodlettsvile, TN 37070-0528 |
| 518401744 | + | Email/Text: bankruptcies@foxcollection.com | Sep 04 2025 20:43:00 | Fox Collection Center, PO Box 528, Goodlettsville, TN 37070-0528 |
| 518401746 | + | EDI: LCIICSYSTEM | Sep 05 2025 00:33:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401745 | + | EDI: LCIICSYSTEM | Sep 05 2025 00:33:00 | I C System Inc, Attn: Bankruptcy, PO Box 64378, St Paul, MN 55164-0378 |
| 518401747 | + | EDI: LCIICSYSTEM | Sep 05 2025 00:33:00 | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518504372 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2025 20:52:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518815397 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2025 20:42:00 | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518401752 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 04 2025 20:42:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 3180W | Total Noticed: 64 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518519868 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 04 2025 20:42:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 518401753 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 04 2025 20:42:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518401754 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 04 2025 20:42:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401 |
| 518401756 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2025 20:42:00 | Rushmore Loan Management Services, 15480 Laguna Canyon Road, Ste. 100, Irvine, CA 92618-2132 |
| 518401757 | + | Email/Text: bankruptcy@savit.com | Sep 04 2025 20:43:00 | SaVit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518401758 | + | Email/Text: bankruptcy@savit.com | Sep 04 2025 20:43:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520226672 | + | Email/Text: bkteam@selenefinance.com | Sep 04 2025 20:42:00 | Selene Finance LP, Attn : BK Dept, 3501 Olympus Boulevard 5th Floor,, Suite 500, Dallas, Texas 75019, Selene Finance LP 75019-6156 |
| 520226671 | + | Email/Text: bkteam@selenefinance.com | Sep 04 2025 20:42:00 | Selene Finance LP, Attn : BK Dept, 3501 Olympus Boulevard 5th Floor,, Suite 500, Dallas, Texas 75019-6156 |
| 518401759 | + | Email/Text: clientservices@simonsagency.com | Sep 04 2025 20:43:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401760 | + | Email/Text: clientservices@simonsagency.com | Sep 04 2025 20:43:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401776 | | EDI: AISTMBL.COM | Sep 05 2025 00:33:00 | Sprint, PO Box 152046, Irving, TX 75015-2046 |
| 518403226 | ^ | MEBN | Sep 04 2025 20:37:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 520208248 | + | Email/Text: RASEBN@raslg.com | Sep 04 2025 20:42:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520081581 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2025 20:42:00 | U.S. Bank, National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520081582 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2025 20:42:00 | U.S. Bank, National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741, U.S. Bank, National Association, c/o Rushmore Servicing 75261-9094 |
| 520570546 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 04 2025 20:42:00 | US Bank National Association as Legal Title, Trustee for Truman 2016 SC6 Title Trust, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road Suite 200A, Anaheim, CA 92806, US Bank National Association as Legal Ti 92806-5948 |
| 520570545 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 04 2025 20:42:00 | US Bank National Association as Legal Title, Trustee for Truman 2016 SC6 Title Trust, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road Suite 200A, Anaheim, CA 92806-5948 |
| 518522305 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2025 20:42:00 | US Bank, NA as Legal Title Trustee, for Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519309006 | + | Email/Text: bkteam@selenefinance.com | Sep 04 2025 20:42:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 52

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 3180W | Total Noticed: 64 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518476324 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518401727 | *+ | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518401729 | *+ | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518401749 | *+ | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 518401750 | *+ | I.C. System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 518401748 | *+ | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 518459192 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 518459191 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518815398 | *+ | MTGLQ INVESTORS, LP, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518401761 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401762 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401763 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401764 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401765 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401766 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401767 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 518401769 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401770 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401771 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401772 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401773 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401774 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401775 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518401768 | *+ | Simon's Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519309007 | *+ | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025                    Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Debtor Nana Opoku-Ware ben@stanzialelaw.com |
| Charles G. Wohlrab | on behalf of Creditor Carrington Mortgage Services LLC as Servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |

Case 19-25519-JKS    Doc 218    Filed 09/06/25    Entered 09/07/25 00:16:16    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 3180W | Total Noticed: 64 |

| | |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Wilmington Savings Fund Society  FSB cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC Title Trust bk@rgalegal.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank  National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust c/o Rushmore Loan Management Services LLC bk@rgalegal.com |
| Herbert B. Raymond | on behalf of Debtor Nana Opoku-Ware herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Carrington Mortgage Services  LLC as Servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor Carrington Mortgage Services  LLC as Servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust as serviced by Fay Servicing mlicker@hinshawlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor Fay Servicing  LLC, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ Investors  LP sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor MTGLQ INVESTORS  LP sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor MTGLQ INVESTORS  LP smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society  FSB smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18